**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Paul**<br>First name<br><br>**Stephan**<br>Middle name<br><br>**Bassett**<br>Last name and Suffix (Sr., Jr., II, III) | **Michelle**<br>First name<br><br>**Maria**<br>Middle name<br><br>**Bassett**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2993 | xxx-xx-2748 |

Debtor 1    **Paul Stephan Bassett**

Debtor 2    **Michelle Maria Bassett**

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** Your Employer Identification Number (EIN), if any. | EIN | EIN |

| **5.** Where you live | **717 W 6th St.** **Sedalia, MO 65301** Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address: Number, Street, City, State & ZIP Code |
|---|---|---|
| | **Pettis** County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Paul Stephan Bassett** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | | | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Paul Stephan Bassett** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | |

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1  **Paul Stephan Bassett**
Debtor 2  **Michelle Maria Bassett**

Case number *(if known)*

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | Case number *(if known)* |

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☑ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Paul Stephan Bassett | /s/ Michelle Maria Bassett |
|---|---|
| **Paul Stephan Bassett** | **Michelle Maria Bassett** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **July 17, 2025** | Executed on  **July 17, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Paul Stephan Bassett** | |
|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | |
| | | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Ryan A. Blay**                                        Date    **July 17, 2025**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Ryan A. Blay KS-001066**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone   **(913) 422-0909**                    Email address   **bankruptcy@wagonergroup.com**

**KS-001066 MO**
Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re   **Paul Stephan Bassett**
     **Michelle Maria Bassett**                         Case No.
                                   Debtor(s)         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

         For legal services, I have agreed to accept                     $                    **$**

         Prior to the filing of this statement I have received            $                    $

         Balance Due                                       $                    $

     ☐   **RETAINER**

         For legal services, I have agreed to accept and received a retainer of    $    **$15,000 (plus the $1,738 Chapter 11 filing fee) placed in a client trust account, less funds withdrawn for pre-filing work and the payment of the filing fee**

         The undersigned shall bill against the retainer at an hourly rate of      $    **$350 per hour for attorneys, $175 per hour for paralegal work**

         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:
         ☑ Debtor     ☐   Other (specify):

3.   The source of compensation to be paid to me is:
         ☑ Debtor     ☐   Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

         ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

         a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
         b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
         c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
         d.   [Other provisions as needed]
                **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
                **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or adversary proceeding.**

In re    **Paul Stephan Bassett**
       **Michelle Maria Bassett**                            Case No.   _____
                           Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 27, 2025**
*Date*

**/s/ Ryan A. Blay**
**Ryan A. Blay**
*Signature of Attorney*
**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909   Fax: (913) 428-8549**
**blay@wagonergroup.com**
*Name of law firm*

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul Stephan Bassett** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Michelle Maria Bassett** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|
| **1** | | | |
| **Abbvie US LLC**<br>**Allergan**<br>**62671 Collection Center Dr.**<br>**Chicago, IL 60693-0626** | What is the nature of the claim? | inventory of Sedalia Aesthetics LLC | $88,301.64 |
| | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | Does the creditor have a lien on your property? | | |
| _____<br>Contact<br>_____<br>Contact phone | ■ No<br>☐ Yes. Total claim (secured and unsecured)<br>     Value of security:<br>     Unsecured claim | | -  _____<br>_____ |

| | | | |
|---|---|---|---|
| **2** | | | |
| **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | What is the nature of the claim? | credit card | $45,797.00 |
| | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | Does the creditor have a lien on your property? | | |
| _____<br>Contact | ■ No<br>☐ Yes. Total claim (secured and unsecured) | | _____ |

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number *(if known)* | |

Contact phone _____

Value of security: - _____
Unsecured claim _____

---

**3**

American Express
PO Box 981537
El Paso, TX 79998

**What is the nature of the claim?** **credit card** **$39,367.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: - _____
Contact phone _____  Unsecured claim _____

---

**4**

Arvest Bank
PO Box 940
Lowell, AR 72745

**What is the nature of the claim?** **PMSI in 2022 Allergan Cool/Sculpting owned by Sedalia Aesthetics LLC** **$63,091.01**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: - _____
Contact phone _____  Unsecured claim _____

---

**5**

Balboa Capital Corp.
575 Anton Boulevard, 12th Floor
Costa Mesa, CA 92626

**What is the nature of the claim?** **PMSI in BTL Empsculpt Cellulite Reduction Device, Inv. #24894-02 to be surrendered by Sedalia Aesthetics LLC** **$181,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: - _____

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | Case number *(if known)* |

| Contact phone | | Unsecured claim | |
|---|---|---|---|

---

**6**

**Banleaco, Inc.**
**PO Box 7740**
**Urbandale, IA 50323**

**What is the nature of the claim?**    **PMSI in Arctic Air Chiller, Bodysculpt and Non-Invasive Laser Body Counterouring System, some of which will be retained by Sedalia Aesthetics LLC and**    $38,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**7**

