**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE:  PAUL STEPHAN BASSETT AND
       MICHELLE MARIA BASSETT

                            )
                            )        CASE NO. 25-20315-CAN

      Debtors and Debtors-in-Possession    )

**<u>NOTICE OF APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTORS
AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT</u>**

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

                                    /s/ Ryan A. Blay

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT AND MICHELLE MARIA BASSETT | ) | Case No. 25-20315-CAN |
| | Debtors and Debtors-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTORS AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COMES NOW** Paul Stephan Bassett and Michelle Maria Bassett, the Debtors and Debtors-in-possession herein (hereinafter the "Debtors") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submit this Application for Employment of the law firm W M Law and its members to represent the Debtor in their Subchapter V Chapter 11 bankruptcy proceedings. In support of this Application the Debtors represent the following:

1. On July 17, 2015, Debtors filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtors remain as Debtors-in-Possession.

2. The Debtors are individuals residing in Sedalia, Missouri.  Michelle Bassett is also the sole member of Sedalia Aesthetics, LLC, a Missouri LLC currently under a Chapter 11 reorganization in front of this court, under case number 24-20453.

3. The Debtors require the services of legal counsel to represent them during these proceedings and desire to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtors' counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4. Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham, Bryan P. Cardwell, Megan M. Tiede and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtors, qualified to act as their counsel, and who have an office located at:  15095 West 116th Street, Olathe, Kansas 66062.

5. W M Law has experience in matters of this character and its attorneys are well-qualified to act as attorneys for the Debtors. The Debtors have selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6. W M Law is not connected in any manner with the Debtors, other than as Debtors' counsel, or with creditors or any other party in interest in this matter. The firm and its members are disinterested

parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtors or the Debtors' estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

7.      W M Law has examined their client records and business records and have made a personal inquiry of the Debtors. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

8.      W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9.      W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10.      W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $350.00 |
| Attorney, Errin P. Stowell | $350.00 |
| Attorney, Ryan M. Graham | $350.00 |
| Attorney, Chelsea Williamson | $350.00 |
| Attorney, Megan M. Tiede | $350.00 |
| Attorney, Bryan P. Cardwell | $350.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11.   For entry in this Case, the W M Law has received from a retainer in the amount of $16,738, from the Debtors. The source of funds used for the retainer and filing fee were personal checks and/or cashier's checks from the Debtors.

12.      W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application.  WM Law has earned a portion of those funds and used $2,450 for pre-filing expenses and $1,738 of those funds to pay the Chapter 11 Filing Fee.  The remaining balance

of $12,550 is in trust, subject to court approval of fees.

13. W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

14.     W M Law's post-Petition filing fees will not be paid unless: (a) Debtors have timely filed with the UST all required operating reports; (b) Debtors are current in payment of post-Petition taxes; and (c) Debtors are either current in payment of post-Petition creditors or has the financial capacity to make such payments.

15.     Attorney, Ryan A. Blay, Senior Partner at W M Law, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

     **WHEREFORE**, the Debtor respectfully requests this Court's order approving the employment of Ryan A. Blay, and the other attorneys and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: July 18, 2025

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing was served on Friday, July 18, 2025 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

[See attached mailing matrix]

s/ Ryan A. Blay
Counsel for Debtor

Label Matrix for local noticing
0866-2
Case 25-20315-can11
Western District of Missouri
Jefferson City
Fri Jul 18 13:19:05 CDT 2025

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Abbvie US LLC
Allergan
62671 Collection Center Dr.
Chicago IL 60693-0626

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

American Express
777 American Expressway
Fort Lauderdale FL 33337-0001

American Express
PO Box 981537
El Paso TX 79998-1537

American Honda Finance
PO Box168128
Irving TX 75016-8128

Apple Card - GS Bank USA
LOCKBOX 6112
POB 7247
Philadelphia PA 19170-0001

Arvest Bank
PO Box 940
Lowell AR 72745-0000

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Balboa Capital Corp.
575 Anton Boulevard, 12th Floor
Costa Mesa CA 92626-7169

