**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| PAUL BASSETT,<br>MICHELLE BASSETT,<br><br>   Debtors, | )<br>)<br>)<br>)<br>) Case No. 25-20315-CAN-11<br>) Ch. 11 Reorganization<br>)<br>) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**PLEADINGS, NOTICES AND DOCUMENTS**

The Missouri Department of Revenue enters its appearance as a creditor of the captioned debtors. This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at bankruptcy@dor.mo.gov or at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: James Treece, PO Box 475, Jefferson City, MO 65105-0475.

Andrew Bailey, Attorney General
State of Missouri

_____
James Treece, MO Bar # 65681
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
Jefferson City, MO 65101
(573) 751-5531 FAX (573) 751-7232
Attorney for Department of Revenue

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification on July 22, 2025.

Paul Bassett                    Michelle Bassett
717 W 6th St.                   717 W 6th St.
Sedalia, MO 65301               Sedalia, MO 65301


James Treece