| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Paul Stephan Bassett<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–2993<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Michelle Maria Bassett<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–2748<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Western District of Missouri | | Date case filed for chapter:    11    7/17/25 |
| Case number:   25–20315–can11 | | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

**Notice of Chapter 11 Bankruptcy Case**                                    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paul Stephan Bassett | Michelle Maria Bassett |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 717 W 6th St.<br>Sedalia, MO 65301 | 717 W 6th St.<br>Sedalia, MO 65301 |
| 4. | **Debtor's attorney**<br>Name and address | Ryan A. Blay<br>Wm Law<br>15095 W 116th St.<br>Olathe, KS 66049 | Contact phone  913–422–0909<br><br>Email  bankruptcy@wagonergroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Norman Rouse<br>Collins, Webster & Rouse<br>5957 E. 20th Street<br>Joplin, MO 64801 | Contact phone 417–782–2222<br><br>Email:  twelch@cwrcave.com |

**For more information, see page 2 >**

Debtor  **Paul Stephan Bassett** and **Michelle Maria Bassett**                    Case number **25–20315–can11**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 1510<br>Kansas City, MO 64106 | Hours open:<br>9:00 am – 4:30 pm<br><br>Contact phone  816–512–1800<br><br>Date: 7/21/25 |
| **7.** **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 21, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**BY PHONE w/ UST, 1– 888–330–1716, 9174206** |

| | |
|---|---|
| **8.** **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is:  10/20/25.**<br><br>**Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 9/25/25<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**     **Filing Deadline:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.     30 days after the *conclusion* of the meeting of creditors |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

**For more information, see page 3 >**

Debtor **Paul Stephan Bassett** and **Michelle Maria Bassett**                    Case number **25–20315–can11**

| | | |
|---|---|---|
| **11. Discharge of debts** | | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12. Exempt property** | | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court

Western District of Missouri

| | |
|---|---|
| In re: | Case No. 25-20315-can |
| Paul Stephan Bassett | Chapter 11 |
| Michelle Maria Bassett | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0866-2 | User: adkt | Page 1 of 4 |
| Date Rcvd: Jul 21, 2025 | Form ID: 309E2 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Stephan Bassett, Michelle Maria Bassett, 717 W 6th St., Sedalia, MO 65301-4111 |
| tr | + | Norman Rouse, Collins, Webster & Rouse, 5957 E. 20th Street, Joplin, MO 64801-8765 |
| 17397240 | | Abbvie US LLC, Allergan, 62671 Collection Center Dr., Chicago IL 60693-0626 |
| 17397246 | | Arvest Bank, PO Box 940, Lowell AR 72745-0000 |
| 17397251 | + | Banleaco, Inc., PO Box 7740, Urbandale IA 50323-7740 |
| 17397257 | | Capital One/WSI, PO Box 250478, Salt Lake City UT 84131-0000 |
| 17397264 | | Comenity Capital/Saks CC, PO Box 182120, Columbus OH 43218-2120 |
| 17397268 | | Dext Capital, PO Box 74007351, Chicago IL 60674-7351 |
| 17397272 | + | M2 Equipment Finance LLC, 20800 Swanson Dr, Ste. 475, Waukesha WI 53186-2075 |
| 17397273 | + | Merz North America, PO Box 10973, Palatine IL 60055-0001 |
| 17397274 | #+ | Milestone Bank, 3150 Livernois Rd, Ste. 300, Troy MI 48083-5000 |
| 17397278 | + | NCMIC, a Division of Professional, Solutions Financial Services, 14001 University Ave, Clive IA 50325-8258 |
| 17397282 | #+ | OnePlace Capital, div of Bank Midwest, 505 Market St, Ste. 110, West Des Moines IA 50266-3861 |
| 17397284 | + | Porsche Credit, 980 Hammond Dr., Ste. 1000, Atlanta GA 30328-8187 |
| 17397287 | | RTR Financial Services, PO Box 30306, Staten Island NY 10303-0306 |
| 17397288 | + | Sedalia Aesthetics LLC, 1701 South Lafayette Ave., Sedalia MO 65301-7541 |
| 17397294 | + | US Small Business Administration, 10675 Bedford Ave, Ste. 100, Omaha NE 68134-3605 |
| 17397296 | + | Wood & Houston Bank, PO Box 40, Marshall MO 65340-0040 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy@wagonergroup.com | Jul 21 2025 20:33:00 | Ryan A. Blay, Wm Law, 15095 W 116th St., Olathe, KS 66049 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 21 2025 20:34:00 | Internal Revenue Service, Special Procedures, PO Box 66778, Stop 5028, St. Louis, MO 63166 |
| smg | | Email/Text: ecfnotices@dor.mo.gov | Jul 21 2025 20:34:00 | Missouri Department of Revenue, General Counsel's Office, P.O. Box 475, Jefferson City, MO 65105-0475 |
| 17398251 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2025 20:35:37 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17397241 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 21 2025 20:34:00 | Ally Financial, PO Box 380901, Bloomington MN 55438-0901 |
| 17397242 | + | Email/PDF: bncnotices@becket-lee.com | Jul 21 2025 20:35:37 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 17397243 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2025 20:36:32 | American Express, 777 American Expressway, Fort Lauderdale FL 33337-0001 |

