**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT AND MICHELLE MARIA BASSETT | ) | Case No. 25-20315-CAN |
| | Debtors and Debtors-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

**SWORN STATEMENT UNDER THE PENALTY OF PERJURY FOR DEBTORS & DEBTORS-IN-POSSESSION. REGARDING THE REQUIREMENTS CONTAINED IN 11 U.S.C. §§1116(1)(A) and (1)(B)**

Debtors Paul Stephan Bassett and Michelle Maria Bassett, under oath and penalty of perjury hereby state the following:

1.     We are the debtors in the above-captioned Chapter 11, Subchapter V Bankruptcy.

2.     Pursuant to 11 U.S.C. §§1116(1)(A) and (1)(B), the Debtor is required to append to the voluntary petition

(A) its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or

(B) a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

3.     As of this date, no balance sheet, statement of operations, or cash-flow statement have been prepared.

4.     2024 income tax returns have been prepared and will be filed contemporaneously with this document.


/s/ Paul Bassett                        Dated: July 25, 2025
Paul Bassett

/s/ Michelle Bassett                  Dated: July 25, 2025
Michelle Bassett