## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:   Paul Stephan Bassett       )   CASE No. 25-20315

        Michelle Maria Bassett      )

        Debtors and Debtors-in-Possession   )   Chapter 11

## MOTION TO EXTEND TIME COMPLY WITH ORDER TO CORRECT VOLUNTARY PETITION TO FILE DEFICIENCY SCHEDULES

**COME NOW** the above-captioned Debtors, by and through Counsel, and for this Motion to Extend Time to Comply with the Order to Correct Voluntary Petition (the "Order;" Doc. # 10) to file Deficiency Schedules, states that:

1.    Debtors request a 14-day extension of time to comply with the Order thereby making the new deadline due on or before August 15, 2025.

2.    Debtor's counsel is in the process of preparing these documents but requires additional time to complete the filings. Several necessary documents and information are still being gathered from the Debtors.

**WHEREFORE**, Debtors pray the Court for an order granting this Motion thereby allowing Debtors a **fourteen (14) day extension of time** to comply with the Order thereby allowing Debtors' compliance to be due on or before **August 15, 2025,** and for such further relief as the Court deems equitable and proper.

Dated: August 1, 2025          Respectfully submitted,
                           WM Law

                           s/ Ryan A. Blay
                           Ryan A. Blay, MO #KS001066; KS #28110
                           15095 W. 116th St.
                           Olathe, KS 66062
                           Phone (913) 422-0909 / Fax (913) 428-8549
                           Blay@wagonergroup.com
                           ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served on **Friday, August 01, 2025** by providing an electronic copy to the parties registered for electronic notice, and via U.S. Mail, 1st class prepaid postage to the all parties of interest listed below that are not registered to received electronic Court notices.

**[SEE ATTACHED MATRIX]**

                           s/ Ryan A. Blay

Label Matrix for local noticing
0866-2
Case 25-20315-can11
Western District of Missouri
Jefferson City
Fri Jul 18 13:19:05 CDT 2025

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Abbvie US LLC
Allergan
62671 Collection Center Dr.
Chicago IL 60693-0626

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

American Express
777 American Expressway
Fort Lauderdale FL 33337-0001

American Express
PO Box 981537
El Paso TX 79998-1537

American Honda Finance
PO Box168128
Irving TX 75016-8128

Apple Card - GS Bank USA
LOCKBOX 6112
POB 7247
Philadelphia PA 19170-0001

Arvest Bank
PO Box 940
Lowell AR 72745-0000

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Balboa Capital Corp.
575 Anton Boulevard, 12th Floor
Costa Mesa CA 92626-7169

Bank of America
100 North Tryon St.
NC1-0007-19-26
Charlotte NC 28255-0001

Banleaco, Inc.
PO Box 7740
Urbandale IA 50323-7740

Barclay's Bank Delaware
PO Box 8803
Wilmington DE 19899-8803

Barclays Bank Delaware
125 S. West St.
Wilmington DE 19801-5014

Bothwell Regional Health Center
PO Box 1706
Sedalia MO 65302-1706

Bothwell Regional Health Center
PO Box 801128
Kansas City MO 64180-1128

CFG Merchant Solutions LLC
180 Maiden Lane, 15th Floor
New York NY 10038-5150

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One/WSI
PO Box 250478
Salt Lake City UT 84131-0000

Central Funding LLC
1400 Preston Rd, Ste. 115
Plano TX 75093-5159

Comenity Bank
Attn:  Bankruptcy Department
3095 Loyalty Circle
Columbus OH 43219-3673

Comenity Bank/Total Rewards Visa Card
3095 Loyalty Circle, Building A
Columbus OH 43219-3673

Comenity Capital Bank
POB 182120
Columbus OH 43218-2120

Comenity Capital/Overstock
PO Box 182120
Columbus OH 43218-2120

Comenity Capital/Saks CC
PO Box 182120
Columbus OH 43218-2120

Comenity Capital/ULTAMC
PO Box 182120
Columbus OH 43218-2120

Commerce Bank - RCV
1045 Executive Parkway
Saint Louis MO 63141-6303

Dept of ED
121 S 13th st
Lincoln NE 68508-1904

Dext Capital
PO Box 74007351
Chicago IL 60674-7351

Elanco Financial Services
PO Box 108
Saint Louis MO 63166-0108

Firstsource Advantage
205 Bryand Woods South
Buffalo NY 14228-3609


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMCB - Card
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005


M2 Equipment Finance LLC
20800 Swanson Dr, Ste. 475
Waukesha WI 53186-2075

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Merz North America
PO Box 10973
Palatine IL 60055-0001


Milestone Bank
3150 Livernois Rd, Ste. 300
Troy MI 48083-5000

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475


NCMIC, a Division of Professional
Solutions Financial Services
14001 University Ave
Clive IA 50325-8258

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410


Nordstrom/TD Bank
13531 E Caley Ave
Englewood CO 80111-6505

OnePlace Capital
div of Bank Midwest
505 Market St, Ste. 110
West Des Moines IA 50266-3861

Padfield & Stout LLP
100 Throckmorton Street, Ste. 700
Fort Worth TX 76102-2837


Porsche Credit
980 Hammond Dr.
Ste. 1000
Atlanta GA 30328-8187

RH
TD RCS
PO Box 100270
Columbia SC 29202-3270

RTR Financial Services
PO Box 30306
Staten Island NY 10303-0306


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda MD 20814-3327

Sedalia Aesthetics LLC
1701 South Lafayette Ave.
Sedalia MO 65301-7541

Syncb/Care Credit Dual Card
PO Box 71757
Philadelphia PA 19176-1757


TD Bank USA/ Target Credit
PO Box 673
Minneapolis MN 55440-0673

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229


US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

US Small Business Administration
10675 Bedford Ave
Ste. 100
Omaha NE 68134-3605

Volkswagen Credit Inc.
c/o Consumer Credit Team
1401 Franklin Blvd
Libertyville IL 60048-4460

Wood & Houston Bank
PO Box 40
Marshall MO 65340-0040

nordstrom/TD bank
13531 E Caley AV Service
Englewood CO 80111-6505

Michelle Maria Bassett
717 W 6th St.
Sedalia, MO 65301-4111


Norman Rouse
Collins, Webster & Rouse
5957 E. 20th Street
Joplin, MO 64801-8765

Paul Stephan Bassett
717 W 6th St.
Sedalia, MO 65301-4111

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Audi Financial Services
1401 Franklin Blvd.
Libertyville IL 60048-0000

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

NEBRASKA FURNITURE MART
PO BOX 3456
Omaha NE 68103-0456


Navitas Credit Corp.
201 Executive Center Dr., Ste 100
Columbia SC 29210-0000

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

US Bank
PO Box 108
Saint Louis MO 63166-0108


End of Label Matrix
Mailable recipients    65
Bypassed recipients     0
Total                  65