**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:    Paul Stephen Bassett and | ) | Case No. 25-20315-CAN11 |
| Michelle Maria Bassett | ) | |
| | ) | Chapter 11 (Voluntary) |
| Debtor and Debtor-in-Possession | ) | Subchapter V |

**<u>AGREED SCHEDULING ORDER</u>**

On this day came before the Court to be considered this Agreed Scheduling Order in the above-captioned case; the Court considered the future events and corresponding dates scheduled below by Counsel and the Subchapter V Trustee and based on the agreement of the parties, the Court hereby enters this Agreed Scheduling Order to govern the administration of this case.

IT IS ORDERED that all applicable dates and deadlines to be completed prior to the Confirmation Hearing are as set forth below. Any events or corresponding deadlines not explicitly set forth below shall be governed by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the Western District of Missouri.

| DEADLINE | DATE |
|---|---|
| Report of Efforts to Reorganize/Pre- Status Conference Report Due | **August 28, 2025** |
| Status Conference | **September 11, 2025 at 11:00 am by ZOOM teleconference** |
| Claims Bar Date | **September 26, 2025** |
| Deadline to File Plan | **October 15, 2025** |
| Deadline for Secured Creditors to make §1111(b) election | **no later than 21 days after debtor files the plan** |

IT IS FURTHER ORDERED that this Scheduling Order may be amended by written agreement and authorization by the Court as appropriate under the circumstances.

**IT IS ORDERED.**

Date: <u>August 14, 2025</u>

    <u>/s/ Cynthia A. Norton</u>
The Honorable Cynthia A. Norton
United States Bankruptcy Judge

Submitted by: WM Law
By: <u>/s/ Ryan A. Blay</u>
Ryan A. Blay KS-001066
15095 West 116th Street
Olathe, Kansas 66062
913-422-0909
Email: blay@wagonergroup.com
Attorney for Debtors

Approved by

<u>/s/ Norman Rouse</u>
Collins, Webster & Rouse
5957 E. 20th St.
Joplin, MO  64801
Phone: 417-782-2222
E-mail: nrouse@cwrcave.com
Subchapter V Trustee