**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT AND MICHELLE MARIA BASSETT | ) | Case No. 25-20315-CAN11 |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Sub. V |

**STATEMENT ADDRESSING THE REQUIREMENTS CONTAINED IN LOCAL RULE 2015-2 OF THE LOCAL RULES FOR THE BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MISSOURI**

We, Paul and Michelle Bassett, on behalf of the above-captioned Debtor and Debtor-in-Possession (the "Debtor") hereby states the following:

1.      No Trustee or Creditor's committee was appointed in a prior bankruptcy case.

2.      The following actions have been filed and threatened the debtor's property:

   a.   Balboa Capital Corporation v. Sedalia Aesthetics LLC, D-1-GN-24-005396 (Travis County, TX)

   b.   TD Bank Usa, N.A. V Michelle Bassett, 25pt-Ac00411 (Pettis County, MO)

   c.   American Express National Bank V Paul S Bassett, 25pt-Cc00071 (Pettis County, MO)

   d.   Commerce Bank V Paul S Bassett, 25pt-Ac00655 (Pettis County, MO)

3.      No such property is in the possession of a public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, or assignee of rent.

4.      The Debtor is not occupying premises under a lease.

5.      Name and address of each utility providing service to the Debtor. A Certificate of Service of a copy of the Petition of each utility shall be following:

   a. Liberty Utilities, P.O. Box 801737, Kansas City, MO 64180-1737

   b. Evergy, 1200 Main St., Kansas City, MO 64105

6.      As to Local Rule 2015-2(B), we do not have a projected operating statement with gross revenue, weekly payroll to employees, estimated operating expenses not including payroll to employees, and expected gain or loss, as we are not a business.  However, out of an abundance of caution, we are attaching schedules I and J I filed to show our present income and expenses.


/s/ Paul and Michelle Bassett                                  Dated: August 19, 2025
   Paul and Michelle Bassett

1