## DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | | |
|---|---|---|---|
| | **1. Pay Period End** 01/25/25 | | |
| | **2. Pay Date** 01/31/25 | | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BASSETT PAUL S | VM   15   05 | 67.06 | 100.59 | 139489.00   94001.00   233490.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-2993 | 0.00 | E | 06/17/15 | 685 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CENTRAL TRUST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | FERS:   6419.12 | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 34000.00 | 51780.80 | TSP DATA | 5% |
| TAXABLE WAGES | 33095.90 | 49270.16 | | |
| NONTAXABLE WAGES | 455.10 | 1172.60 | | |
| TAX DEFERRED WAGES | 449.00 | 1338.04 | | |
| DEDUCTIONS | 12563.73 | 20328.32 | | |
| AEIC | | | | |
| NET PAY | 21436.27 | 31452.48 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | RECRUT INCNT | | 25020.00 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 112.64 | FEGLI OPTNL | ABC | 205.35 | 612.85 |
| FEHB | 112 | 303.61 | 828.81 | FSA-HC | | 96.15 | 288.45 |
| MEDICARE | | 486.40 | 733.82 | OASDI | | 2079.79 | 3137.71 |
| ORG/UNION | V6HA | 20.91 | 62.73 | RETIRE, FERS | KR | 278.38 | 829.58 |
| TAX, FEDERAL | | 7029.04 | 10106.35 | TAX, STATE | MO | 1522.00 | 2222.00 |
| TSP SAVINGS | | 449.00 | 1338.04 | DENTAL | | 55.34 | 55.34 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 8.00 | | | | 131.00 | |
| SICK | 25.50 | 4.00 | 4.00 | | | | 29.50 | |
| HOLIDAY | | | | 8.00 | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 56.32 | FEHB | 714.23 | 2006.59 |
| MEDICARE | 486.40 | 733.82 | OASDI | 2079.79 | 3137.71 |
| RETIRE, FERS | 1481.70 | 4415.54 | TSP BASIC | 89.80 | 267.60 |
| TSP MATCHING | 359.20 | 1070.44 | | | |

### REMARKS

```
PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE      4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $   303.61
ALLOWANCE/DIFFERENTIAL/PREMIUM INCENTIVE PAY CHANGED.
INCENTIVE PAID.
FEHB DEDUCTION CHANGED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| **1. Pay Period End** | 01/11/25 |
| **2. Pay Date** | 01/17/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BASSETT PAUL S | VM   15   05 | 65.94 | 98.91 | 137156.00   94001.00   231157.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-2993 | 0.00 | E | 06/17/15 | 685 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CENTRAL TRUST BANK | | |

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED   Y   0   0<br>MO    S   0   0 | 0   0 | FERS:   6140.74 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 8890.40 | 17780.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8087.13 | 16174.26 | | |
| NONTAXABLE WAGES | 358.75 | 717.50 | | |
| TAX DEFERRED WAGES | 444.52 | 889.04 | | |
| DEDUCTIONS | 3866.97 | 7764.59 | | |
| AEIC | | | | |
| NET PAY | 5023.43 | 10016.21 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5275.20 | MARKET PAY | | 3615.20 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.44 | 74.88 | FEGLI OPTNL | ABC | 203.75 | 407.50 |
| FEHB | 112 | 262.60 | 525.20 | FSA-HC | | 96.15 | 192.30 |
| MEDICARE | | 123.71 | 247.42 | OASDI | | 528.96 | 1057.92 |
| ORG/UNION | V6HA | 20.91 | 41.82 | RETIRE, FERS | KR | 275.60 | 551.20 |
| TAX, FEDERAL | | 1527.33 | 3077.31 | TAX, STATE | MO | 346.00 | 700.00 |
| TSP SAVINGS | | 444.52 | 889.04 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 5.00 | 8.00 | 173.00 | | 55.00 | | 123.00 | |
| SICK | 2.00 | 4.00 | 87.00 | | 63.50 | | 25.50 | |
| HOLIDAY | | | | 16.00 | 88.00 | | | |
| ADMIN | | | | 2.00 | 2.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.72 | 37.44 | FEHB | 646.18 | 1292.36 |
| MEDICARE | 123.71 | 247.42 | OASDI | 528.96 | 1057.92 |
| RETIRE, FERS | 1466.92 | 2933.84 | TSP BASIC | 88.90 | 177.80 |
| TSP MATCHING | 355.62 | 711.24 | | | |

## REMARKS

PART TIME CARRYOVER ANNUAL LEAVE      4.00.
