MOW 1007-1.2 (05/07)

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE | ) |
| | ) |
| **Paul Stephan Bassett** | )    Case No. **25-20315-11** |
| **Michelle Maria Bassett** | ) |
| | ) |
| | ) |
| Debtors. | ) |

**DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS**

I, __Michelle Maria Bassett__ , hereby state and declare under penalty of perjury that (check the box that applies):

    ☑ I received no payment from any employer for the 60 days prior to filing the petition.

    ☐ I received no payment from any employer from _____ to _____ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

    ☐ I was self-employed. Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

/s/ Michelle Maria Bassett
_____
**Michelle Maria Bassett**
Name of Debtor

Instructions: File as a separate document on the date the voluntary petition is filed.
ECF Event: Bankruptcy>Other>Debtor Evidence of No Employer Payments.