**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **PAUL STEPHAN BASSETT,** | ) **CASE NO. 25-20315-CAN** |
| **MICHELLE MARIA BASSETT,** | ) **CHAPTER 11** |
| | ) |
| **Debtors.** | ) |

**UNITED STATES TRUSTEE'S RESPONSE TO ORDER TO SHOW CAUSE**

Now comes Jerry L. Jensen, the Acting United States Trustee for Region 13 (the "UST"), by and through his counsel of record, and for his response to the Court's previously issued Order to Show Cause, states as follows

1.  Paul Stephan Bassett and Michelle Marie Bassetts, ("the Debtors") filed this case under the provisions of Chapter 11, Subchapter V on July 17, 2025.

2.  The UST subsequently appointed Norman Rouse as the Subchapter V Trustee (the "Trustee").

3.  The case was filed without the schedules and statements required by Section 521(a) of the Bankruptcy Code and Fed. R. Bankr. P. 1007.  Accordingly, the Court issued an order to show cause on July 18, 2025, requiring the missing documents to be filed by August 1, 2025.  The order to show cause indicates that it would be vacated upon "timely compliance with its' provisions."

4.  The UST set the meeting of creditors required by Section 341(a) of the Bankruptcy Code for August 21, 2025.

5.  The Debtors' filed a motion to extend the time to file schedules until August 15, 2025, which was granted by the Court.

6. However, the Debtor did not file any of the required schedules and statements by August 15, 2025.  Nor did the Debtor seek to extend the time to comply with the order to show cause or Fed. R. Bankr. P. 1007(c)(7).

7. Had the Debtors filed a motion to extend time on August 15, 2025, the UST would have opposed such motion because any further extension would have prejudiced the rights of parties at interest and creditors to review the documents prior to the August 21, 2025 meeting of creditors, unless the Debtor agreed to incur the costs of re-noticing the meeting.

8. The Debtors did not file their schedules and statements until after 4:00 p.m. on August 19, 2025, leaving the UST, the Trustee, and creditors less than 48 hours to review the documents prior to the meeting of creditors.  The Debtors' actions in delaying the filing were without Court approval and in violation of the pending order to show cause.

9. The UST intends to conduct the meeting of creditors on August 21, 2025 and make some inquiries, but the bulk of the meeting will need to be continued to allow parties to have adequate time to review the filings.

10. Accordingly, the Debtors are not in compliance with the order to show cause or Fed. R. Bankr. P. 1007(c)(7).  The court should not vacate the order to show cause until the Debtors and counsel appear and show cause, as the order requires, why they failed to timely comply and this case should not be dismissed; or in the alternative; whether further proceedings are necessary for the court to consider imposing other sanctions given the significant burden on parties and the delay in prosecuting this case.

11. Further, the Debtors own multiple LLCs.  Accordingly Fed. R. Bankr. P. 2015.3 applies to this case, and at the Initial Debtor Interview, the UST's staff reminded the Debtors and

counsel of the Rule 2015.3 obligations.  Nevertheless, the required reports have not been timely filed.

WHEREFORE, the United States Trustee prays that the July 18, 2025 order to show cause not be vacated without a hearing; and that the Court consider what, if any additional remedial sanctions may be necessary for the Debtors' apparent violation of the Court's orders and the Federal Rules of Bankruptcy Procedure, including dismissal of the case pursuant to the order to show cause.

Date:   August 20, 2025

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

JILL PARSONS
ASSISTANT U.S. TRUSTEE


By: /s/ Adam E. Miller
Adam E. Miller, Mo. Bar #65429
Trial Attorney
Office of the U.S. Trustee
400 East 9th St., Ste 3440
Kansas City, MO 64106
Telephone: (816) 512-1940
Telecopier: (816) 512-1967
Email: adam.e.miller@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing was served by electronic notification, this 25th day of August, 2025 on the Court's electronic case filing system and by U.S. Mail, postage prepaid, upon parties who have requested service of pleadings, but who do not receive service via the Court's electronic case filing system.

/s/ Adam E. Miller

Adam E. Miller