MOW 1009- 1.1 [replaces MOW 1009-1.1 and 1.2] (6/14)

# United States Bankruptcy Court
## Western District of Missouri

In re    **Paul Stephan Bassett**
**Michelle Maria Bassett**

_____

Debtor(s)

Case No.    **25-20315-11**
Chapter      **11**

## VERIFICATION BY DEBTOR(S)

I/We, _, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the

☐    Schedule(s) _____ (A - J insert all that apply)
☑    Amended Schedule(s)    **E/F to add creditors and I to amend** (A - J insert all that apply)
           **Income**
☐    Conversion Schedules _____ (A - J insert all that apply)
☐    Statement/Amended Statement of Financial Affairs
☐    Statement/Amended Statement of Intent
☐    Statement/Amended Statement of Current Monthly Income
☐    Matrix
☐    Amended Matrix

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date:    **August 25, 2025** _____    /s/ **Paul Stephan Bassett**    Paul Bassett (Aug 26, 2025 20:06:46 CDT)
                                          **Paul Stephan Bassett**
                                          Signature of Debtor

Date:    **August 25, 2025** _____    /s/ **Michelle Maria Bassett**    Michelle Bassett (Aug 25, 2025 14:44:04 CDT)
                                          **Michelle Maria Bassett**
                                          Signature of Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix.
Must be prepared as a separate document and must contain image of the debtor(s)' signature(s).
Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor

# Verification for amended EF and I

Final Audit Report                                                                                     2025-08-27

| | |
|---|---|
| Created: | 2025-08-25 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAl7acEHgdckThBRgLYKPLnAp5UQ9sY47b |

## "Verification for amended EF and I" History

📄 Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2025-08-25 - 7:33:13 PM GMT

📧 Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2025-08-25 - 7:33:17 PM GMT

📧 Document emailed to Michelle Bassett (sedaliaaestheticsllc@gmail.com) for signature
2025-08-25 - 7:33:18 PM GMT

📄 Email viewed by Michelle Bassett (sedaliaaestheticsllc@gmail.com)
2025-08-25 - 7:43:47 PM GMT

🖋 Document e-signed by Michelle Bassett (sedaliaaestheticsllc@gmail.com)
Signature Date: 2025-08-25 - 7:44:04 PM GMT - Time Source: server

📄 Email viewed by Paul Bassett (paulinmeade@gmail.com)
2025-08-27 - 1:05:48 AM GMT

🖋 Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2025-08-27 - 1:06:46 AM GMT - Time Source: server

✔ Agreement completed.
2025-08-27 - 1:06:46 AM GMT

📄 Adobe Acrobat Sign