**Fill in this information to identify the case:**

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____

United States Bankruptcy Court for the:____Western___ District of __Missouri_____
(State)

Case number: ___~25-20315_____

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of ⌐August 25, 2025_____ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Sedalia Aesthetics LLC | 100% | 1 |
| Bassett Holdings LLC | 100% | 2 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   __Paul Stephen Bassett and Michelle Maria Bassett_____   Case number   __25-20315_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✘ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM /   DD  / YYYY

**For individual Debtors:**   ✘ _____
Signature of Debtor 1
Printed name of Debtor 1

__Paul Stephen Bassett__
Date  __26/08/2025__
MM /  DD / YYYY

✘
Michelle Bassett (Aug 25, 2025 13:59:57 CDT)
_____
Signature of Debtor 2
__Michelle Maria Bassett__
Printed name of Debtor 2  25/08/2025
Date _____
MM /  DD  / YYYY

Debtor Name ___Paul Stephen Bassett and Michelle Maria Bassett_____     Case number____25-20315_____

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

Sedalia Aesthetics was the debtor in Chapter 11 case number 24-20453, in the Western District of Missouri. Its Chapter 11 plan has been confirmed. The most recent Monthly Operating Report filed in the case is for the month of May 2025, attached.

Sedalia Aesthetics filed an income statement for the Months of January-May 2024 (ECF #11) and a balance sheet dated 10/25/2024 (Doc. #9) in the case. Both are the most recent statements of their kind and are attached.

Debtor Name ____Paul Stephen Bassett and Michelle Maria Bassett_____   Case number _____25-20315_____

**Exhibit A-1: Balance Sheet for Sedalia Aesthetics LLC as of** 8/25/2025

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtor's most recent balance sheet for Sedalia Aesthetics was prepared as of October 2024 and is attached.

Debtor Name   __Paul Stephen Bassett and Michelle Maria Bassett_____   Case number   25-20315_____

**Exhibit A-2: Statement of Income (*Loss*) for [Sedalia Aesthetics LLC] for period ending** [August 25, 2025

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

The most recent statement of income was prepared as of January-May 2025 and is attached along with the most recent MOR from Sedalia Aesthetics' Chapter 11 Bankruptcy case.

Debtor Name   _Paul Stephen Bassett and Michelle Maria Bassett_____    Case number      25-20315_____

**Exhibit A-3: Statement of Cash Flows for** [Sedalia Aesthetics LLC] **for period ending [August 25, 2025]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

    No such cash flow statement exists for this entity.

Debtor Name ___Paul Stephen Bassett and Michelle Marie Bassett_____   Case number _____25-20315_____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Sedalia Aesthetics LLC]**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


No such statement of changes exists; however, the Debtors represent that there have been no changes to equity and the Debtors remain 100% owners of the LLC.

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____    Case number    25-20315_____

**Exhibit B: Description of Operations for [Sedalia Aesthetics LLC]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

The Debtors operate the LLC and maintain 100% interest in the LLC.  Sedalia Aesthetics provides its customers with skincare, injections, and other beauty spa treatments.

Debtor Name   _Paul Stephen Bassett and Michelle Maria Bassett_____   Case number   25-20315_____

### Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

The Debtors represent that they are unaware of any such claims

Debtor Name   Paul Stephen Bassett and Michelle Maria Bassett          Case number_____25-20315_____

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Debtors do not allocate loses or income between Controlled Non-Debtor Entities because they are separate businesses in separate fields.  All income or losses flow through to the Debtors as closedy held businesses

Debtor Name ___Paul Stephen Bassett and Michelle Maria Bassett_____

Case number____25-20315_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Debtors represent that they are unaware of any payment made or obligations incurred by Sedalia Aesthetics LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

# 2015.3 form - Sedalia Aesthetics

Final Audit Report                                                          2025-08-27

| | |
|---|---|
| Created: | 2025-08-25 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0spwXgOioNUmzXgEnyneJfNaEAmVdF7E |

## "2015.3 form - Sedalia Aesthetics" History

📄 Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2025-08-25 - 6:58:58 PM GMT

✉ Document emailed to Michelle Bassett (sedaliaaestheticsllc@gmail.com) for signature
2025-08-25 - 6:59:03 PM GMT

✉ Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2025-08-25 - 6:59:04 PM GMT

📄 Email viewed by Michelle Bassett (sedaliaaestheticsllc@gmail.com)
2025-08-25 - 6:59:39 PM GMT

