**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT | ) | Case No. 25-20315-CAN |
| | MICHELLE MARIA BASSETT | ) | |
| | | ) | Chapter 11 (Voluntary), Subchapter V |
| | Debtors and Debtors-in-Possession | ) | |

**DEBTOR'S APPLICATION TO EMPLOY ACCOUNTANT FOR DEBTOR**
**AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT**

**COMES NOW** Paul Stephan Bassett and Michelle Maria Bassette, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") by and through its undersigned counsel, and hereby moves the Court, for the entry of an order providing for the employment of Elizabeth L. "Lori" Schroder CPA and her company Johnson Tax Service LLC as accountants for the Estate and for preliminary approval of the fee arrangement between the parties. In support of this motion, the Debtor respectfully represents as follows:

1. Debtors have worked with Elizabeth L. "Lori" Schroder CPA and her company Johnson Tax Service LLC, an accounting firm located in Lincoln, MO, for several years to prepare tax returns and provide tax related advice.

2. The Debtors require assistance with the preparation of yearly tax returns, payroll processing, sales tax filings, and tax-related advice related to the operation of their businesses, including Sedalia Aesthetics, LLC, and Bassett Holdings, LLC (which files a partnership return).

3. The Debtors are familiar with Elizabeth L. "Lori" Schroder and her firm's expertise and experience as CPAs. The parties have also agreed to work together to prepare income tax returns and for Ms. Schroder to provide tax related advice.

4. The Debtors are familiar with Ms. Schroder's expertise and experience in accounting and tax preparation. In addition to preparing the Debtors' individual returns, Ms. Schroder also prepares tax returns for the Debtors' related entities, including Sedalia Aesthetics, LLC and Bassett Holdings, LLC (which files a partnership return). The Debtors believe that her continued assistance will ensure that all required returns for themselves and their related entities are accurately and timely prepared and filed, which is in the best interest of the Estate and creditors.

5. Elizabeth L. "Lori" Schroder CPA and its members are disinterested parties as defined in 11 U.S.C. § 101(14).

6. The Debtors have requested, and Elizabeth L. "Lori" Schroder CPA has agreed, to engage in the representation of the Debtor in this proceeding at a commercially reasonable rate of charges $200/quarter for payroll and payroll reports; $25/quarter for sales tax returns preparation and filing; $1/per transaction for data entry; and $250 for the preparation of the

Schedule C. Further, the Company charges approximately $225 for the year end reports (W~2s and 1099s) plus the cost of the postage to mail these forms, which is appropriate considering the firm's experience.

7.    Except as set forth herein, no promises have been received by Elizabeth L. "Lori" Schroder CPA or any other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Western District of Missouri, and orders of this Court.

8.    It is in the best interest of all creditors and parties if tax returns are timely and accurately prepared and filed.

9.    The Debtors have appeared at an initial Section 341 Meeting of Creditors conducted by the United States Trustee's office.

WHEREFORE, the Debtor moves this Court for an order authorizing it to employ Elizabeth L. "Lori" Schroder to prepare income tax returns and provide legal advice as described above, and for any other relief just and appropriate under the circumstances.

Dated: August 28, 2025

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

**NOTICE OF MOTION**

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Thursday, August 28, 2025 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

/s/ Ryan A. Blay
Counsel for Debtor/Debtor-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re:   PAUL STEPHAN BASSETT AND | ) | Case No. 25-20315-CAN |
| MICHELLE MARIA BASSETT | | |
| Debtors and Debtors-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF ACCOUNTANTS FOR DEBTORS

State of Missouri     )
                                  ) ss.
County of Benton    )

I, Elizabeth L ("Lori") Schroder, under oath and penalty of perjury hereby state the following:

1.     Debtors have requested that the undersigned Lori Schroder (the "undersigned") and her company Johnson Tax Service, LLC (The "Company") assist in providing accounting services for the Debtors.

2.     The undersigned and Company are qualified to perform these services

3.     The undersigned and Company have provided tax services to the Debtors prior to the filing of their bankruptcy.

4.     The tax returns are prepared under the Debtors' name (on a 1040 returns) with their entities Sedalia Aesthetics LLC treated as a disregarded entity on a Schedule C and Bassett Holdings LLC filing a partnership return.

5.     The Company charges $,200/quarter for payroll and payroll reports; $25/quarter for sales tax returns preparation and filing; $1/per transaction for data entry; and $250 for the preparation of the Schedule C. Further, the Company charges approximately $225 for the year end reports (W~2s and 1099s) plus the cost of the postage to mail these forms.

6.     Except as detailed in Paragraph 4 above, neither the undersigned nor Company has any connection to Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, I understand that there is a continuing duty to disclose such adverse interest.

7,.     Based on the foregoing, the undersigned and her Company is a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

Johnson Tax Service, LLC

*Elizabeth R. Schroder*                                 Dated: August 27, 2025
Elizabeth L. "Lori" Schroder
PO Box 219
Lincoln, MO  65338
Telephone:  660-547-3332


Sworn to before on me this 28th day of August, 2025


_____                    My commission expires: _9/6/2028_
,
Notary Public



ASHLEY PILANT
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 6, 2028
BENTON COUNTY
COMMISSION #12391880