**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT | ) | Case No. 25-20315-CAN |
| | MICHELLE MARIA BASSETT | ) | |
| | | ) | Chapter 11 (Voluntary), Subchapter V |
| | Debtors and Debtors-in-Possession | ) | |

## DEBTOR'S APPLICATION TO EMPLOY CRIMINAL LAW ATTORNEY FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COMES NOW** Paul Stephan Bassett and Michelle Maria Bassett, the Debtor and Debtor-in-possession herein (hereinafter the "Debtors") by and through their undersigned counsel, and hereby move the Court, for the entry of an order providing for the employment of LaTonya J. Marshall, and her company, LaTonya J. Marshall, Attorney at Law (the "Company") as attorneys for debtor Michelle Bassett and for preliminary approval of the fee arrangement between the parties. In support of this motion, the Debtor respectfully represents as follows:

1. Debtor Michelle Bassett has previously retained (pre-petition) LaTonya J. Marshall, Attorney at Law, for representation on two pending criminal charges: Missouri Case Numbers 25PT-CR00436 and Missouri Case No. 25HI-CR0051.

2. Ms. Bassett requires competent legal expertise with respect to criminal matters.

3. Ms. Bassett is familiar with Ms. Marshall's firm and believes the firm is qualified and capable of providing the services required.

4. LaTonya J. Marshall and her company and its employees are disinterested parties as defined in 11 U.S.C. § 101(14).

5. The Debtors have requested, and Ms. Marshall has agreed, to represent Ms. Bassett at a rate of $350 per hour.  Upon approval of any agreement, the Debtor will seek leave to provide payment to Ms. Marshall for her pre-filing balance of $12,000 owed to ensure continued representation.

6. Except as set forth herein, no promises have been received by LaTonya J. Marshall, or any other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Western District of Missouri, and orders of this Court.

7. It is in the best interest of all creditors and parties if the Debtors have competent legal representation with respect to pending criminal charges.

8. The Debtors have appeared at an initial Section 341 Meeting of Creditors conducted by the United States Trustee's office.

WHEREFORE, the Debtors move this Court for an order authorizing them to employ LaTonya J. Marshall, Attorney at Law as criminal counsel and provide legal advice as described above, and for any other relief just and appropriate under the circumstances.

|  |  |
|---|---|
| Dated: September 10, 2025 | Respectfully submitted, WM Law |

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTORS/DEBTORS-IN-POSSESSION

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Wednesday, September 10, 2025 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

/s/ Ryan A. Blay
Counsel for DebtorS/Debtors-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: PAUL STEPHAN BASSETT AND MICHELLE MARIA BASSETT | ) | Case No. 25-20315-CAN |
| Debtors and Debtors-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

**AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR
EMPLOYMENT OF ACCOUNTANTS FOR DEBTORS**

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) SS. |
| COUNTY OF PETTIS | ) |

I, LaTonya J. Marshall, under oath and penalty of perjury hereby state the following:

1.      Debtor, Michelle M. Bassett, has requested that the undersigned LaTonya J. Marshall (the "undersigned") and her company LaTonya J. Marshall, Attorney at Law (The "Company") assist in providing legal services for the Debtor, Michelle M. Bassett.

2.      The undersigned and Company are qualified to perform these services

3.      The undersigned and Company have provided legal services to the Debtors prior to the filing of this bankruptcy.

4.      Specifically, the undersigned and Company represent Michelle M. Bassett as a defense attorney in Missouri Case Nos.: 25PT-CR00436 and Missouri Case No.: 25HI-CR00051.

5.      The Company's fees owed at this time for said services are $12,000.00.

6.      Except as detailed in Paragraph 4 above, neither the undersigned nor Company has any connection to Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, I understand that there is a continuing duty to disclose such adverse interest.

7.      Based on the foregoing, the undersigned and her Company is a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

_____

LaTonya J. Marshall
Attorney at Law
112 W. 5th Street
Sedalia, MO 65301
Telephone: 660-530-4355

Dated: September 2, 2025

Sworn to before on me this _2nd_ day of September, 2025

Notary Public

STEPHANIE SZYMANSKI
Notary Public - Notary Seal
STATE OF MISSOURI
Pettis County
My Commission Expires: Oct. 27, 2026
Commission # 14631075

My commission expires: 10/27/2

2