**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:   PAUL STEPHAN BASSETT | ) | Case No. 25-20315-CAN |
| MICHELLE MARIA BASSETT | ) | |
| | ) | Chapter 11 (Voluntary), Subchapter V |
| Debtors and Debtors-in-Possession | ) | |

**DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL FOR**
**DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT**

**COMES NOW** Paul Stephan Bassett and Michelle Maria Bassett, the Debtor and Debtor-in-possession herein (hereinafter the "Debtors") by and through its undersigned counsel, and hereby moves the Court, for the entry of an order providing for the employment of Attorney T. Brody Kempton and his firm, Kempton & Russell, LLC (the "Company") as attorneys for the Debtors and for preliminary approval of the fee arrangement between the parties. In support of this motion, the Debtors respectfully represent as follows:

1. Debtors, along with their closely held business, Sedalia Aesthetics LLC, hold claims against Jared Mann, JKM Sedalia Aesthetics, LLC (and/or others as future investigation may warrant) for tortious interference, fraud, civil conspiracy, theft/conversion, and/or violation of Missouri's Uniform Trade Secrets Act, arising out of incidents occurring between February 2024 and April 2024.

2. The Debtors require representation with respect to these claims.  The Company is based out of Sedalia, Missouri and handles this type of complex litigation.

3. The Debtors are familiar with attorney Kempton and the Company and believe the Company is qualified and capable of providing the services required.

4. Attorney T. Brody Kempton and his firm, Kempton & Russell, LLC and its employees are disinterested parties as defined in 11 U.S.C. § 101(14).  Mr. Kempton has executed an affidavit, attached, to attest to this.

5. The Debtors have requested, and the Company has agreed, to represent the Debtors on a contingency fee of 40% of any gross recovery from claims raised.

6. Except as set forth herein, no promises have been received by Attorney T. Brody Kempton and his firm, Kempton & Russell, LLC or any other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Western District of Missouri, and orders of this Court.

7. It is in the best interest of all creditors and parties if the Debtors have competent legal representation with respect to these potentially lucrative claims.

8.      The United States Trustee's office has concluded the Meeting of Creditors of the Debtors.


        WHEREFORE, the Debtors move this Court for an order authorizing them to employ Attorney T. Brody Kempton and his firm, Kempton & Russell, LLC as special counsel as described above, and for any other relief just and appropriate under the circumstances.


|  | Respectfully submitted, |
| Dated: September 10, 2025 | WM Law |

s/ Ryan A. Blay
_____
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTORS/DEBTORS-IN-POSSESSION


## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov  or call the Court's HELP line at 1-800-466-9302.


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Wednesday, September 10, 2025 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

    **[See attached mailing matrix]**

                        /s/ Ryan A. Blay
                        _____
                        Counsel for DebtorS/DebtoSr-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In re:   PAUL STEPHAN BASSETT AND            )     Case No. 25-20315-CAN
MICHELLE MARIA BASSETT
Debtors and Debtors-in-Possession            )     Chapter 11 (Voluntary), Subchapter V

## AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF SPECIAL CONSULT FOR DEBTORS

State of Missouri        )
                         ) ss.
County of Pettis         )

I, T. Brody Kempton, under oath and penalty of perjury hereby state the following:

1.      I am an attorney at law admitted to practice in Missouri.

2.      I am an attorney with Kempton & Russell, LLC, which maintains its offices for the practice of law at 114 E 5th Street, Sedalia, Missouri.

3.      The Debtor proposes to retain me, and Kempton & Russell, LLC (collectively "the special counsel") to represent the Debtor (and Sedalia Aesthetics LLC) in connection with claims against Jared Mann, JKM Sedalia Aesthetics, LLC (and/or others as future investigation may warrant) for tortious interference, fraud, civil conspiracy, theft/conversion, and/or violation of Missouri's Uniform Trade Secrets Act, arising out of incidents occurring between February 2024 and April 2024.

4.      The Special Counsel are qualified to perform these services.

5.      That neither the undersigned, nor his law firm, have any connection to the Debtor, Debtor's Creditors, the United States Trustee, or any other party in interest except:
That counsel has been retained on behalf of the Debtors' 100% owned closely held LLC, Sedalia Aesthetics, for pursuant of the same claim as described herein. There is no adverse interest to the estate, and the undersigned is most familiar with the claims contained within the litigation.

6,.      Based on the foregoing, the Special Counsel is a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

7.   Special Counsel, under the agreed terms of representation, would receive 40% of the Gross Amount received for any claim, or attorney's fees ordered by a Court and paid by any defendant, whichever amount is greater.

1

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Kempton & Russell LLC

_____                          Dated: September 9, 2025

T. Brody Kempton
114 E. 5th St.
Sedalia, MO  65301
Telephone:  660-722-4115
brody@kemptonrussell.com

Sworn to before on me this ____9th____ day of _Sept_, 2025

_____
,
Notary Public

My commission expires: 11|03|2027

> DEANA NAYLOR
> Notary Public - Notary Seal
> STATE OF MISSOURI
> Pettis County
> My Commission Expires: Nov. 03, 2027
> Commission # 15459561

2