## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT | ) | Case No. 25-20315-CAN |
| | MICHELLE MARIA BASSETT | ) | |
| | (DECEASED) | | |
| | | ) | Chapter 11 (Voluntary), Subchapter V |
| | Debtors and Debtors-in-Possession | ) | |

## INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM JULY 18, 2025 THROUGH NOVEMBER 30, 2025

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Paul and Maria Bassett, the Debtors and Debtors-in-Possession herein (the "Debtors"), in the amount of $12,355 and reimbursement of expenses in the amount of $89.44 for a total amount of $12,444.44 incurred from July 18, 2025 through November 30, 2025, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

### BACKGROUND

1.      Debtors filed a voluntary petition under Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on July 17, 2025 (the "Petition Date").

2.      WM Law was employed under a general retainer to represent Debtors as bankruptcy counsel in connection with this Chapter 11 case.  On September 12, 2025, this Court entered an order approving the Debtors' Application to Employ WM Law as Counsel. (Doc. #46).

3.      WM Law's representation of Debtors is upon the fee basis set forward in the engagement letter - at the rate of $350.00 per hour for services by WM Law's attorneys[1] and $175 per hour for paralegals.

4.      As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $12,550 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust would cover all of the requested payments under this application.

5.      All services for which compensation is requested by WM Law were performed for or on behalf of the Debtors and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

6.      Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by

---

[1] Debtor's counsel understands that this Court may elect to reduce fees charged at $350 per hour for other lawyers in the Applicant's firm.  However, no such work exists on this application.

1

WM Law showing the total amount of $2,355 in attorney's fees and $89.44 in expenses for fees incurred from July 18, 2025 through November 30, 2025.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

## VALUATION OF SERVICES

7.      Attorneys and paraprofessionals of WM Law have expended a total of 36.3 hours in connection with this matter from July 18, 2025 through November 30, 2025 as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from July 18, 2025 through November 30, 2025, in the amount of $2,355 in attorney's fees and $89.44 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtors' Chapter 11, Subchapter V Plan of Reorganization has not yet been filed and is due on or before January 13, 2026..

12.     The Debtors are current with Monthly Operating Reports through the report due for September 2025 and is working on the report for October 2025.

13.      WM Law certifies that it has provided a copy of this Application to Debtors for their review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from J August 1, 2025 through November 30, 2025, in the amount of $10,955 in attorney's fees and $0 in expenses for a total amount of $11,025 attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $2,355 in attorney's fees and $89.44 in expenses for a total amount of $12,444.44 incurred from July 18, 2025 through November 30, 2025, and authorization to apply first the funds held in trust, per 11 U.S.C.

Dated: December 1 2025.

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTORS, PAUL & MICHELLE BASSETT

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

3

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Paul & Michelle Bassett**
717 W 6th St.
Sedalia, MO 65301
Phone: 660-619-5515 (Michelle)
Email: sedaliaaestheticsllc@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 08/29/2025 | 10157 |
| **Terms** | **Service Through** |
| | 08/29/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 18.80 hrs |
| **Total Labor** | $6,387.50 |
| **Total Expenses** | $89.44 |
| **Total Invoice Amount** | $6,476.94 |
| **Previous Balance** | $4,188.00 |
| **Balance (Amount Due)** | **$10,664.94** |

**In Reference To: Paul & Michelle Bassett M11**

### Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2025 | Ryan Blay | call with Subchapter V trustee Norman Rouse re Sub V scheduling order | 0.30 | $ 350.00/hr | $105.00 |
| 08/01/2025 | Ryan Blay | drafted sub v agreed scheduling order | 0.50 | $ 350.00/hr | $175.00 |
| 08/01/2025 | Ryan Blay | e-mail to judge's clerk re date for sub v status conference and deadline for filing of plan | 0.20 | $ 350.00/hr | $70.00 |
| 08/04/2025 | Ryan Blay | e-mailed homeowner's insurance and vehicle insurance paperwork to case analyst at US Trustee's office after review | 0.30 | $ 350.00/hr | $105.00 |
| 08/13/2025 | Ryan Blay | e-mail to criminal attorney explaining process for employment by bankruptcy court | 0.40 | $ 350.00/hr | $140.00 |