**Central Funding LLC**
**1400 Preston Rd, Ste. 115**
**Plano, TX 75093**

**What is the nature of the claim?**    **equipment of Sedalia Aesthetics LLC**    $71,794.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**8**

**CFG Merchant Solutions LLC**
**180 Maiden Lane, 15th Floor**
**New York, NY 10038**

**What is the nature of the claim?**    **purchase of future receivables of Sedalia Aesthetics LLC**    $160,136.25

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

---

| Debtor 1 | **Paul Stephan Bassett** | |
|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number *(if known)* |

Contact phone

Value of security:                                    - _____
Unsecured claim                                        _____

---

**9**

**Dept of ED**
**121 S 13th st**
**Lincoln, NE 68508**

What is the nature of the claim?    student loans          $90,228.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:                                    - _____
Contact phone                                          Unsecured claim                    _____

---

**10**

**Dext Capital**
**PO Box 74007351**
**Chicago, IL 60674-7351**

What is the nature of the claim?    PMSI - debt of Sedalia     $152,400.00
                                    Aesthetics LLC

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:                                    - _____
Contact phone                                          Unsecured claim                    _____

---

**11**

**M2 Equipment Finance LLC**
**20800 Swanson Dr, Ste. 475**
**Waukesha, WI 53186**

What is the nature of the claim?    equipment for Sedalia      $124,399.00
                                    Aesthetics LLC

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:                                    - _____
Contact phone                                          Unsecured claim                    _____

---

**12**

**Merz North America**

What is the nature of the claim?    unsecured debt of         $72,000.00
                                    Sedalia Aesthetics
                                    LLC

---

Debtor 1   **Paul Stephan Bassett**
Debtor 2   **Michelle Maria Bassett**                                    Case number *(if known)* _____

**PO Box 10973**
**Palatine, IL 60055**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:              - _____
    Unsecured claim                  _____

---

**13**

**Milestone Bank**
**3150 Livernois Rd, Ste. 300**
**Troy, MI 48083**

**What is the nature of the claim?**   **PMSI in equipment for Sedalia Aesthetics LLC**   $76,644.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:              - _____
    Unsecured claim                  _____

---

**14**

**Navitas Credit Corp.**
**201 Executive Center Dr., Ste 100**
**Columbia, SC 29210**

**What is the nature of the claim?**   **Debt of Sedalia Aesthetics LLC**   $127,012.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:              - _____
    Unsecured claim                  _____

---

**15**

**What is the nature of the claim?**   **Rohrer Body Tone Treatment System-Accessories, collateral held by Sedalia Aesthetics LLC the business is intending to surrender in its Chapter 11 plan**   $43,324.00

**Navitas Credit Corp.**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number *(if known)* | |

**201 Executive Center Dr., Ste 100
Columbia, SC 29210**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　　　　　-
　　　Unsecured claim

---

**16**

**NCMIC, a Division of
Professional
Solutions Financial Services
14001 University Ave
Clive, IA 50325**

What is the nature of the claim?　**PMSI in One Scarlet
Medical Device with
all accessories -
property of Sedalia
Aesthetics LLC**　$34,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　　　　　-
　　　Unsecured claim

Contact

Contact phone

---

**17**

**nordstrom/TD bank
13531 E Caley AV Service
Englewood, CO 80111-1000**

What is the nature of the claim?　**flexible spending
credit card**　$30,312.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　　　　　-
　　　Unsecured claim

Contact

Contact phone

---

**18**

**OnePlace Capital
div of Bank Midwest**

What is the nature of the claim?　**PSMI in Scarlet
Medical Device
purchased 10/2/2022,
collateral of Sedalia
Aesthetics LLC**　$135,287.50

---

| Debtor 1 | **Paul Stephan Bassett** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | |

**505 Market St, Ste. 110
West Des Moines, IA 50266**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -  _____
   Unsecured claim                          _____

Contact _____

Contact phone _____

---

**19**

**Rapid Finance
4500 East West Highway, 6th
Floor
Bethesda, MD 20814**

What is the nature of the claim?    **business debt of
Sedalia Aesthetics
LLC**                                $55,616.94

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -  _____
   Unsecured claim                          _____

Contact _____

Contact phone _____

---

**20**

**US Small Business
Administration
10675 Bedford Ave
Ste. 100
Omaha, NE 68134**

What is the nature of the claim?    **All tangible and
intangible personal
property,
including, Inventory,
equipment, chattel
paper, documents,
letter of credit rights,
accounts, deposi**       $510,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -  _____
   Unsecured claim                          _____

Contact _____

Contact phone _____

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

Debtor 1    **Paul Stephan Bassett**

Debtor 2    **Michelle Maria Bassett**                                Case number *(if known)*

X    **/s/ Paul Stephan Bassett**                          X    **/s/ Michelle Maria Bassett**

**Paul Stephan Bassett**                                        **Michelle Maria Bassett**

Signature of Debtor 1                                              Signature of Debtor 2