Bank of America
100 North Tryon St.
NC1-0007-19-26
Charlotte NC 28255-0001

Banleaco, Inc.
PO Box 7740
Urbandale IA 50323-7740

Barclay's Bank Delaware
PO Box 8803
Wilmington DE 19899-8803

Barclays Bank Delaware
125 S. West St.
Wilmington DE 19801-5014

Bothwell Regional Health Center
PO Box 1706
Sedalia MO 65302-1706

Bothwell Regional Health Center
PO Box 801128
Kansas City MO 64180-1128

CFG Merchant Solutions LLC
180 Maiden Lane, 15th Floor
New York NY 10038-5150

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One/WSI
PO Box 250478
Salt Lake City UT 84131-0000

Central Funding LLC
1400 Preston Rd, Ste. 115
Plano TX 75093-5159

Comenity Bank
Attn:  Bankruptcy Department
3095 Loyalty Circle
Columbus OH 43219-3673

Comenity Bank/Total Rewards Visa Card
3095 Loyalty Circle, Building A
Columbus OH 43219-3673

Comenity Capital Bank
POB 182120
Columbus OH 43218-2120

Comenity Capital/Overstock
PO Box 182120
Columbus OH 43218-2120

Comenity Capital/Saks CC
PO Box 182120
Columbus OH 43218-2120

Comenity Capital/ULTAMC
PO Box 182120
Columbus OH 43218-2120

Commerce Bank - RCV
1045 Executive Parkway
Saint Louis MO 63141-6303

Dept of ED
121 S 13th st
Lincoln NE 68508-1904

Dext Capital
PO Box 74007351
Chicago IL 60674-7351

Elanco Financial Services
PO Box 108
Saint Louis MO 63166-0108

Firstsource Advantage
205 Bryand Woods South
Buffalo NY 14228-3609

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMCB - Card
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

M2 Equipment Finance LLC
20800 Swanson Dr, Ste. 475
Waukesha WI 53186-2075

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Merz North America
PO Box 10973
Palatine IL 60055-0001

Milestone Bank
3150 Livernois Rd, Ste. 300
Troy MI 48083-5000

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

NCMIC, a Division of Professional
Solutions Financial Services
14001 University Ave
Clive IA 50325-8258

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

Nordstrom/TD Bank
13531 E Caley Ave
Englewood CO 80111-6505

OnePlace Capital
div of Bank Midwest
505 Market St, Ste. 110
West Des Moines IA 50266-3861

Padfield & Stout LLP
100 Throckmorton Street, Ste. 700
Fort Worth TX 76102-2837

Porsche Credit
980 Hammond Dr.
Ste. 1000
Atlanta GA 30328-8187

RH
TD RCS
PO Box 100270
Columbia SC 29202-3270

RTR Financial Services
PO Box 30306
Staten Island NY 10303-0306

Rapid Finance
4500 East West Highway, 6th Floor
Bethesda MD 20814-3327

Sedalia Aesthetics LLC
1701 South Lafayette Ave.
Sedalia MO 65301-7541

Syncb/Care Credit Dual Card
PO Box 71757
Philadelphia PA 19176-1757

TD Bank USA/ Target Credit
PO Box 673
Minneapolis MN 55440-0673

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

US Small Business Administration
10675 Bedford Ave
Ste. 100
Omaha NE 68134-3605

Volkswagen Credit Inc.
c/o Consumer Credit Team
1401 Franklin Blvd
Libertyville IL 60048-4460

Wood & Houston Bank
PO Box 40
Marshall MO 65340-0040

nordstrom/TD bank
13531 E Caley AV Service
Englewood CO 80111-6505

Michelle Maria Bassett
717 W 6th St.
Sedalia, MO 65301-4111

Norman Rouse
Collins, Webster & Rouse
5957 E. 20th Street
Joplin, MO 64801-8765

Paul Stephan Bassett
717 W 6th St.
Sedalia, MO 65301-4111

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Audi Financial Services
1401 Franklin Blvd.
Libertyville IL 60048-0000

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

NEBRASKA FURNITURE MART
PO BOX 3456
Omaha NE 68103-0456

Navitas Credit Corp.
201 Executive Center Dr., Ste 100
Columbia SC 29210-0000

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

US Bank
PO Box 108
Saint Louis MO 63166-0108

End of Label Matrix
Mailable recipients    65
Bypassed recipients     0
Total                  65