District/off: 0866-2                                    User: adkt                                                    Page 2 of 4
Date Rcvd: Jul 21, 2025                            Form ID: 309E2                                          Total Noticed: 65

17397244      + Email/Text: ebnbankruptcy@ahm.honda.com
                                                            Jul 21 2025 20:34:00   American Honda Finance, PO Box168128, Irving
                                                                                   TX 75016-8128
17397245      + Email/Text: GSBankElectronicBankruptcyNotice@gs.com
                                                            Jul 21 2025 20:34:00   Apple Card - GS Bank USA, LOCKBOX 6112,
                                                                                   POB 7247, Philadelphia PA 19170-0001
17397250        Email/Text: creditcardbkcorrespondence@bofa.com
                                                            Jul 21 2025 20:33:00   BANK OF AMERICA, PO BOX 982238, El Paso
                                                                                   TX 79998-2238
17397248      + Email/Text: Maria.Feles@balboacapital.com
                                                            Jul 21 2025 20:34:00   Balboa Capital Corp., 575 Anton Boulevard, 12th
                                                                                   Floor, Costa Mesa CA 92626-7169
17397249      + Email/Text: mortgagebkcorrespondence@bofa.com
                                                            Jul 21 2025 20:34:00   Bank of America, 100 North Tryon St.,
                                                                                   NC1-0007-19-26, Charlotte NC 28255-0001
17397252      + Email/Text: BarclaysBankDelaware@tsico.com
                                                            Jul 21 2025 20:34:00   Barclay's Bank Delaware, PO Box 8803,
                                                                                   Wilmington DE 19899-8803
17397253      + Email/Text: BarclaysBankDelaware@tsico.com
                                                            Jul 21 2025 20:34:00   Barclays Bank Delaware, 125 S. West St.,
                                                                                   Wilmington DE 19801-5014
17397254      + Email/Text: rharris@brhc.org
                                                            Jul 21 2025 20:33:00   Bothwell Regional Health Center, PO Box 1706,
                                                                                   Sedalia MO 65302-1706
17397255        Email/Text: rharris@brhc.org
                                                            Jul 21 2025 20:33:00   Bothwell Regional Health Center, PO Box
                                                                                   801128, Kansas City MO 64180-1128
17397259      + Email/Text: jpaige@cfgms.com
                                                            Jul 21 2025 20:34:00   CFG Merchant Solutions LLC, 180 Maiden Lane,
                                                                                   15th Floor, New York NY 10038-5150
17397256      + Email/PDF: AIS.cocard.ebn@aisinfo.com
                                                            Jul 21 2025 20:36:08   Capital One Bank USA NA, PO Box 31293, Salt
                                                                                   Lake City UT 84131-0293
17397258      + Email/Text: sbechtol@centrafunding.com
                                                            Jul 21 2025 20:34:00   Central Funding LLC, 1400 Preston Rd, Ste. 115,
                                                                                   Plano TX 75093-5159
17397260        Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                            Jul 21 2025 20:34:00   Comenity Bank, Attn: Bankruptcy Department,
                                                                                   3095 Loyalty Circle, Columbus OH 43219-3673
17397261      + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                            Jul 21 2025 20:34:00   Comenity Bank/Total Rewards Visa Card, 3095
                                                                                   Loyalty Circle, Building A, Columbus OH
                                                                                   43219-3673
17397262      + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                            Jul 21 2025 20:34:00   Comenity Capital Bank, POB 182120, Columbus
                                                                                   OH 43218-2120
17397263        Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                            Jul 21 2025 20:34:00   Comenity Capital/Overstock, PO Box 182120,
                                                                                   Columbus OH 43218-2120
17397265      + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                            Jul 21 2025 20:34:00   Comenity Capital/ULTAMC, PO Box 182120,
                                                                                   Columbus OH 43218-2120
17397266      ^ MEBN
                                                            Jul 21 2025 20:25:01   Commerce Bank - RCV, 1045 Executive Parkway,
                                                                                   Saint Louis MO 63141-6303
17397267      + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov
                                                            Jul 21 2025 20:34:00   Dept of ED, 121 S 13th st, Lincoln NE
                                                                                   68508-1904
17397269      + Email/Text: RPSBankruptcyBNCNotification@usbank.com
                                                            Jul 21 2025 20:34:00   Elanco Financial Services, PO Box 108, Saint
                                                                                   Louis MO 63166-0108
17397270      + Email/Text: crdept@na.firstsource.com
                                                            Jul 21 2025 20:34:00   Firstsource Advantage, 205 Bryand Woods South,
                                                                                   Buffalo NY 14228-3609
17397271      + Email/PDF: ais.chase.ebn@aisinfo.com
                                                            Jul 21 2025 20:46:48   JPMCB - Card, PO Box 15369, Wilmington DE
                                                                                   19850-5369
17397237        Email/Text: KDOR_KSBANKRUPTCY@KS.GOV
                                                            Jul 21 2025 20:34:00   Kansas Department of Revenue, PO Box 12005,
                                                                                   Topeka KS 66612-2005
17397276        Email/Text: EBN@Mohela.com
                                                            Jul 21 2025 20:34:00   MOHELA, 633 Spirit Drive, Chesterfield MO
                                                                                   63005-1243
17397275        Email/Text: ecfnotices@dor.mo.gov
                                                            Jul 21 2025 20:34:00   Missouri Department of Revenue, PO Box 475,