PART TIME CARRYOVER SICK LEAVE      4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   262.60

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| **1. Pay Period End** 05/31/25 | | |
| **2. Pay Date** 06/06/25 | | |

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM 15 05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00  94001.00  233490.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685 |
| | | | | 13. Leave Year End 01/10/26 |

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | FERS:  8924.54 | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 8980.00 | 147600.80 | TSP DATA | 5% | |
| TAXABLE WAGES | 8075.90 | 136953.26 | | | |
| NONTAXABLE WAGES | 455.10 | 5268.50 | | | |
| TAX DEFERRED WAGES | 449.00 | 5379.04 | | | |
| DEDUCTIONS | 3948.38 | 60975.51 | | | |
| AEIC | | | | | |
| NET PAY | 5031.62 | 86625.29 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 452.48 | FEGLI OPTNL | ABC | 205.35 | 2461.00 |
| FEHB | 112 | 303.61 | 3561.30 | FSA-HC | | 96.15 | 1153.80 |
| MEDICARE | | 123.61 | 2063.82 | OASDI | | 528.54 | 8824.60 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 3335.00 |
| TAX, FEDERAL | | 1524.64 | 27128.11 | TAX, STATE | MO | 346.00 | 5936.00 |
| TSP SAVINGS | | 449.00 | 5379.04 | DENTAL | | 55.34 | 553.40 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 80.00 | 10.00 | 42.00 | | 161.00 | |
| SICK | 25.50 | 4.00 | 40.00 | | 52.00 | | 13.50 | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 226.24 | FEHB | 714.23 | 8434.66 |
| MEDICARE | 123.61 | 2063.82 | OASDI | 528.54 | 8824.60 |
| RETIRE, FERS | 1481.70 | 17750.84 | TSP BASIC | 89.80 | 1075.80 |
| TSP MATCHING | 359.20 | 4303.24 | | | |

### REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   303.61

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | | |
|---|---|---|---|
| **1. Pay Period End** 05/17/25 | | | |
| **2. Pay Date** 05/23/25 | | | |

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM  15  05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00   94001.00   233490.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685      13. Leave Year End 01/10/26 |

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax  Marital Status  Exemptions  Add'l | 18. Tax  Marital Status  Exemptions  Add'l  Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED  Y  0  0 MO  S  0  0 | 0  0 | FERS:   8646.16 | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 8980.00 | 138620.80 | TSP DATA          5% |
| TAXABLE WAGES | 8075.90 | 128877.36 | |
| NONTAXABLE WAGES | 455.10 | 4813.40 | |
| TAX DEFERRED WAGES | 449.00 | 4930.04 | |
| DEDUCTIONS | 3948.38 | 57027.13 | |
| AEIC | | | |
| NET PAY | 5031.62 | 81593.67 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 414.72 | FEGLI OPTNL | ABC | 205.35 | 2255.65 |
| FEHB | 112 | 303.61 | 3257.69 | FSA-HC | | 96.15 | 1057.65 |
| MEDICARE | | 123.61 | 1940.21 | OASDI | | 528.54 | 8296.06 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 3056.62 |
| TAX, FEDERAL | | 1524.64 | 25603.47 | TAX, STATE | MO | 346.00 | 5590.00 |
| TSP SAVINGS | | 449.00 | 4930.04 | DENTAL | | 55.34 | 498.06 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 72.00 | 8.00 | 32.00 | | 163.00 | |
| SICK | 25.50 | 4.00 | 36.00 | 16.00 | 52.00 | | 9.50 | |
| HOLIDAY | | | | | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 207.36 | FEHB | 714.23 | 7720.43 |
| MEDICARE | 123.61 | 1940.21 | OASDI | 528.54 | 8296.06 |
| RETIRE, FERS | 1481.70 | 16269.14 | TSP BASIC | 89.80 | 986.00 |
| TSP MATCHING | 359.20 | 3944.04 | | | |

### REMARKS

```
PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   303.61
```