✍ Document e-signed by Michelle Bassett (sedaliaaestheticsllc@gmail.com)
Signature Date: 2025-08-25 - 6:59:57 PM GMT - Time Source: server

📄 Email viewed by Paul Bassett (paulinmeade@gmail.com)
2025-08-27 - 1:09:23 AM GMT

✍ Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2025-08-27 - 1:10:19 AM GMT - Time Source: server

✔ Agreement completed.
2025-08-27 - 1:10:19 AM GMT

◢ Adobe Acrobat Sign

**Fill in this information to identify the case:**

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____

United States Bankruptcy Court for the:_____Western____ District of __Missouri_____
(State)

Case number: -~25-20315 _____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of  __August 25,__ 2025_____  on the value, operations, and profitability of those entities in which a  Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3.  For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Sedalia Aesthetics LLC | 100% | 1 |
| Bassett Holdings LLC | 100% | 2 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   __Paul Stephen Bassett and Michelle Maria Bassett_____   Case number   ___25-20315_____

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | |
|---|---|
| **For non-individual Debtors:** | ✖ _____<br>Signature of Authorized Individual<br><br>_____<br>Printed name of Authorized Individual<br><br>Date _____<br>   MM / DD / YYYY |

| For individual Debtors: | |
|---|---|
| ✖<br>_____<br>_____Paul Stephen Bassett__<br>Date _____<br>MM / DD / YYYY | Signature of Debtor 1<br>Printed name of Debtor 1 |

✖
_____
Signature of Debtor 2
____Michelle Maria Bassett _____
Printed name of Debtor 2
Date _____
MM / DD / YYYY

Debtor Name    Paul Stephen Bassett and Michelle Maria Bassett
_____    Case number_____25-20315_____

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

**Sedalia Aesthetics was the debtor in Chapter 11 case number 24-20453, in the Western District of Missouri. Its Chapter 11 plan has been confirmed. The most recent Monthly Operating Report filed in the case is for the month of May 2025, attached.**

**Sedalia Aesthetics filed an income statement for the Months of January-May 2024 (ECF #11) and a balance sheet dated 10/25/2024 (Doc. #9) in the case. Both are the most recent statements of their kind and are attached.**

Debtor Name ____Paul Stephen Bassett and Michelle Maria Bassett_____   Case number_____25-20315_____

**Exhibit A-1: Balance Sheet for Sedalia Aesthetics LLC as of** 8/25/2025

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtor's most recent balance sheet for Sedalia Aesthetics was prepared as of October 2024 and is attached.

Debtor Name    __Paul Stephen Bassett and Michelle Maria Bassett_____    Case number    ___25-20315___

**Exhibit A-2: Statement of Income (*Loss*) for [Sedalia Aesthetics LLC] for period ending** [August 25, 2025

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

The most recent statement of income was prepared as of January-May 2025 and is attached along with the most recent MOR from Sedalia Aesthetics' Chapter 11 Bankruptcy case.

Debtor Name   _Paul Stephen Bassett and Michelle Maria Bassett_____   Case number _____25-20315_____

**Exhibit A-3: Statement of Cash Flows for [**Sedalia Aesthetics LLC**] for period ending [August 25, 2025]**

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
      the current fiscal year; and

   b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

   No such cash ffow statement exists for this entity.

Debtor Name   ___Paul Stephen Bassett and MIchelle Marie Bassett_____   Case number _____ 25-20315_____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Sedalia Aesthetics LLC]**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


No such statement of changes exists; however, the Debtors represent that there have been no changes to equity and the Debtors remain 100% owners of the LLC.

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____     Case number _____25-20315_____

**Exhibit B: Description of Operations for [Sedalia Aesthetics LLC]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

The Debtors operate the LLC and maintain 100% interest in the LLC.  Sedalia Aesthetics provides its customers with skincare, injections, and other beauty spa treatments.