| 08/14/2025 | Ryan Blay | updated bankruptcy schedules and e-mailed to clients for review and further information | 1.50 | $ 350.00/hr | $525.00 |
|---|---|---|---|---|---|
| 08/15/2025 | Ryan Blay | call with clients to go through balance of schedules | 1.50 | $ 350.00/hr | $525.00 |
| 08/20/2025 | Ryan Blay | e-mails with the US Trustee's office regarding delinquent documents; forwarded IDs, tax returns and bank statements | 0.50 | $ 350.00/hr | $175.00 |
| 08/20/2025 | Ryan Blay | call to clients regarding tomorrow's 341 meeting and expected procedures | 0.20 | $ 350.00/hr | $70.00 |
| 08/20/2025 | Ryan Blay | lengthy e-mail to prepare for today's 341 meeting of creditors and identify outstanding issues | 0.50 | $ 350.00/hr | $175.00 |
| 08/21/2025 | Ryan Blay | follow-up e-mail to criminal law attorney regarding application to employ and explaining employment and payment processes | 0.40 | $ 350.00/hr | $140.00 |
| 08/21/2025 | Ryan Blay | telephonic 341 meeting of creditors | 1.50 | $ 350.00/hr | $525.00 |
| 08/25/2025 | Ryan Blay | drafted motion to waive DIP requirement after speaking with the Bassetts about their unsuccessful attempts to open DIP accounts | 0.50 | $ 350.00/hr | $175.00 |
| 08/25/2025 | Ryan Blay | drafted and edited 2015.3 forms for client review upon review of financials and Federal Rules | 2.00 | $ 350.00/hr | $700.00 |
| 08/25/2025 | Ryan Blay | drafted amended schedules E/F and I and sent to clients for review | 0.50 | $ 350.00/hr | $175.00 |
| 08/25/2025 | Ryan Blay | worked on applications to employ and affidavits for criminal counsel, accountants and special counsel | 1.50 | $ 350.00/hr | $525.00 |
| 08/27/2025 | Rosana Tovalin | court filings: motion to waive DIP requirement | 0.30 | $ 175.00/hr | $52.50 |
| 08/27/2025 | Ryan Blay | began drafting monthly operating report for parital month of 7/17-7/31 | 1.50 | $ 350.00/hr | $525.00 |
| 08/27/2025 | Ryan Blay | drafted affidavit for motion to employ accountants and e-mailed it for review and execution | 1.00 | $ 350.00/hr | $350.00 |
| 08/28/2025 | Ryan Blay | work on Subchapter V Status Report | 2.00 | $ 350.00/hr | $700.00 |
| 08/28/2025 | Rosana Tovalin | drafted motion to employ CPAs | 0.80 | $ 175.00/hr | $140.00 |
| 08/28/2025 | Ryan Blay | e-mail to US Trustee and Subchapter V Trustee with updated financials for Sedalia Aesthetics and updated bank statements | 0.40 | $ 350.00/hr | $140.00 |
| 08/29/2025 | Ryan Blay | review information received by client for July MOR | 0.50 | $ 350.00/hr | $175.00 |

**In Reference To: Paul & Michelle Bassett M11**

**Expenses**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 08/18/2025 | Rosana Tovalin | Certificate of Service Fee for Scheduling Order | $89.44 |

| | | |
|---|---:|---:|
| | **Total Hours** | 18.80 hrs |
| | **Total Labor** | $6,387.50 |
| | **Total Expenses** | $89.44 |
| | **Total Amount** | $6,476.94 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Paul & Michelle Bassett**
717 W 6th St.
Sedalia, MO 65301
Phone: 660-619-5515 (Michelle)
Email: sedaliaaestheticsllc@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 12/01/2025 | 10173 |
| **Terms** | **Service Through** |
| | 07/31/2025 |

---

## Billing Summary

| | |
|---|---:|
| **Total Hours** | 5.50 hrs |
| **Total Labor** | $1,925.00 |
| **Total Invoice Amount** | $1,925.00 |
| **Previous Balance** | $13,807.44 |
| **Balance (Amount Due)** | **$16,607.44** |