Date    **July 17, 2025**                                      Date    **July 17, 2025**

# United States Bankruptcy Court
### Western District of Missouri

In re **Paul Stephan Bassett**
    **Michelle Maria Bassett**

                                           Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   **July 17, 2025**

                **/s/ Paul Stephan Bassett**
                **Paul Stephan Bassett**
                Signature of Debtor

Date:   **July 17, 2025**

                **/s/ Michelle Maria Bassett**
                **Michelle Maria Bassett**
                Signature of Debtor

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005


Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Abbvie US LLC
Allergan
62671 Collection Center Dr.
Chicago IL 60693-0626


Ally Financial
PO Box 380901
Bloomington MN 55438


American Express
PO Box 981537
El Paso TX 79998


American Express
777 American Expressway
Fort Lauderdale FL 33337-0001


American Honda Finance
PO Box168128
Irving TX 75016


Apple Card - GS Bank USA
LOCKBOX 6112
POB 7247
Philadelphia PA 19170


Arvest Bank
PO Box 940
Lowell AR 72745

Audi Financial Services
1401 Franklin Blvd.
Libertyville IL 60048


Balboa Capital Corp.
575 Anton Boulevard, 12th Floor
Costa Mesa CA 92626


Bank of America
100 North Tryon St.
NC1-0007-19-26
Charlotte NC 28255


BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238


Banleaco, Inc.
PO Box 7740
Urbandale IA 50323


Barclay's Bank Delaware
PO Box 8803
Wilmington DE 19899


Barclays Bank Delaware
125 S. West St.
Wilmington DE 19801


Bothwell Regional Health Center
PO Box 1706
Sedalia MO 65301


Bothwell Regional Health Center
PO Box 801128
Kansas City MO 64180-1128


Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-1293


Capital One/WSI
PO Box 250478
Salt Lake City UT 84131

Central Funding LLC
1400 Preston Rd, Ste. 115
Plano TX 75093


CFG Merchant Solutions LLC
180 Maiden Lane, 15th Floor
New York NY 10038


Comenity Bank
Attn: Bankruptcy Department
3095 Loyalty Circle
Columbus OH 43219-3673


Comenity Bank/Total Rewards Visa Card
3095 Loyalty Circle, Building A
Columbus OH 43219


Comenity Capital Bank
POB 182120
Columbus OH 43218


Comenity Capital/Overstock
PO Box 182120
Columbus OH 43218-2120


Comenity Capital/Saks CC
PO Box 182120
Columbus OH 43218-2120


Comenity Capital/ULTAMC
PO Box 182120
Columbus OH 43218


Commerce Bank - RCV
1045 Executive Parkway
Saint Louis MO 63141


Dept of ED
121 S 13th st
Lincoln NE 68508


Dext Capital
PO Box 74007351
Chicago IL 60674-7351

Elanco Financial Services
PO Box 108
Saint Louis MO 63166

Firstsource Advantage
205 Bryand Woods South
Buffalo NY 14228

JPMCB - Card
PO Box 15369
Wilmington DE 19850

M2 Equipment Finance LLC
20800 Swanson Dr, Ste. 475
Waukesha WI 53186

Merz North America
PO Box 10973
Palatine IL 60055

Milestone Bank
3150 Livernois Rd, Ste. 300
Troy MI 48083

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

Navitas Credit Corp.
201 Executive Center Dr., Ste 100
Columbia SC 29210

NCMIC, a Division of Professional
 Solutions Financial Services
14001 University Ave
Clive IA 50325

NEBRASKA FURNITURE MART
PO BOX 3456
Omaha NE 68103-0456

Nordstrom/TD Bank
13531 E Caley Ave
Englewood CO 80111-1000


nordstrom/TD bank
13531 E Caley AV Service
Englewood CO 80111-1000


OnePlace Capital
div of Bank Midwest
505 Market St, Ste. 110
West Des Moines IA 50266


Padfield & Stout LLP
100 Throckmorton Street, Ste. 700
Fort Worth TX 76102


Porsche Credit
980 Hammond Dr.
Ste. 1000
Atlanta GA 30328


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda MD 20814


RH
TD RCS
PO Box 100270
Columbia SC 29202


RTR Financial Services
PO Box 30306
Staten Island NY 10303-0306


Sedalia Aesthetics LLC
1701 South Lafayette Ave.
Sedalia MO 65301


Syncb/Care Credit Dual Card
PO Box 71757
Philadelphia PA 19176-1757

```
TD Bank USA/ Target Credit
PO Box 673
Minneapolis MN 55440


US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106


US Bank
PO Box 108
Saint Louis MO 63166-0108


US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935


US Small Business Administration
10675 Bedford Ave
Ste. 100
Omaha NE 68134


Volkswagen Credit Inc.
c/o Consumer Credit Team
1401 Franklin Blvd
Libertyville IL 60048


Wood & Houston Bank
PO Box 40
Marshall MO 65340
```