District/off: 0866-2                              User: adkt                                        Page 3 of 4

Date Rcvd: Jul 21, 2025                           Form ID: 309E2                                    Total Noticed: 65

| Recip ID | Notice Type | Time Sent | Name and Address |
|---|---|---|---|
| | | | Jefferson City MO 65105-0475 |
| 17397238 | Email/Text: ecfnotices@dor.mo.gov | Jul 21 2025 20:34:00 | Missouri Dept. of Revenue, Insolvency Unit, PO Box 475, Jefferson City MO 65105-0475 |
| 17397277 | Email/Text: ServicingAdmin@navitascredit.com | Jul 21 2025 20:34:00 | Navitas Credit Corp., 201 Executive Center Dr., Ste 100, Columbia SC 29210-0000 |
| 17397279 | Email/Text: bankruptcy@nfm.com | Jul 21 2025 20:34:00 | NEBRASKA FURNITURE MART, PO BOX 3456, Omaha NE 68103-0456 |
| 17397280 | + Email/Text: bnc@nordstrom.com | Jul 21 2025 20:34:34 | Nordstrom/TD Bank, 13531 E Caley Ave, Englewood CO 80111-6505 |
| 17397283 | + Email/Text: ecffilings@padfieldstout.com | Jul 21 2025 20:34:00 | Padfield & Stout LLP, 100 Throckmorton Street, Ste. 700, Fort Worth TX 76102-2837 |
| 17397286 | Email/Text: bankruptcy@wagonergroup.com | Jul 21 2025 20:33:00 | RH, TD RCS, PO Box 100270, Columbia SC 29202-0000 |
| 17397285 | + Email/Text: collections@rapidadvance.com | Jul 21 2025 20:34:00 | Rapid Finance, 4500 East West Highway, 6th Floor, Bethesda MD 20814-3327 |
| 17397289 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 21 2025 20:36:35 | Syncb/Care Credit Dual Card, PO Box 71757, Philadelphia PA 19176-1757 |
| 17397290 | + Email/Text: bncmail@w-legal.com | Jul 21 2025 20:34:00 | TD Bank USA/ Target Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 17397291 | Email/Text: USAMOW.ECFBankruptcy@usdoj.gov | Jul 21 2025 20:34:00 | US Attorney, 400 East 9th Street, Room 5510, Kansas City MO 64106-0000 |
| 17397292 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 21 2025 20:34:00 | US Bank, PO Box 108, Saint Louis MO 63166-0108 |
| 17397293 | + Email/Text: elpasodlsc@sba.gov | Jul 21 2025 20:34:00 | US Small Business Admin., 10737 Gateway West, #300, El Paso TX 79935-4910 |
| 17397247 | Email/Text: vci.bkcy@vwcredit.com | Jul 21 2025 20:34:00 | Audi Financial Services, 1401 Franklin Blvd., Libertyville IL 60048-0000 |
| 17397295 | + Email/Text: vci.bkcy@vwcredit.com | Jul 21 2025 20:34:00 | Volkswagen Credit Inc., c/o Consumer Credit Team, 1401 Franklin Blvd, Libertyville IL 60048-4460 |
| 17397281 | + Email/Text: bnc@nordstrom.com | Jul 21 2025 20:34:47 | nordstrom/TD bank, 13531 E Caley AV Service, Englewood CO 80111-6505 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17398252 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17397239 | * | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0866-2

Date Rcvd: Jul 21, 2025

User: adkt

Form ID: 309E2

Page 4 of 4

Total Noticed: 65

Date: Jul 23, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:**

**Name** | **Email Address**

Adam E. Miller

on behalf of U.S. Trustee U.S. Trustee adam.e.miller@usdoj.gov Tavia.B.Shreefer@usdoj.gov;Murie.Sheafer@usdoj.gov

Norman Rouse

twelch@cwrcave.com MO09@ecfcbis.com

Ryan A. Blay

on behalf of Debtor 2 Michelle Maria Bassett bankruptcy@wagonergroup.com
blay@wagonergroup.com;bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Ryan A. Blay

on behalf of Debtor 1 Paul Stephan Bassett bankruptcy@wagonergroup.com
blay@wagonergroup.com;bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

TOTAL: 4