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 05/03/25 |
| 2. Pay Date | 05/09/25 |

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM 15 05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00 94001.00 233490.00 |
|---|---|---|---|---|

| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685 | 13. Leave Year End 01/10/26 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED Y 0 0 MO S 0 0 | 0 0 | FERS: 8367.78 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 8980.00 | 129640.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8075.90 | 120801.46 | | |
| NONTAXABLE WAGES | 455.10 | 4358.30 | | |
| TAX DEFERRED WAGES | 449.00 | 4481.04 | | |
| DEDUCTIONS | 3948.39 | 53078.75 | | |
| AEIC | | | | |
| NET PAY | 5031.61 | 76562.05 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 376.96 | FEGLI OPTNL | ABC | 205.35 | 2050.30 |
| FEHB | 112 | 303.61 | 2954.08 | FSA-HC | | 96.15 | 961.50 |
| MEDICARE | | 123.61 | 1816.60 | OASDI | | 528.55 | 7767.52 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 2778.24 |
| TAX, FEDERAL | | 1524.64 | 24078.83 | TAX, STATE | MO | 346.00 | 5244.00 |
| TSP SAVINGS | | 449.00 | 4481.04 | DENTAL | | 55.34 | 442.72 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 64.00 | | 24.00 | | 163.00 | |
| SICK | 25.50 | 4.00 | 32.00 | | 36.00 | | 21.50 | |
| HOLIDAY | | | | | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 188.48 | FEHB | 714.23 | 7006.20 |
| MEDICARE | 123.61 | 1816.60 | OASDI | 528.55 | 7767.52 |
| RETIRE, FERS | 1481.70 | 14787.44 | TSP BASIC | 89.80 | 896.20 |
| TSP MATCHING | 359.20 | 3584.84 | | | |

## REMARKS

PART TIME CARRYOVER ANNUAL LEAVE 4.00.
PART TIME CARRYOVER SICK LEAVE 4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 303.61

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| **1. Pay Period End** 06/14/25 | | |
| **2. Pay Date** 06/20/25 | | |

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM  15  05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00    94001.00    233490.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685 |   13. Leave Year End 01/10/26 |

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax  Marital  Exemptions  Add'l Status | 18. Tax  Marital  Exemptions  Add'l  Taxing Authority Status | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED  Y  0  0 <br> MO  S  0  0 | 0  0 | FERS:    9202.92 | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 8980.00 | 156580.80 | TSP DATA                    5% |
| TAXABLE WAGES | 8075.90 | 145029.16 | |
| NONTAXABLE WAGES | 455.10 | 5723.60 | |
| TAX DEFERRED WAGES | 449.00 | 5828.04 | |
| DEDUCTIONS | 3948.39 | 64923.90 | |
| AEIC | | | |
| NET PAY | 5031.61 | 91656.90 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 490.24 | FEGLI OPTNL | ABC | 205.35 | 2666.35 |
| FEHB | 112 | 303.61 | 3864.91 | FSA-HC | | 96.15 | 1249.95 |
| MEDICARE | | 123.61 | 2187.43 | OASDI | | 528.55 | 9353.15 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 3613.38 |
| TAX, FEDERAL | | 1524.64 | 28652.75 | TAX, STATE | MO | 346.00 | 6282.00 |
| TSP SAVINGS | | 449.00 | 5828.04 | DENTAL | | 55.34 | 608.74 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 88.00 | 8.00 | 50.00 | | 161.00 | |
| SICK | 25.50 | 4.00 | 44.00 | | 52.00 | | 17.50 | |
| HOLIDAY | | | | | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 245.12 | FEHB | 714.23 | 9148.89 |
| MEDICARE | 123.61 | 2187.43 | OASDI | 528.55 | 9353.15 |
| RETIRE, FERS | 1481.70 | 19232.54 | TSP BASIC | 89.80 | 1165.60 |
| TSP MATCHING | 359.20 | 4662.44 | | | |

### REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    303.61

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period E | 06/28/25 |