Debtor Name   _Paul Stephen Bassett and Michelle Maria Bassett_____   Case number _____25-20315_____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

The Debtors represent that they are unaware of any such claims

Debtor Name   Paul Stephen Bassett and Michelle Maria Bassett          Case number_____25-20315_____

| | |
|---|---|
| ■ | **Exhibit D: Allocation of Tax Liabilities and Assets** |

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Debtors do not allocate loses or income between Controlled Non-Debtor Entities because they are separate businesses in separate fields.  All income or losses flow through to the Debtors as closedy held businesses

Debtor Name    Paul Stephen Bassett and Michelle Maria Bassett
_____   Case number _____25-20315_____

---

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Debtors represent that they are unaware of any payment made or obligations incurred by Sedalia Aesthetics LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

# EXHIBIT 1

**SEDALIA AESTHETICS LLC**
**BALANCE SHEET**
10/25/2024

## *ASSETS*

### CURRENT ASSETS

| | |
|---|---:|
| Cash: | $5,663.00 |
| Accounts Receivable: | $0.00 |
| Inventory: | $13,879.00 |
| Prepaid Expenses: | $0.00 |
| Notes Receivable: | $0.00 |
| Other Current Assets: | $0.00 |
| **TOTAL CURRENT ASSETS:** | **$5,663.00** |

### FIXED ASSETS

| | |
|---|---:|
| Long-Term Investments: | $0.00 |
| Land: | $0.00 |
| Building: | $110,000.00 |
| *Accumulated Building Depreciation:* | ($0.00) |
| Machinery and Equipment: | $171,800.00 |
| *Accumulated Machinery and Equipment Depreciation:* | ($0.00) |
| Furniture and Fixtures: | $7,500.00 |
| *Accumulated Furniture and Fixtures Depreciation:* | ($0.00) |
| Other Fixed Assets: | $0.00 |
| **NET FIXED ASSETS:** | **$0.00** |

### OTHER ASSETS

| | |
|---|---:|
| Goodwill: | $0.00 |
| **TOTAL ASSETS:** | **$5,663.00** |

## *LIABILITIES & EQUITY*

### CURRENT LIABILITIES

# EXHIBIT 1

| | |
|---|---|
| Accounts Payable (A/P): | $0.00 |
| Accrued Wages: | $4,374.26 |
| Accrued Payroll Taxes: | $1,619.00 |
| Accrued Employee Benefits: | $0.00 |
| Interest Payable: | $0.00 |
| Short-Term Notes: | $0.00 |
| Current Portion of Long-Term Debt: | $6,853.00 |
| **TOTAL CURRENT LIABILITIES:** | **$12,846.26** |

### LONG-TERM LIABILITY

| | |
|---|---|
| Mortgage: | $0.00 |
| Other Long-Term Liabilities: | $0.00 |
| **TOTAL LONG-TERM LIABILITIES:** | **$0.00** |

### OWNER'S EQUITY

| | |
|---|---|
| **Paid-In Capital:** | **$0.00** |
| **Net Income:** | **$0.00** |
| **TOTAL EQUITY:** | **$0.00** |
| **TOTAL LIABILITIES & EQUITY:** | **$12,846.26** |

# EXHIBIIT 1

Please make sure that Total Assets equal Total Liabilities and Equity in your balance sheet. If the difference the two sides of the balance sheet is greater than 0, please review the values entered.

| | |
|---|---|
| **TOTAL ASSETS:** | **$5,663.00** |
| - | |
| **TOTAL LIABILITIES & EQUITY:** | **$12,846.26** |
| | **$7,183.26** |

Case 25-20435-can11  Doc 93  Filed 10/28/25  Entered 10/28/25 13:20:10  Desc Main
Sedalia Aesthetics Balance Sheet  Page 3 of 3

# Income Statement

**Sedalia Aesthetics LLC**
**01/01/2024 - 05/31/2024**

Financial Statements in U.S. Dollars

## Revenue

| | | |
|---|---:|---:|
| Gross Sales | 500051 | |
| Less: Sales Returns and Allowances | 0 | |
| Net Sales | | 500051 |

## Expenses

| | |
|---|---:|
| Advertising | 54265 |
| Cost of goods | 179198 |
| Salaries to employees | 86294 |
| Employee Benefit Programs | 4619 |
| Insurance | 2753 |
| Legal and Professional Fees | 2916 |
| Licenses and Fees | 225 |
| Office Expense | 3762 |
| Payroll Taxes | 28001 |
| Rent | 18840 |
| Repairs and Maintenance | 1560 |
| Equipment loans | 205951 |
| Telephone | 3992 |
| Travel | 4120 |
| Utilities | 6217 |
| Vehicle Expenses | 9271 |
| **Total Expenses** | |

| | |
|---|---:|
| **Net Operating Income** | 611984 |

| | |
|---|---:|
| **Net Income (Loss)** | (111933) |

**Fill in this information to identify the case:**

Debtor Name   Sedalia Aesthetics, LLC

United States Bankruptcy Court for the: Western District of Missouri

Case number: 24-20453

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                     12/17

Month: May 2025

Date report filed: 6/24/2025 (MM / DD / YYYY)