**In Reference To: Paul & Michelle Bassett M11**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/2025 | Ryan Blay | drafted application to employ WM Law as counsel and affidavit | 0.80 | $ 350.00/hr | $280.00 |
| 07/21/2025 | Ryan Blay | e-mails with clients and the US Trustee's office regarding the time of the 341 meeting and initial debtor interview | 0.40 | $ 350.00/hr | $140.00 |
| 07/23/2025 | Ryan Blay | call with client and follow-up e-mails regarding (1) orders to show cause (2) and tomorrow's initial debtor interview | 0.50 | $ 350.00/hr | $175.00 |
| 07/24/2025 | Ryan Blay | initial debtor interview with US Trustee's office | 0.70 | $ 350.00/hr | $245.00 |
| 07/25/2025 | Ryan Blay | reviewed and redacted 2024 tax returns and prepared 1116 statement | 0.50 | $ 350.00/hr | $175.00 |

| 07/29/2025 | Ryan Blay | e-mail to client with update on task list and documents needed | 0.50 | $ 350.00/hr | $175.00 |
| 07/29/2025 | Ryan Blay | call to Johnson Tax Service re retaining as professional | 0.30 | $ 350.00/hr | $105.00 |
| 07/29/2025 | Ryan Blay | e-mail to Ashley at Johnson Tax Service regarding details for application to employ/affidavit | 0.30 | $ 350.00/hr | $105.00 |
| 07/29/2025 | Ryan Blay | update schedules with asset values, lawsuits, and info from clients | 1.50 | $ 350.00/hr | $525.00 |

| | |
|---|---|
| **Total Hours** | 5.50 hrs |
| **Total Labor** | $1,925.00 |
| **Total Amount** | $1,925.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Paul & Michelle Bassett**
717 W 6th St.
Sedalia, MO 65301
Phone: 660-619-5515 (Michelle)
Email: sedaliaaestheticsllc@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 12/01/2025 | 10172 |
| **Terms** | **Service Through** |
| | 11/30/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 2.50 hrs |
| **Total Labor** | $875.00 |
| **Total Invoice Amount** | $875.00 |
| **Previous Balance** | $13,807.44 |
| **Balance (Amount Due)** | **$14,682.44** |

### In Reference To: Paul & Michelle Bassett M11

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2025 | Ryan Blay | work on August and September Monthly Operating Reports | 2.50 | $ 350.00/hr | $875.00 |

| | | |
|---|---|---|
| **Total Hours** | | 2.50 hrs |
| **Total Labor** | | $875.00 |
| **Total Amount** | | $875.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Paul & Michelle Bassett**
717 W 6th St.
Sedalia, MO 65301
Phone: 660-619-5515 (Michelle)
Email: sedaliaaestheticsllc@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 11/03/2025 | 10169 |
| **Terms** | **Service Through** |
| | 10/31/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Invoice Amount** | $595.00 |
| **Previous Balance** | $13,212.44 |
| **Balance (Amount Due)** | **$13,807.44** |

**In Reference To: Paul & Michelle Bassett M11**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2025 | Ryan Blay | drafted motion for extension of time to file plan | 0.80 | $ 350.00/hr | $280.00 |
| 10/14/2025 | Ryan Blay | reviewed correspondence from Mr. Bassett with August financials, unreadable; requested legible attachments | 0.40 | $ 350.00/hr | $140.00 |
| 10/17/2025 | Ryan Blay | call with client about MORs for August and September 2025 | 0.50 | $ 350.00/hr | $175.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Amount** | $595.00 |

**Paul & Michelle Bassett**
717 W 6th St.
Sedalia, MO 65301
Phone: 660-619-5515 (Michelle)
Email: sedaliaaestheticsllc@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2025 | 10159 |
| **Terms** | **Service Through** |
| | 09/30/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 7.80 hrs |
| **Total Labor** | $2,547.50 |
| **Total Invoice Amount** | $2,547.50 |
| **Previous Balance** | $10,664.94 |
| **Balance (Amount Due)** | **$13,212.44** |