| 2. Pay Date | 07/03/25 |

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM  15  05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00    94001.00    233490.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685 | 13. Leave Year End 01/10/26 |

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | FERS:  9481.30 | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 8980.00 | 165560.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8075.90 | 153105.06 | | |
| NONTAXABLE WAGES | 455.10 | 6178.70 | | |
| TAX DEFERRED WAGES | 449.00 | 6277.04 | | |
| DEDUCTIONS | 3948.38 | 68872.28 | | |
| AEIC | | | | |
| NET PAY | 5031.62 | 96688.52 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | M5 | 37.76 | 528.00 | FEGLI OPTNL | ABC | 205.35 | 2871.70 |
| FEHB | 112 | 303.61 | 4168.52 | FSA-HC | | 96.15 | 1346.10 |
| MEDICARE | | 123.61 | 2311.04 | OASDI | | 528.54 | 9881.69 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 3891.76 |
| TAX, FEDERAL | | 1524.64 | 30177.39 | TAX, STATE | MO | 346.00 | 6628.00 |
| TSP SAVINGS | | 449.00 | 6277.04 | DENTAL | | 55.34 | 664.08 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 96.00 | 8.00 | 58.00 | | 161.00 | |
| SICK | 25.50 | 4.00 | 48.00 | 8.00 | 60.00 | | 13.50 | |
| HOLIDAY | | | | 8.00 | 32.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 264.00 | FEHB | 714.23 | 9863.12 |
| MEDICARE | 123.61 | 2311.04 | OASDI | 528.54 | 9881.69 |
| RETIRE, FERS | 1481.70 | 20714.24 | TSP BASIC | 89.80 | 1255.40 |
| TSP MATCHING | 359.20 | 5021.64 | | | |

## REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   303.61

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED


Scanned with
CamScanner

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| **1. Pay Period End** | 03/22/25 |
| **2. Pay Date** | 03/28/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BASSETT PAUL S | VM    15    05 | 67.06 | 100.59 | 139489.00    94001.00    233490.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-2993 | 0.00 | E | 06/17/15 | 685 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CENTRAL TRUST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | FERS:      7532.64 | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 8980.00 | 102700.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8075.90 | 96573.76 | | |
| NONTAXABLE WAGES | 455.10 | 2993.00 | | |
| TAX DEFERRED WAGES | 449.00 | 3134.04 | | |
| DEDUCTIONS | 3948.38 | 41233.58 | | |
| AEIC | | | | |
| NET PAY | 5031.62 | 61467.22 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 263.68 | FEGLI OPTNL | ABC | 205.35 | 1434.25 |
| FEHB | 112 | 303.61 | 2043.25 | FSA-HC | | 96.15 | 673.05 |
| MEDICARE | | 123.61 | 1445.76 | OASDI | | 528.54 | 6181.88 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 1943.10 |
| TAX, FEDERAL | | 1524.64 | 19504.91 | TAX, STATE | MO | 346.00 | 4206.00 |
| TSP SAVINGS | | 449.00 | 3134.04 | DENTAL | | 55.34 | 276.70 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 40.00 | 16.00 | 16.00 | | 147.00 | |
| SICK | 25.50 | 4.00 | 20.00 | 4.00 | 36.00 | | 9.50 | |
| HOLIDAY | | | | | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 131.84 | FEHB | 714.23 | 4863.51 |
| MEDICARE | 123.61 | 1445.76 | OASDI | 528.54 | 6181.88 |
| RETIRE, FERS | 1481.70 | 10342.34 | TSP BASIC | 89.80 | 626.80 |
| TSP MATCHING | 359.20 | 2507.24 | | | |

## REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
IT IS YOUR DUTY TO COMPLY WITH FEDERAL TAX LAWS. CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
PRETAX FEHB EXCLUSION $    303.61
UNION/EMPLOYEE ORGANIZATION CHANGED.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 04/19/25 |
|---|---|