Line of business: Medical Spa

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Michelle Bassett_

Original signature of responsible party: _Michele Bassett_

Printed name of responsible party: _Michelle Bassett_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Scanned with CamScanner

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☒  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☒  ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 3169l.31

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 67350.94

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 68708.49

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 1357.55

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 53048.86

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

(Exhibit E)

$ N/A


Scanned with CamScanner

Debtor Name _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                                $ 0

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          6

27. What is the number of employees as of the date of this monthly report?          7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $_____

30. How much have you paid this month in other professional fees?   $_____

31. How much have you paid in total other professional fees since filing the case?   $_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Projected** | — **Actual** | = **Difference** |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 65000 | − $ 67350.94 | = $ 2350.94 |
| 33. **Cash disbursements** | $ 60000 | − $ 68708.49 | = $ 8708.49 |
| 34. **Net cash flow** | $ 5000 | − $ 1357.55 | = $ 3642.45 |

35. Total projected cash receipts for the next month:                        $_____

36. Total projected cash disbursements for the next month:               - $_____

37. Total projected net cash flow for the next month:                       = $_____

Scanned with
CamScanner

Debtor Name _____     Case number_____

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an Income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Scanned with
CS CamScanner

339

**Commerce Bank**
Member FDIC

Sedalia Aesthetics LLC
Debtor IN Possession
Case No 24 20453
717 W 6th St
Sedalia MO 65301

# Bank Statement

| | |
|---|---|
| **Primary Account Number:** | ▮▮▮▮▮ |

*If you have questions about your statement, please call us at 800-453-BANK.*

| | |
|---|---|
| **Statement Date:** | May 23, 2025 |
| **Page Number:** | 1 of 8 |

## FOR YOUR INFORMATION

Just do it! Switch to paperless banking statements to save $5. These provide the same information as your traditional paper statements with the option of printing, saving, and viewing historical documents. Sign up for paperless statements by logging in to Small Business Online Banking and navigating to Account Management under Customer Service.

**myBusiness Checking**  Account # ▮▮▮▮▮▮

**Account Summary**  Account # ▮▮▮▮▮

| | |
|---|---|
| Beginning Balance on  April 24, 2025 | $ 28,387.20 |
| Deposits & Other Credits | + 67,517.30 |
| Debit Card Purchases & Debits | - 8,181.72 |
| Withdrawals & Other Debits | - 38,115.36 |
| Checks Paid | - 28,411.41 |
| Ending Balance on May 23, 2025 | **$ 21,196.01** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid.  For ATM and Debit Card withdrawals, use the transaction date.  This is when these transactions were authorized.  Deposits and other credits should be listed as of the date they were credited.

**Service Charge Summary**  Account # █████████

| | |
|---|---|
| **Monthly Service Charge** | **$5.00** |
| **Transaction Counts** | |
| Debits | 64 |
| Credits | 37 |
| Deposited Items | 0 |
| **Total Transactions** | **101** |
| **Transaction Service Charge** | **$38.00** |
| **Cash Amount[1]** | |
| **Total Cash Amount** | **$4,150** |
| Free Cash Amount | $5,000 |
| **Billable Cash Amount** | **$0** |
| **Cash Service Charge** | **$0.00** |
| **Total Service Charge[2]** | **$43.00** |

1 Refer to the Deposits and Other Credits section of the statement for exact cash deposit amounts.

2 Refer to the Small Business Fee Schedule for specific per transaction and cash deposit costs.  You may receive charges on this statement for items not included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.)
 If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.