**In Reference To: Paul & Michelle Bassett M11**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/2025 | Ryan Blay | e-mails regarding incurring debt for new car loan | 0.40 | $ 350.00/hr | $140.00 |
| 09/04/2025 | Ryan Blay | continued 341 meeting | 0.50 | $ 350.00/hr | $175.00 |
| 09/05/2025 | Ryan Blay | call with clients to discuss incurring debt for car, next week's status conference, etc. | 0.50 | $ 350.00/hr | $175.00 |
| 09/05/2025 | Ryan Blay | call with US Trustee regarding Thursday's status hearing and Order to Show Cause | 0.50 | $ 350.00/hr | $175.00 |
| 09/10/2025 | Ryan Blay | drafted motion to employ T. Brody Kempton as special counsel | 0.50 | $ 350.00/hr | $175.00 |
| 09/10/2025 | Ryan Blay | drafted MOR for July 2025 | 0.80 | $ 350.00/hr | $280.00 |

| 09/11/2025 | Rosana Tovalin | filed July monthly operating report and attachments | 0.40 | $ 175.00/hr | $70.00 |
|---|---|---|---|---|---|
| 09/11/2025 | Rosana Tovalin | filed applications to employ Brody Kempton and LaTonya Marshall as counsel for debtors | 0.50 | $ 175.00/hr | $87.50 |
| 09/11/2025 | Ryan Blay | telephonic Subchapter V status hearing | 0.80 | $ 350.00/hr | $280.00 |
| 09/15/2025 | Ryan Blay | call with Paul Bassett regarding Michelle's passing | 0.50 | $ 350.00/hr | $175.00 |
| 09/15/2025 | Ryan Blay | e-mail to Subchapter V Trustee and US Trustee regarding death of joint debtor | 0.20 | $ 350.00/hr | $70.00 |
| 09/16/2025 | Ryan Blay | e-mails to Paul Bassett with copies of recently filed pleadings and schedules and update on subchapter V trustee | 0.50 | $ 350.00/hr | $175.00 |
| 09/29/2025 | Ryan Blay | emails regarding instructions to complete monthly operating form for August 2025 and begin on September MOR | 0.40 | $ 350.00/hr | $140.00 |
| 09/30/2025 | Ryan Blay | call with Paul regarding operating report, case status, | 0.80 | $ 350.00/hr | $280.00 |
| 09/30/2025 | Ryan Blay | call with Paul regarding case status | 0.50 | $ 300.00/hr | $150.00 |

| | | |
|---|---|---|
| **Total Hours** | 7.80 hrs |
| **Total Labor** | $2,547.50 |
| **Total Amount** | $2,547.50 |

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

The Debtors have appeared at their Section 341 Meeting of Creditors, which has been concluded.  The Debtors have been working on a Chapter 11 Plan of Reorganization due in January 2026.  An unusual situation has occurred, in which the joint debtor Michelle Bassett passed away unexpectedly after the Subchapter V Status Conference with this Court.

The Debtors are current on monthly operating reports through September 2025 and have no other pending issues with the Court.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 17 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 34.3 hours of time, from July 18, 2025 through November 2025, working on every aspect of the case from start to the present.

Rosana Tovalin, Paralegal.

Ms. Tovalin has over 6 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  She spent 2.0 hours of billable time from July 18, 2025 through November 2025.

Label Matrix for local noticing
0866-2
Case 25-20315-can11
Western District of Missouri
Jefferson City
Fri Jul 18 13:19:05 CDT 2025

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Abbvie US LLC
Allergan
62671 Collection Center Dr.
Chicago IL 60693-0626

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

American Express
777 American Expressway
Fort Lauderdale FL 33337-0001

American Express
PO Box 981537
El Paso TX 79998-1537

American Honda Finance
PO Box168128
Irving TX 75016-8128

Apple Card - GS Bank USA
LOCKBOX 6112
POB 7247
Philadelphia PA 19170-0001

Arvest Bank
PO Box 940
Lowell AR 72745-0000

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Balboa Capital Corp.
575 Anton Boulevard, 12th Floor
Costa Mesa CA 92626-7169