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | 2. Pay Date 04/25/25 |
|---|---|

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM  15  05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay  139489.00  94001.00  233490.00 |
|---|---|---|---|---|

| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685 | 13. Leave Year End 01/10/26 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS:   8089.40 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 8980.00 | 120660.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8075.90 | 112725.56 | | |
| NONTAXABLE WAGES | 455.10 | 3903.20 | | |
| TAX DEFERRED WAGES | 449.00 | 4032.04 | | |
| DEDUCTIONS | 3948.39 | 49130.36 | | |
| AEIC | | | | |
| NET PAY | 5031.61 | 71530.44 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 339.20 | FEGLI OPTNL | ABC | 205.35 | 1844.95 |
| FEHB | 112 | 303.61 | 2650.47 | FSA-HC | | 96.15 | 865.35 |
| MEDICARE | | 123.62 | 1692.99 | OASDI | | 528.54 | 7238.97 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 2499.86 |
| TAX, FEDERAL | | 1524.64 | 22554.19 | TAX, STATE | MO | 346.00 | 4898.00 |
| TSP SAVINGS | | 449.00 | 4032.04 | DENTAL | | 55.34 | 387.38 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 56.00 | 8.00 | 24.00 | | 155.00 | |
| SICK | 25.50 | 4.00 | 28.00 | | 36.00 | | 17.50 | |
| HOLIDAY | | | | | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 169.60 | FEHB | 714.23 | 6291.97 |
| MEDICARE | 123.62 | 1692.99 | OASDI | 528.54 | 7238.97 |
| RETIRE, FERS | 1481.70 | 13305.74 | TSP BASIC | 89.80 | 806.40 |
| TSP MATCHING | 359.20 | 3225.64 | | | |

### REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
MISSED TAX DAY? CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
PRETAX FEHB EXCLUSION $    303.61

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 04/05/25 |
| 2. Pay Date | 04/11/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BASSETT PAUL S | VM   15   05 | 67.06 | 100.59 | 139489.00   94001.00   233490.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-2993 | 0.00 | E | 06/17/15 | 685 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CENTRAL TRUST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | FERS:   7811.02 | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 8980.00 | 111680.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8075.90 | 104649.66 | | |
| NONTAXABLE WAGES | 455.10 | 3448.10 | | |
| TAX DEFERRED WAGES | 449.00 | 3583.04 | | |
| DEDUCTIONS | 3948.39 | 45181.97 | | |
| AEIC | | | | |
| NET PAY | 5031.61 | 66498.83 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 301.44 | FEGLI OPTNL | ABC | 205.35 | 1639.60 |
| FEHB | 112 | 303.61 | 2346.86 | FSA-HC | | 96.15 | 769.20 |
| MEDICARE | | 123.61 | 1569.37 | OASDI | | 528.55 | 6710.43 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 2221.48 |
| TAX, FEDERAL | | 1524.64 | 21029.55 | TAX, STATE | MO | 346.00 | 4552.00 |
| TSP SAVINGS | | 449.00 | 3583.04 | DENTAL | | 55.34 | 332.04 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 48.00 | | 16.00 | | 155.00 | |
| SICK | 25.50 | 4.00 | 24.00 | | 36.00 | | 13.50 | |
| HOLIDAY | | | | | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 150.72 | FEHB | 714.23 | 5577.74 |
| MEDICARE | 123.61 | 1569.37 | OASDI | 528.55 | 6710.43 |
| RETIRE, FERS | 1481.70 | 11824.04 | TSP BASIC | 89.80 | 716.60 |
| TSP MATCHING | 359.20 | 2866.44 | | | |

## REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    303.61

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 03/08/25 |
| --- | --- | --- |

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

2. Pay Date 03/14/25