**Daily Balance Summary**  Account # █████████

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04-24 | 28,279.82 | 05-06 | 19,012.52 | 05-15 | 23,918.87 |
| 04-25 | 28,112.85 | 05-07 | 20,017.64 | 05-16 | 27,998.31 |
| 04-28 | 25,042.26 | 05-08 | 20,839.18 | 05-19 | 25,178.07 |
| 04-29 | 21,840.27 | 05-09 | 20,395.75 | 05-20 | 23,451.55 |
| 04-30 | 25,423.30 | 05-12 | 23,366.24 | 05-21 | 22,205.18 |
| 05-01 | 23,920.69 | 05-13 | 24,213.89 | 05-22 | 21,791.53 |
| 05-02 | 19,442.37 | 05-14 | 28,022.40 | 05-23 | 21,196.01 |
| 05-05 | 17,372.52 | | | | |

**Deposits & Other Credits**  Account # █████████

| Description | | Date Credited | Amount |
|---|---|---|---|
| ACH Deposit<br>Mtot Dep  517924510080302<br>091000015269461 Bankcard 8710 | 25114002713069 | 04-24 | 937.00 |
| Deposit<br>U86967 R250 B0031 D3168 Sq002<br>0250000002316800000 | 650031342118 | 04-24 | 900.00 |
| ACH Deposit<br>Funding   Cherry<br>101019645828112 | 25114002898492 | 04-24 | 1,189.32 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000010414221 Bankcard 8710 | 25115003314071 | 04-25 | 3,011.70 |
| ACH Deposit<br>Funding   Cherry<br>101019645848206 | 25115003546869 | 04-25 | 405.45 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000013337853 Bankcard 8710 | 25118004178704 | 04-28 | 2,866.70 |

**Commerce Bank**
Member FDIC

Sedalia Aesthetics MOR June 2025 Page 7 of 12

Sedalia Aesthetics LLC

| | Primary Account Number: | |
|---|---|---|
| | **Statement Date:** | May 23, 2025 |
| | **Page Number:** | 3 of 8 |

### Deposits & Other Credits  Account # ▇▇▇▇▇ (Cont.)

| Description | | Date Credited | Amount |
|---|---|---|---|
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000019000590 Bankcard 8710 | 25120005770508 | 04-30 | 3,274.00 |
| Deposit<br>U86967 R250 B0031 D3168 Sq004<br>0250000004316800000 | 650031343141 | 04-30 | 450.00 |
| ACH Deposit<br>Mtot Dep  517924510080302<br>091000010997035 Bankcard 8710 | 25121006647510 | 05-01 | 343.00 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000010997036 Bankcard 8710 | 25121006647511 | 05-01 | 1,204.00 |
| ACH Deposit<br>Funding   Cherry<br>101019645970125 | 25121007010858 | 05-01 | 655.93 |
| ACH Deposit<br>Funding   Cherry<br>101019645970915 | 25121007010860 | 05-01 | 423.46 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000015438919 Bankcard 8710 | 25122007414387 | 05-02 | 1,487.82 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000017304360 Bankcard 8710 | 25125008311485 | 05-05 | 4,571.52 |
| Deposit<br>U87779 R250 B0031 D3165 Sq066<br>0250000066316500000 | 650031537096 | 05-06 | 1,640.00 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000015159909 Bankcard 8710 | 25127010061667 | 05-07 | 1,598.30 |
| ACH Deposit<br>Mtot Dep  517924510080302<br>091000015850420 Bankcard 8710 | 25128000783119 | 05-08 | 1,448.75 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000015850421 Bankcard 8710 | 25128000783120 | 05-08 | 438.00 |
| ACH Deposit<br>Funding   Cherry<br>101019646193419 | 25128000962474 | 05-08 | 934.94 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000010552206 Bankcard 8710 | 25129001435018 | 05-09 | 4,978.60 |
| ACH Deposit<br>Funding   Cherry<br>101019646214012 | 25129001637346 | 05-09 | 359.50 |
| ACH Deposit<br>Mtot Dep  517924510080302<br>091000013219934 Bankcard 8710 | 25132001937016 | 05-12 | 2,628.40 |
| ACH Deposit<br>Mtot Dep  517924510080310<br>091000013219935 Bankcard 8710 | 25132001937017 | 05-12 | 6,825.72 |