Bank of America
100 North Tryon St.
NC1-0007-19-26
Charlotte NC 28255-0001

Banleaco, Inc.
PO Box 7740
Urbandale IA 50323-7740

Barclay's Bank Delaware
PO Box 8803
Wilmington DE 19899-8803

Barclays Bank Delaware
125 S. West St.
Wilmington DE 19801-5014

Bothwell Regional Health Center
PO Box 1706
Sedalia MO 65302-1706

Bothwell Regional Health Center
PO Box 801128
Kansas City MO 64180-1128

CFG Merchant Solutions LLC
180 Maiden Lane, 15th Floor
New York NY 10038-5150

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One/WSI
PO Box 250478
Salt Lake City UT 84131-0000

Central Funding LLC
1400 Preston Rd, Ste. 115
Plano TX 75093-5159

Comenity Bank
Attn:  Bankruptcy Department
3095 Loyalty Circle
Columbus OH 43219-3673

Comenity Bank/Total Rewards Visa Card
3095 Loyalty Circle, Building A
Columbus OH 43219-3673

Comenity Capital Bank
POB 182120
Columbus OH 43218-2120

Comenity Capital/Overstock
PO Box 182120
Columbus OH 43218-2120

Comenity Capital/Saks CC
PO Box 182120
Columbus OH 43218-2120

Comenity Capital/ULTAMC
PO Box 182120
Columbus OH 43218-2120

Commerce Bank - RCV
1045 Executive Parkway
Saint Louis MO 63141-6303

Dept of ED
121 S 13th st
Lincoln NE 68508-1904

Dext Capital
PO Box 74007351
Chicago IL 60674-7351

Elanco Financial Services
PO Box 108
Saint Louis MO 63166-0108

Firstsource Advantage
205 Bryand Woods South
Buffalo NY 14228-3609

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMCB - Card
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

M2 Equipment Finance LLC
20800 Swanson Dr, Ste. 475
Waukesha WI 53186-2075

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Merz North America
PO Box 10973
Palatine IL 60055-0001

Milestone Bank
3150 Livernois Rd, Ste. 300
Troy MI 48083-5000

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

NCMIC, a Division of Professional
Solutions Financial Services
14001 University Ave
Clive IA 50325-8258

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

Nordstrom/TD Bank
13531 E Caley Ave
Englewood CO 80111-6505

OnePlace Capital
div of Bank Midwest
505 Market St, Ste. 110
West Des Moines IA 50266-3861

Padfield & Stout LLP
100 Throckmorton Street, Ste. 700
Fort Worth TX 76102-2837

Porsche Credit
980 Hammond Dr.
Ste. 1000
Atlanta GA 30328-8187

RH
TD RCS
PO Box 100270
Columbia SC 29202-3270

RTR Financial Services
PO Box 30306
Staten Island NY 10303-0306

Rapid Finance
4500 East West Highway, 6th Floor
Bethesda MD 20814-3327

Sedalia Aesthetics LLC
1701 South Lafayette Ave.
Sedalia MO 65301-7541

Syncb/Care Credit Dual Card
PO Box 71757
Philadelphia PA 19176-1757

TD Bank USA/ Target Credit
PO Box 673
Minneapolis MN 55440-0673

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

US Small Business Administration
10675 Bedford Ave
Ste. 100
Omaha NE 68134-3605

Volkswagen Credit Inc.
c/o Consumer Credit Team
1401 Franklin Blvd
Libertyville IL 60048-4460

Wood & Houston Bank
PO Box 40
Marshall MO 65340-0040

nordstrom/TD bank
13531 E Caley AV Service
Englewood CO 80111-6505

Michelle Maria Bassett
717 W 6th St.
Sedalia, MO 65301-4111

Norman Rouse
Collins, Webster & Rouse
5957 E. 20th Street
Joplin, MO 64801-8765

Paul Stephan Bassett
717 W 6th St.
Sedalia, MO 65301-4111

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Audi Financial Services
1401 Franklin Blvd.
Libertyville IL 60048-0000

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

NEBRASKA FURNITURE MART
PO BOX 3456
Omaha NE 68103-0456

Navitas Credit Corp.
201 Executive Center Dr., Ste 100
Columbia SC 29210-0000

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

US Bank
PO Box 108
Saint Louis MO 63166-0108

End of Label Matrix
Mailable recipients    65
Bypassed recipients     0
Total                  65