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM 15 05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00   94001.00   233490.00 |
| --- | --- | --- | --- | --- |
| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685     13. Leave Year End 01/10/26 |

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS:    7254.26 | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | Y | 0 | 0 | | | 0 | 0 | | | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 8980.00 | 93720.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8075.90 | 88497.86 | | |
| NONTAXABLE WAGES | 455.10 | 2537.90 | | |
| TAX DEFERRED WAGES | 449.00 | 2685.04 | | |
| DEDUCTIONS | 3969.79 | 37285.20 | | |
| AEIC | | | | |
| NET PAY | 5010.21 | 56435.60 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | N5 | 37.76 | 225.92 | FEGLI OPTNL | ABC | 205.35 | 1228.90 |
| FEHB | 112 | 303.61 | 1739.64 | FSA-HC | | 96.15 | 576.90 |
| MEDICARE | | 123.61 | 1322.15 | OASDI | | 528.54 | 5653.34 |
| ORG/UNION | V6HA | 21.41 | 126.96 | RETIRE, FERS | KR | 278.38 | 1664.72 |
| TAX, FEDERAL | | 1524.64 | 17980.27 | TAX, STATE | MO | 346.00 | 3860.00 |
| TSP SAVINGS | | 449.00 | 2685.04 | DENTAL | | 55.34 | 221.36 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 123.00 | 8.00 | 32.00 | | | | 155.00 | |
| SICK | 25.50 | 4.00 | 16.00 | 8.00 | 32.00 | | 9.50 | |
| HOLIDAY | | | | | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 18.88 | 112.96 | FEHB | 714.23 | 4149.28 |
| MEDICARE | 123.61 | 1322.15 | OASDI | 528.54 | 5653.34 |
| RETIRE, FERS | 1481.70 | 8860.64 | TSP BASIC | 89.80 | 537.00 |
| TSP MATCHING | 359.20 | 2148.04 | | | |

### REMARKS

```
PART TIME CARRYOVER ANNUAL LEAVE     4.00.
PART TIME CARRYOVER SICK LEAVE     4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    303.61
```

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| **1. Pay Period End** | 02/08/25 |
| **2. Pay Date** | 02/14/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BASSETT PAUL S | VM    15    05 | 67.06 | 100.59 | 139489.00    94001.00    233490.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-2993 | 0.00 | E | 06/17/15 | 685 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CENTRAL TRUST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | FERS:    6697.50 | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 23980.00 | 75760.80 | TSP DATA | 5% |
| TAXABLE WAGES | 23075.90 | 72346.06 | | |
| NONTAXABLE WAGES | 455.10 | 1627.70 | | |
| TAX DEFERRED WAGES | 449.00 | 1787.04 | | |
| DEDUCTIONS | 9017.29 | 29345.61 | | |
| AEIC | | | | |
| NET PAY | 14962.71 | 46415.19 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | PERFORM PAY | | 15000.00 |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 150.40 | FEGLI OPTNL | ABC | 205.35 | 818.20 |
| FEHB | 112 | 303.61 | 1132.42 | FSA-HC | | 96.15 | 384.60 |
| MEDICARE | | 341.11 | 1074.93 | OASDI | | 1458.54 | 4596.25 |
| ORG/UNION | V6HA | 21.41 | 84.14 | RETIRE, FERS | KR | 278.38 | 1107.96 |
| TAX, FEDERAL | | 4824.64 | 14930.99 | TAX, STATE | MO | 946.00 | 3168.00 |
| TSP SAVINGS | | 449.00 | 1787.04 | DENTAL | | 55.34 | 110.68 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 16.00 | | | | 139.00 | |
| SICK | 25.50 | 4.00 | 8.00 | 8.00 | 8.00 | | 25.50 | |
| HOLIDAY | | | | | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 75.20 | FEHB | 714.23 | 2720.82 |
| MEDICARE | 341.11 | 1074.93 | OASDI | 1458.54 | 4596.25 |
| RETIRE, FERS | 1481.70 | 5897.24 | TSP BASIC | 89.80 | 357.40 |
| TSP MATCHING | 359.20 | 1429.64 | | | |

## REMARKS

```
PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE    4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    303.61
UNION/EMPLOYEE ORGANIZATION DEDUCTION CHANGED.