**Page Number:** 4 of 8

## Deposits & Other Credits  Account # ▮▮▮▮▮▮▮ (Cont.)

| Description | | Date Credited | Amount |
|---|---|---|---|
| ACH Deposit<br>Funding   Cherry<br>101019646291230 | 25133003197695 | 05-13 | 2,430.00 |
| ACH Deposit<br>Mtot Dep   517924510080310<br>091000013581268 Bankcard 8710 | 25134003656783 | 05-14 | 6,188.00 |
| ACH Deposit<br>Mtot Dep   517924510080302<br>091000011167706 Bankcard 8710 | 25135004489723 | 05-15 | 40.00 |
| Deposit<br>U88931 R250 B0031 D3161 Sq002<br>0250000002316100000 | 650031640808 | 05-15 | 700.00 |
| ACH Deposit<br>Funding   Cherry<br>101019646341320 | 25135004817701 | 05-15 | 502.81 |
| ACH Deposit<br>Mtot Dep   517924510080310<br>091000011445592 Bankcard 8710 | 25136005144610 | 05-16 | 5,070.08 |
| ACH Deposit<br>Mtot Dep   517924510080310<br>091000013370370 Bankcard 8710 | 25139006008091 | 05-19 | 3,831.85 |
| ACH Deposit<br>Mtot Dep   517924510080310<br>091000013686913 Bankcard 8710 | 25141007534932 | 05-21 | 1,405.35 |
| Deposit<br>U80692 R250 B0031 D3160 Sq004<br>0250000004316000000 | 650031425642 | 05-21 | 460.00 |
| ACH Deposit<br>Funding   Cherry<br>101019646453693 | 25141007860365 | 05-21 | 588.28 |
| ACH Deposit<br>Mtot Dep   517924510080302<br>091000015111760 Bankcard 8710 | 25142008286278 | 05-22 | 40.00 |
| ACH Deposit<br>Mtot Dep   517924510080310<br>091000015111761 Bankcard 8710 | 25142008286279 | 05-22 | 886.86 |
| ACH Deposit<br>Mtot Dep   517924510080310<br>091000019716772 Bankcard 8710 | 25143008915956 | 05-23 | 2,040.00 |
| ACH Deposit<br>Funding   Cherry<br>101019646499772 | 25143009193473 | 05-23 | 761.96 |

## Total Deposits & Other Credits                                                       $67,517.30

## Debit Card Purchases & Debits  Account # ▮▮▮▮▮▮

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase<br>Sedalia MO | Wm Supercenter #219 | 04-25 | 04-28 | 41.62 |
| Bus Debit Card Purchase<br>855-2772488 TN | The Compounding Pharmacy | 04-25 | 04-28 | 1,214.78 |
| Bus Debit Card Purchase<br>855-836-3987 CA | Google *Google One | 04-28 | 04-29 | 1.99 |

# Commerce Bank
Member FDIC

| | | Primary Account Number: | | ▮▮▮▮▮ |
|---|---|---|---|---|
| Sedalia Aesthetics LLC | | **Statement Date:** | | May  23, 2025 |
| | | **Page Number:** | | 5 of 8 |

## Debit Card Purchases & Debits  Account ▮▮▮▮ Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase<br>Amzn.Com/Bill WA | Amazon Mktpl*Zl9nt1lh3 | 04-29 | 04-30 | 59.72 |
| Bus Debit Card Purchase<br>833-692-7773 NC | Brightspeed | 04-30 | 05-01 | 79.00 |
| Bus Debit Card Purchase<br>650-5434800 CA | Facebk *J6axbm8542 | 04-30 | 05-01 | 1,100.00 |
| Bus Debit Card Purchase<br>888-8522723 CT | Evexia Diagnostics | 05-01 | 05-02 | 15.00 |
| Bus Debit Card Purchase<br>Sedalia MO | Usps PO 2872540101 | 05-01 | 05-02 | 31.40 |
| Bus Debit Card Purchase<br>Lacey WA | Aesthetics Pro | 05-01 | 05-02 | 964.79 |
| Bus Debit Card Purchase<br>Amzn.Com/Bill WA | Amazon Mktpl*Ni91f1t92 | 05-04 | 05-05 | 20.90 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-06 | 05-07 | 25.01 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-07 | 05-08 | 25.02 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-07 | 05-08 | 25.09 |
| Bus Debit Card Purchase<br>631-843-5500 NY | Henry Schein* | 05-07 | 05-08 | 68.00 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-08 | 05-09 | 25.00 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-08 | 05-09 | 25.01 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-08 | 05-09 | 25.04 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-08 | 05-09 | 27.63 |
| Bus Debit Card Purchase<br>Amzn.Com/Bill WA | Amazon Mktpl*Nb64j3yu1 | 05-08 | 05-09 | 227.17 |
| Bus Debit Card Purchase<br>573-7653321 MO | York & Co Pharmacy | 05-09 | 05-12 | 210.00 |
| Bus Debit Card Purchase<br>Amzn.Com/Bill WA | Amazon Mktpl*Ni96a7x90 | 05-10 | 05-12 | 75.45 |
| Bus Debit Card Purchase<br>866-8705918 AL | Checkworks | 05-12 | 05-13 | 202.58 |
| Bus Debit Card Purchase<br>650-5434800 CA | Facebk *6Mrzpny442 | 05-12 | 05-13 | 1,200.00 |
| Bus Debit Card Purchase<br>888-8522723 CT | Evexia Diagnostics | 05-13 | 05-14 | 18.00 |
| Debit Card Recurring Payment<br>Www.Tier3medi NJ | Www.Tier3media.Com | 05-15 | 05-15 | 597.00 |
| Bus Debit Card Purchase<br>866-8705918 AL | Checkworks | 05-15 | 05-16 | 35.68 |
| Bus Debit Card Purchase<br>855-2772488 TN | The Compounding Pharmacy | 05-16 | 05-19 | 1,449.95 |
| Bus Debit Card Purchase<br>Amzn.Com/Bill WA | Amazon Mktpl*Nz54a7pi2 | 05-17 | 05-19 | 42.14 |
| Debit Card Recurring Payment<br>855-707-7328 MO | Spectrum | 05-17 | 05-19 | 260.00 |
| Bus Debit Card Purchase<br>Amzn.Com/Bill WA | Amazon Mktpl*Nz3dz6161 | 05-22 | 05-23 | 17.09 |