```

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 02/22/25 |
|---|---|

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 2. Pay Date 02/28/25 |
|---|

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM 15 05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00 94001.00 233490.00 |
|---|---|---|---|---|

| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685 | 13. Leave Year End 01/10/26 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED Y 0 0<br>MO S 0 0 | 0 0 | FERS: 6975.88 | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 8980.00 | 84740.80 | TSP DATA 5% |
| TAXABLE WAGES | 8075.90 | 80421.96 | |
| NONTAXABLE WAGES | 455.10 | 2082.80 | |
| TAX DEFERRED WAGES | 449.00 | 2236.04 | |
| DEDUCTIONS | 3969.80 | 33315.41 | |
| AEIC | | | |
| NET PAY | 5010.20 | 51425.39 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 188.16 | FEGLI OPTNL | ABC | 205.35 | 1023.55 |
| FEHB | 112 | 303.61 | 1436.03 | FSA-HC | | 96.15 | 480.75 |
| MEDICARE | | 123.61 | 1198.54 | OASDI | | 528.55 | 5124.80 |
| ORG/UNION | V6HA | 21.41 | 105.55 | RETIRE, FERS | KR | 278.38 | 1386.34 |
| TAX, FEDERAL | | 1524.64 | 16455.63 | TAX, STATE | MO | 346.00 | 3514.00 |
| TSP SAVINGS | | 449.00 | 2236.04 | DENTAL | | 55.34 | 166.02 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 24.00 | | | | 147.00 | |
| SICK | 25.50 | 4.00 | 12.00 | 16.00 | 24.00 | | 13.50 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 94.08 | FEHB | 714.23 | 3435.05 |
| MEDICARE | 123.61 | 1198.54 | OASDI | 528.55 | 5124.80 |
| RETIRE, FERS | 1481.70 | 7378.94 | TSP BASIC | 89.80 | 447.20 |
| TSP MATCHING | 359.20 | 1788.84 | | | |

### REMARKS

```
PART TIME CARRYOVER ANNUAL LEAVE     4.00.
PART TIME CARRYOVER SICK LEAVE     4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   303.61
```

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 05/03/25 |
|---|---|---|

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

**2. Pay Date** 05/09/25

| 3. Name BASSETT PAUL S | 4. Pay Plan/Grade/Step VM  15  05 | 5. Hourly/Daily Rate 67.06 | 6. Basic OT Rate 100.59 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 139489.00  94001.00  233490.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-2993 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 06/17/15 | 12. Max Leave Carry Over 685 / 13. Leave Year End 01/10/26 |

| 14. Financial Institution - Net Pay CENTRAL TRUST BANK | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | | | 0 | 0 | | FERS:  8367.78 | |
| MO | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 8980.00 | 129640.80 | TSP DATA | 5% |
| TAXABLE WAGES | 8075.90 | 120801.46 | | |
| NONTAXABLE WAGES | 455.10 | 4358.30 | | |
| TAX DEFERRED WAGES | 449.00 | 4481.04 | | |
| DEDUCTIONS | 3948.39 | 53078.75 | | |
| AEIC | | | | |
| NET PAY | 5031.61 | 76562.05 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 5364.80 | MARKET PAY | | 3615.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N5 | 37.76 | 376.96 | FEGLI OPTNL | ABC | 205.35 | 2050.30 |
| FEHB | 112 | 303.61 | 2954.08 | FSA-HC | | 96.15 | 961.50 |
| MEDICARE | | 123.61 | 1816.60 | OASDI | | 528.55 | 7767.52 |
| ORG/UNION | | | 126.96 | RETIRE, FERS | KR | 278.38 | 2778.24 |
| TAX, FEDERAL | | 1524.64 | 24078.83 | TAX, STATE | MO | 346.00 | 5244.00 |
| TSP SAVINGS | | 449.00 | 4481.04 | DENTAL | | 55.34 | 442.72 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 123.00 | 8.00 | 64.00 | | 24.00 | | 163.00 | |
| SICK | 25.50 | 4.00 | 32.00 | | 36.00 | | 21.50 | |
| HOLIDAY | | | | | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 18.88 | 188.48 | FEHB | 714.23 | 7006.20 |
| MEDICARE | 123.61 | 1816.60 | OASDI | 528.55 | 7767.52 |
| RETIRE, FERS | 1481.70 | 14787.44 | TSP BASIC | 89.80 | 896.20 |
| TSP MATCHING | 359.20 | 3584.84 | | | |

### REMARKS

```
PART TIME CARRYOVER ANNUAL LEAVE    4.00.
PART TIME CARRYOVER SICK LEAVE      4.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   303.61
```

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**