**Page Number:** 6 of 8

**Debit Card Purchases & Debits** Account # ▇▇▇▇ Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase Amzn.Com/Bill WA | Amazon Mktpl*Nz5l68g81 | 05-22 | 05-23 | 71.66 |

**Total Debit Card Purchases & Debits** $8,181.72

**Withdrawals & Other Debits** Account # ▇▇▇▇▇▇

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| ACH Debit Purchase  Revance 043305137455460 | 25114002762317 | 04-24 | 04-24 | 2,950.00 |
| ACH Debit Purchase  Revance 043305130407897 | 25118003920992 | 04-28 | 04-28 | 2,950.00 |
| ACH Debit Util Paymt Liberty Utilitie 021000021709177 | 25118004155358 | 04-28 | 04-28 | 960.84 |
| ACH Debit Sed Util  City of Sedalia 101902057858054 | 25119005313878 | 04-30 | 04-30 | 81.25 |
| ACH Debit Purchase  Revance 043305137286808 | 25121006719613 | 05-01 | 05-01 | 2,950.00 |
| ACH Debit Mtot Disc  517924510080302 091000019535775 Bankcard 8710 | 25121007277672 | 05-02 | 05-02 | 112.23 |
| ACH Debit Mtot Disc  517924510080310 091000019535776 Bankcard 8710 | 25121007277673 | 05-02 | 05-02 | 1,383.81 |
| ACH Debit MO Rev Tax T25982735 086500638993687 Jp MO Rev Tax | 25122007509037 | 05-02 | 05-02 | 1,266.50 |
| ACH Debit MO Rev Tax T25983693 086500638993767 Jp MO Rev Tax | 25122007509038 | 05-02 | 05-02 | 247.00 |
| ACH Debit MO Ui Tax  000000009214924 086500639444678 MO Dir Emp Ser | 25125008214334 | 05-05 | 05-05 | 420.77 |
| ACH Debit Purchase  Revance 043305130778958 | 25125008402851 | 05-05 | 05-05 | 2,950.00 |
| ACH Debit Sed Util  City of Sedalia 101902051602595 | 25129001635469 | 05-12 | 05-12 | 98.18 |
| ACH Debit Purchase  Revance 043305130630995 | 25132001989221 | 05-12 | 05-12 | 4,900.00 |
| ACH Debit Clover App Clover App 111000027283157 | 25132002552443 | 05-13 | 05-13 | 11.95 |
| ACH Debit Inspmtcl  17525942 051000010259532 The Hartford | 25133003485224 | 05-14 | 05-14 | 2,361.49 |

**Commerce Bank**
Member FDIC

| | |
|---|---|
| Sedalia Aesthetics LLC | **Primary Account Number:** ████ |
| | **Statement Date:** May 23, 2025 |
| | **Page Number:** 7 of 8 |

## Withdrawals & Other Debits  Account # ██████ (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| ACH Debit<br>Usataxpymt 220553533332878<br>061036010005810 Irs | 25134003866909 | 05-15 | 05-15 | 3,558.46 |
| ACH Debit<br>Autopay   Evergy MO West<br>091000011029103 | 25134003891155 | 05-15 | 05-15 | 355.35 |
| ACH Debit<br>Ccd Cycle  03-940300-08<br>101901830000003 Marshall Muni | 25134004036711 | 05-15 | 05-15 | 162.97 |
| ACH Debit<br>2063885900 1350001940<br>026073180004970 Gravity Paymen | 25136005245997 | 05-16 | 05-16 | 10.00 |
| ACH Debit<br>2063885900 1350001967<br>026073180004997 Gravity Paymen | 25136005245998 | 05-16 | 05-16 | 10.04 |
| ACH Debit<br>Purchase  Revance<br>043305131042036 | 25139006067532 | 05-19 | 05-19 | 2,950.00 |
| ACH Debit<br>Purchase  Revance<br>043305131042037 | 25139006067533 | 05-19 | 05-19 | 1,950.00 |
| ACH Debit<br>ACH Pmnts  1073-3204815<br>073972185508284 Afs Ibex | 25139006833303 | 05-20 | 05-20 | 526.52 |
| ACH Debit<br>Purchase  Revance<br>043305136183331 | 25141007597367 | 05-21 | 05-21 | 2,950.00 |
| ACH Debit<br>Purchase  Revance<br>043305139454331 | 25143008997222 | 05-23 | 05-23 | 1,950.00 |
| Statement Fee | | 05-23 | 05-23 | 5.00 |
| Bundled Items Charges | | 05-23 | 05-23 | 38.00 |
| Service Charge | | 05-23 | 05-23 | 5.00 |

**Total Withdrawals & Other Debits** **$38,115.36**

## Checks Paid  Account # ██████

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|---|---|---|---|
| 04-25 | 144 | 570.55 | 540971696 | 05-05 | 154 | 549.70 | 540307510 |
| 04-28 | 145 | 155.11 | 540022776 | 05-07 | 155 | 168.17 | 540458893 |
| 04-24 | 146 | 183.70 | 540921303 | 05-02 | 156 | 207.29 | 540253205 |
| 04-28 | 148 | 614.94 | 540039285 | 05-02 | 157 | 822.37 | 540259205 |
| 04-25 | 149 | 1,013.57 | 540970828 | 05-05 | 158 | 1,500.00 | 540316858 |
| 04-25 | 150 | 2,000.00 | 560132379 | 05-02 | 159 | 616.75 | 540286566 |
| 04-29 | 151 | 2,000.00 | 540120326 | 05-02 | 160 | 299.00 | 540266765 |
| 04-29 | 152 | 700.00 | 540091311 | 05-05 | 161 | 700.00 | 540364806 |
| 04-29 | 153 | 500.00 | 540091310 | 05-05 | 162 | 500.00 | 540364805 |

**Checks Paid**  Account #████████  (Cont.)

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|---|---|---|---|
| 05-09 | 163 | 725.28 | 540554739 | 05-22 | 174 | 168.29 | 540079499 |
| 05-13 | 164 | 167.82 | 540676650 | 05-16 | 175 | 200.38 | 540831319 |
| 05-08 | 165 | 232.04 | 540500641 | 05-15 | 176 | 672.56 | 540796088 |
| 05-09 | 166 | 1,173.08 | 540556621 | 05-16 | 178 | 734.54 | 540865280 |
| 05-09 | 167 | 703.32 | 540580474 | 05-20 | 179 | 700.00 | 540960848 |
| 05-07 | 168 | 400.00 | 540487543 | 05-20 | 180 | 500.00 | 540960847 |
| 05-08 | 169 | 1,650.00 | 540536382 | 05-23 | 4000 | 599.98 | 540119164 |
| 05-21 | 170 | 750.00 | 540061485 | 05-22 | 4001 | 216.12 | 540070805 |
| 05-12 | 171 | 700.00 | 540657821 | 05-22 | 4002 | 956.10 | 540110230 |
| 05-09 | 172 | 2,850.00 | 540553277 | 05-23 | 4003 | 710.75 | 540143313 |
| 05-12 | 173 | 500.00 | 540657820 | | | | |

**Total Checks Paid**  **$28,411.41**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO  64106-3686 or call us at 800-453-BANK.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1)  Tell us your name and account number.
2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will  be considered dormant and assessed a $8 monthly fee.  Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204