**Fill in this information to identify the case:**

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Deceas

United States Bankruptcy Court for the: Western District of Missouri

Case number:  25-20315-can11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month:  November 2025

Date report filed: 01/09/2026
MM / DD / YYYY

Line of business:  aesthetics

NAISC code: 0000

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Paul Bassett

Original signature of responsible party  /s/ Paul Bassett
Paul Bassett (Jan 13, 2026 10:47:44 CST)

Printed name of responsible party  Paul Bassett

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Decea~     Case number 25-20315-can11

17. Have you paid any bills you owed before you filed bankruptcy?    ☑  ❏  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ ___1,801.62

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ ___10,966.87

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    **–** $ ___8,725.63

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    **+** $ ___2,241.24

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    **=** $ ___4,042.86

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ ___0.00

    *(Exhibit E)*

Debtor Name Paul Stephan Bassett and Michelle Maria Bassett (Decea:   Case number 25-20315-can11

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0.00

      *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    _____ 0

27. What is the number of employees as of the date of this monthly report?    _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 10,966.87 | − | $ 10,966.87 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 9,000.00 | − | $ 8,725.63 | = | $ 274.37 |
| 34. **Net cash flow** | $ 1,966.87 | − | $ 2,241.24 | = | $ -274.37 |

35. Total projected cash receipts for the next month:    $ 10,966.80

36. Total projected cash disbursements for the next month:    − $ 8,466.80

37. Total projected net cash flow for the next month:    = $ 2,500.00

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Decea:    Case number 25-20315-can11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# MOR for November 2025 - unsigned

Final Audit Report                                                      2026-01-13

| | |
|---|---|
| Created: | 2026-01-13 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAdT28pvCRdwFd7yfly6qqOsv7ppN_Uo2 |

## "MOR for November 2025 - unsigned" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2026-01-13 - 4:14:59 PM GMT

Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2026-01-13 - 4:15:04 PM GMT

Email viewed by Paul Bassett (paulinmeade@gmail.com)
2026-01-13 - 4:47:01 PM GMT

Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2026-01-13 - 4:47:44 PM GMT - Time Source: server

Agreement completed.
2026-01-13 - 4:47:44 PM GMT

Adobe Acrobat Sign

OSB015001 015 OSB001

M/

# Central Bank

**MEMBER FDIC**  P.O. Box 4500, Jefferson City, MO 65102
(660) 827-3333

**RETURN SERVICE REQUESTED**

**PAUL STEPHAN BASSETT**
**717 W 6TH ST**
**SEDALIA MO 65301-4111**

| Period | Page |
|---|---|
| 10/23/2025 - 11/24/2025 | 1 of 1 |

**Web Address**
www.centralbank.net

M ▮1516

---

## Your Financial Summary on November 24, 2025

| | Bank Deposits | Totals |
|---|---|---|
| **Bank Deposit Accounts:** | | |
| Checking | $    0.00 | |
| Bank Deposit Total | | $    0.00 |
| **Total Assets:** | $    0.00 | $    0.00 |

## Detailed Explanation of Account Balances and Other Assets

### MaxMoney

No. ▮1516    Beginning Balance October 22, 2025    $    971.42

**Withdrawals and other charges**

| Date | Type | Transaction Description | | |
|---|---|---|---|---|
| Oct. 24 | Bill Payment | APPLE.COM/B | APPLE.COM/BILL CUPERTINO CA | 9.99 |
| Oct. 24 | Bill Payment | AFGE LOCAL | AFGE LOCAL 3399 WASHINGTON DC | 21.41 |
| Oct. 24 | ATM Withdrawal | CENTRAL BANK | 400 W BOADWAY SEDALIA MO | 200.00 |
| Oct. 27 | Bill Payment | APPLE.COM/B | APPLE.COM/BILL CUPERTINO CA | 32.98 |
| Oct. 27 | Bill Payment | APPLE.COM/B | APPLE.COM/BILL CUPERTINO CA | 50.00 |
| Oct. 28 | ATM Withdrawal | CASEYS #1601-Y | 3500 W 16TH ST SEDALIA MO | 403.25 |
| Oct. 28 | ATM Wthdrawl Fee | CASEYS #1601-Y | 3500 W 16TH ST SEDALIA MO | 3.00 |
| Oct. 30 | Bill Payment | IXL FAMILY | IXL FAMILY SUBSCRI SAN MATEO CA | 19.95 |
| Oct. 30 | CheckPlus | DOLLAR-GENERAL | DG 013162500 W BRO SEDALIA MO 10/29 | 173.74 |
| Nov. 03 | Automatic Close-Out | | | 57.10 |

Total    -$    971.42

Ending Balance November 24, 2025    $    0.00

Number of days since last statement/interest cycle    12
Beginning and ending dates for calculation of statement/interest cycle are 10/23/2025 through 11/03/2025
Low ledger balance    0.00
Average collected balance    381.00
Average ledger balance    381.00

| | Total This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 35.00 |

**End of Bank Deposits**

To Balance Your Checkbook

Send inquiries to:
**Central Bank**
Bookkeeping Department
P.O. Box 351
Sedalia, Missouri  65302-351
660-827-3333
Member FDIC

Fill in amounts below from your checkbook or savings record book and bank statement.

Enter balance shown on bank statement.                                $_____

Enter balance shown in your checkbook or savings record book.        $_____

Add deposits not on bank statement.                                  $_____
                                                                     _____
                                                                     _____
                                                                     _____

Add any deposits and other additions, loan advances, bank deposits, Online Banking deposits, other electronic deposits, or transfers between savings & checking (including Online Banking, InfoLine, and ATMs) not entered in your checkbook or savings record book.        $_____
                                                                     _____
                                                                     _____
                                                                     _____

**Subtotal (+)**  $_____                            **Subtotal (+)**  $_____

Subtract checks or withdrawals issued but not on statement.          $_____

Subtract service charges, maintenance fees, automatic payments, the bank withdrawals, Online Banking payments, Debit Point-of-Sale transactions, other electronic transactions, or transfers between savings & checking (including Online Banking, InfoLine, and ATMs) not entered in your checkbook or savings record book.        $_____

**Subtotal (-)**  $_____                            **Subtotal (-)**  $_____

**Balance**

Balance shown in your checkbook or savings record book.      **(=)**  $_____                **(=)**  $_____

**These totals represent the correct amount of money you have in the bank and should agree.  Please examine your statement promptly and report any errors immediately.**

---

**Important Information About Securities Line, Cash Reserve and Business Reserve**

**INTEREST CHARGE CALCULATION:**
We figure the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle.  To get the "daily balance", we take the beginning balance of your account each day, add any new advances and subtract any credits or payments for that day. This gives us the daily balance.  We add each day's interest charge to get the total interest charge which is shown on your monthly statement.

To calculate the Average Daily Balance noted in the Balance Subject to Interest Rate column we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "average daily balance".  The interest charge may be calculated by multiplying each of the average daily balances by the applicable daily periodic rate, multiplying the results by the number of days in the billing cycle divided by 365 and adding together to get the Total Interest For This Period.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT/BILL:**
If you think there is an error on your statement/Bill, write to us at:
Central Bank, Bookkeeping Department, P.O. Box 351,  Sedalia, Missouri  65302-351

In your letter, give us the following information:
> Account Information: Your name and account number.
> Dollar amount: The dollar amount of the suspected error.
> Description of Problem: if you think there is an error on your statement/bill, describe what you believe is wrong and why you believe it is a mistake.
After the error appeared on your statement/bill, you must contact us within 60 days for your personal account or 30 days for your business account to report the error.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:
> We cannot try to collect the amount in question, or report you as delinquent on that amount.
> The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
> While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
> We can apply any unpaid amount against your credit limit.

**PERSONAL ACCOUNTS:**
**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Telephone us at 1-866-998-4617
or write us at:
Central Bancompany, Regulation E Investigations, P.O. Box 779, Jefferson City, MO 65102-9982

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error occurred.
(1) Tell us your name and account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this (20 business days if the transfer involved a new account), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

```
                                         Date 11/28/25          Page      1
                                         Primary Account   @XXXXXXXXXX@2586
                                         Enclosures
```

```
        PAUL S BASSETT
        MICHELLE M BASSETT DEBTOR
        IN POSSESSION CASE NO 25 20315 CAN 11
        717 S 6TH ST
        SEDALIA MO 65301
```

..............................GREAT SOUTHERN ACCOUNT............................

```
            Account Title:  PAUL S BASSETT
                            MICHELLE M BASSETT DEBTOR
                            IN POSSESSION CASE NO 25 20315 CAN 11
```

Learn ways to manage your money or set up account alerts through Online
Banking. Visit www.GreatSouthernBank.com/personal/managing-your-account
for more information.

```
GS CHECKING                              Check Safekeeping
Account Number           @XXXXXXXXXX@2586  Statement Dates  11/03/25 thru 11/30/25
Previous Balance              1,804.55   Days in the statement period       28
   2 Deposits/Credits        10,966.87   Average Ledger                4,633.15
 129 Checks/Debits            8,728.56   Average Collected             4,633.15
Service Charge                     .00
Interest Paid                      .00
Current Balance               4,042.86
```

```
------------------------- Activity in Date Order --------------------------
Date      Description                              Amount
11/03 UBER    *TRIP                                 5.00-            1,799.55
      8005928996 CA
      110225 449101 Card#1385
11/03 HORSESHOE ITS AL                              3.28-            1,796.27
      SAINT LOUIS MO
      110125 906546 Card#1385
11/03 WALMART.COM 8009                              8.71-            1,787.56
      BENTONVILLE AR
      102425 595352 Card#1385
11/03 CASEYS #1601                                 12.92-            1,774.64
      SEDALIA MO
      110225 016583 Card#1385
11/03 CASEYS #1601                                 13.19-            1,761.45
      SEDALIA MO
      110225 049794 Card#1385
11/03 UBER    *TRIP                                14.97-            1,746.48
      8005928996 CA
      103125 010923 Card#1385
11/03 CASEYS #1601                                 15.31-            1,731.17
      SEDALIA MO
      110325 031684 Card#1385
11/03 AMTRAK MIDWEST C                             15.50-            1,715.67
      WASHINGTON DC
      103125 771291 Card#1385
11/03 UBER    *TRIP                                16.95-            1,698.72
      8005928996 CA
      103125 911153 Card#1385
11/03 SQ *ARCH CAFE LL                             17.50-            1,681.22
      ST LOUIS MO
```

Date 11/28/25          Page     2
Primary Account   @XXXXXXXXXX@2586
Enclosures

GS CHECKING                        @XXXXXXXXXX@2586   (Continued)
-------------------------- Activity in Date Order  ---------------------------
Date        Description                          Amount

| Date | Description | Amount | Balance |
|---|---|---|---|
| | 110125 345452 Card#1385 | | |
| 11/03 | UBER    *TRIP | 19.29- | 1,661.93 |
| | 8005928996 CA | | |
| | 110225 878779 Card#1385 | | |
| 11/03 | UBER    *TRIP | 20.31- | 1,641.62 |
| | 8005928996 CA | | |
| | 103125 566082 Card#1385 | | |
| 11/03 | JAMES HENRY & CO | 22.98- | 1,618.64 |
| | SAINT LOUIS MO | | |
| | 110125 916387 Card#1385 | | |
| 11/03 | USCONNECT CRDNL | 26.05- | 1,592.59 |
| | FENTON MO | | |
| | 110125 760060 Card#1385 | | |
| 11/03 | TST*KIMCHI GUYS | 35.48- | 1,557.11 |
| | BOSTON MO | | |
| | 103125 867328 Card#1385 | | |
| 11/03 | GATEWAY ARCH ONL | 37.00- | 1,520.11 |
| | 877-982-1410 MO | | |
| | 110125 841297 Card#1385 | | |
| 11/03 | AT *AQUARIUM UNI | 37.98- | 1,482.13 |
| | ST. LOUIS MO | | |
| | 103125 377117 Card#1385 | | |
| 11/03 | James Henry Prov | 41.53- | 1,440.60 |
| | ST.LOUIS MO | | |
| | 103125 773202 Card#1385 | | |
| 11/03 | HILTON STL DOWNT | 71.30- | 1,369.30 |
| | SAINT LOUIS MO | | |
| | 110125 648655 Card#1385 | | |
| 11/03 | RUTHS CHRIS STEA | 224.79- | 1,144.51 |
| | SAINT LOUIS MO | | |
| | 110125 313083 Card#1385 | | |
| 11/04 | WALGREENS #7428 | 12.87- | 1,131.64 |
| | SEDALIA MO | | |
| | 110325 820325 Card#1385 | | |
| 11/04 | CASEYS #1063 | 13.31- | 1,118.33 |
| | SEDALIA MO | | |
| | 110425 001597 Card#1385 | | |
| 11/04 | CASEYS #1601 | 17.92- | 1,100.41 |
| | SEDALIA MO | | |
| | 110325 021100 Card#1385 | | |
| 11/04 | ARCH CITY DELI | 19.20- | 1,081.21 |
| | SAINT LOUIS MO | | |
| | 110225 139725 Card#1385 | | |
| 11/04 | CASEYS #1601 | 19.60- | 1,061.61 |
| | SEDALIA MO | | |
| | 110425 013846 Card#1385 | | |
| 11/05 | CASEYS #1063 | 14.01- | 1,047.60 |
| | SEDALIA MO | | |
| | 110525 052794 Card#1385 | | |
| 11/05 | WALMART.COM 8009 | 80.47- | 967.13 |
| | BENTONVILLE AR | | |
| | 110225 396778 Card#1385 | | |

Date 11/28/25          Page    3
Primary Account  @XXXXXXXXXX@2586
Enclosures

GS CHECKING                        @XXXXXXXXXX@2586   (Continued)
-------------------------- Activity in Date Order  ---------------------------
Date       Description                              Amount
11/06 CASEYS #1063                                  12.01-              955.12
      SEDALIA MO
      110625 038088 Card#1385
11/06 CASEYS #1601                                  12.01-              943.11
      SEDALIA MO
      110625 030198 Card#1385
11/06 SP ELEVE DANCEWE                              85.11-              858.00
      KANSAS CITY MO
      110525 833070 Card#1385
11/07 FED SALARY DFAS-CLEVELAND    PPD            5,483.43            6,341.43
11/07 CASEYS #1063                                  10.92-            6,330.51
      SEDALIA MO
      110725 019075 Card#1385
11/07 TST* THE VAULT S                              31.09-            6,299.42
      SEDALIA MO
      110625 730502 Card#1385
11/10 NETFLIX.COM                                   24.99-            6,274.43
      LOS GATOS CA
      110825 088721 Card#1385
11/10 CASEYS #1601                                  15.14-            6,259.29
      SEDALIA MO
      110925 047681 Card#1385
11/10 DD *DOORDASH MCD                              15.16-            6,244.13
      SAN FRANCISCO CA
      110725 484519 Card#1385
11/10 DD *DOORDASH CAS                              17.69-            6,226.44
      SAN FRANCISCO CA
      110825 479647 Card#1385
11/10 DD *DOORDASH CHI                              19.00-            6,207.44
      SAN FRANCISCO CA
      110725 596651 Card#1385
11/10 DD *DOORDASH CAS                              23.21-            6,184.23
      SAN FRANCISCO CA
      110925 236650 Card#1385
11/10 DD *DOORDASH STA                              23.93-            6,160.30
      SAN FRANCISCO CA
      110825 947501 Card#1385
11/10 CASEYS #1601                                  27.43-            6,132.87
      SEDALIA MO
      110825 035048 Card#1385
11/10 TST*VOLKERS                                   28.11-            6,104.76
      SEDALIA MO
      110825 990781 Card#1385
11/10 DISCOUNT SMOKES                               28.26-            6,076.50
      SEDALIA MO
      110925 006188 Card#1385
11/10 CASEYS #1052                                  32.01-            6,044.49
      SEDALIA MO
      111025 060398 Card#1385
11/10 CASEYS #1601                                  32.29-            6,012.20
      SEDALIA MO
      110725 046771 Card#1385

Date 11/28/25           Page      4
Primary Account   @XXXXXXXXXX@2586
Enclosures

GS CHECKING                        @XXXXXXXXXX@2586   (Continued)
-------------------------- Activity in Date Order  --------------------------
Date      Description                            Amount
11/12 WOODS SUPERMARK                             9.27-              6,002.93
      SEDALIA MO
      111125 101837 Card#1385
11/12 CASEYS #1601                               10.92-              5,992.01
      SEDALIA MO
      111125 059688 Card#1385
11/12 STARBUCKS STORE                            11.33-              5,980.68
      SEDALIA MO
      111025 455280 Card#1385
11/12 CASEYS #1601                               14.01-              5,966.67
      SEDALIA MO
      111125 007176 Card#1385
11/12 CASEYS #1063                               17.01-              5,949.66
      SEDALIA MO
      111225 002394 Card#1385
11/12 BREAK TIME 3084                            22.54-              5,927.12
      SEDALIA MO
      110925 293569 Card#1385
11/12 DD *DOORDASH CHI                           23.41-              5,903.71
      SAN FRANCISCO CA
      111125 545829 Card#1385
11/12 EL TAPATIO SIDAL                           23.71-              5,880.00
      SEDALIA MO
      111125 615428 Card#1385
11/12 DISCOUNT SMOKES                            25.03-              5,854.97
      SEDALIA MO
      111025 006310 Card#1385
11/12 DD *DOORDASH APP                           26.26-              5,828.71
      SAN FRANCISCO CA
      111025 856546 Card#1385
11/12 DD *DOORDASH STA                           26.32-              5,802.39
      SAN FRANCISCO CA
      111025 981133 Card#1385
11/12 EVERGY *MO WEST                            30.00-              5,772.39
      KANSAS CITY MO
      111025 265844 Card#1385
11/12 KOHLS 1508                                 32.61-              5,739.78
      SEDALIA MO
      111225 029194 Card#1385
11/12 PAR*FITTER'S PUB                          121.60-              5,618.18
      SEDALIA MO
      110925 536113 Card#1385
11/12 LU MISSOURI/EZ-P                          289.12-              5,329.06
      LITCHFIELD PA AZ
      111025 935056 Card#1385
11/12 THE CITY OF SEDA                          383.53-              4,945.53
      SEDALIA MO
      111025 895029 Card#1385
11/12 TMOBILE*POSTPAID                          487.64-              4,457.89
      BELLEVUE WA
      111125 262573 Card#1385
11/13 CASEYS #1601                               16.01-              4,441.88
      SEDALIA MO

```
GS CHECKING                          @XXXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order  ---------------------------
Date       Description                                Amount
           111325 047199 Card#1385
11/13 DD *DOORDASH STA                                 32.69-           4,409.19
      SAN FRANCISCO CA
           111225 070295 Card#1385
11/13 DD *DOORDASHDOUB                                 36.21-           4,372.98
      SAN FRANCISCO CA
           111125 253523 Card#1385
11/13 DISCOUNT SMOKES                                  39.86-           4,333.12
      SEDALIA MO
           111225 029131 Card#1385
11/13 SP RHODE SKIN                                    51.95-           4,281.17
      BEVERLY HILLS CA
           111225 043584 Card#1385
11/14 ATM Service Charge                                2.50-           4,278.67
      FOREIGN ATM ACTIVITY FEE
      CENTRAL BANK
      RF#004094
11/14 ATM Withdrawal                                  403.00-           3,875.67
      CENTRAL BANK
      SEDALIA MO
           111425 004094 Card#1385
11/14 DD *DOORDASH KFC                                 21.49-           3,854.18
      8559731040 CA
           111225 403184 Card#1385
11/14 DD *DOORDASH CHI                                 26.64-           3,827.54
      SAN FRANCISCO CA
           111325 709261 Card#1385
11/14 DD *DOORDASH CAS                                 26.86-           3,800.68
      SAN FRANCISCO CA
           111225 827231 Card#1385
11/14 TST*THE VAULT SE                                100.09-           3,700.59
      SEDALIA MO
           111325 932240 Card#1385
11/14 WAL-MART #0219                                  113.87-           3,586.72
      SEDALIA MO
           111425 891256 Card#1385
11/17          1051                                    75.00-           3,511.72
11/17 MCDONALD'S F1151                                 11.62-           3,500.10
      SEDALIA MO
           111625 774369 Card#1385
11/17 CASEYS #1601                                     14.01-           3,486.09
      SEDALIA MO
           111525 045437 Card#1385
11/17 CASEYS #1601                                     14.01-           3,472.08
      SEDALIA MO
           111725 056119 Card#1385
11/17 STARBUCKS STORE                                  15.30-           3,456.78
      SEDALIA MO
           111425 190524 Card#1385
11/17 CASEYS #1052                                     16.23-           3,440.55
      SEDALIA MO
           111625 061584 Card#1385
```

GS CHECKING                          @XXXXXXXXXX@2586   (Continued)

------------------------- Activity in Date Order  -------------------------

| Date | Description | Amount | |
|------|-------------|--------|---|
| 11/17 | AMAZON MKTPL*B87 SEATTLE WA 111425 760576 Card#1385 | 19.38- | 3,421.17 |
| 11/17 | BREAK TIME 3084 SEDALIA MO 111625 286807 Card#1385 | 19.56- | 3,401.61 |
| 11/17 | CASEYS #1601 SEDALIA MO 111425 006132 Card#1385 | 23.21- | 3,378.40 |
| 11/17 | TMOBILE*POSTPAID BELLEVUE WA 111625 654592 Card#1385 | 25.00- | 3,353.40 |
| 11/17 | DD *DOORDASH CHI SAN FRANCISCO CA 111425 423100 Card#1385 | 26.68- | 3,326.72 |
| 11/17 | DD *DOORDASHDOUB SAN FRANCISCO CA 111525 928255 Card#1385 | 29.39- | 3,297.33 |
| 11/17 | CASEYS #1052 SEDALIA MO 111625 063066 Card#1385 | 39.38- | 3,257.95 |
| 11/17 | AMAZON MKTPL*B80 SEATTLE WA 111425 995197 Card#1385 | 52.26- | 3,205.69 |
| 11/17 | ELITE DRY CLEANE SEDALIA MO 111525 638715 Card#1385 | 54.18- | 3,151.51 |
| 11/18 | TST*THE VAULT SE SEDALIA MO 111725 243379 Card#1385 | 9.00- | 3,142.51 |
| 11/18 | CASEYS #1601 SEDALIA MO 111825 025808 Card#1385 | 12.01- | 3,130.50 |
| 11/18 | AMAZON MKTPL*B81 SEATTLE WA 111525 696455 Card#1385 | 85.80- | 3,044.70 |
| 11/19 | CASEYS #1063 SEDALIA MO 111925 019122 Card#1385 | 12.01- | 3,032.69 |
| 11/19 | CASEYS #1052 SEDALIA MO 111925 019941 Card#1385 | 14.01- | 3,018.68 |
| 11/19 | AMAZON RETA* B02 SEATTLE WA 111825 887297 Card#1385 | 33.64- | 2,985.04 |
| 11/19 | DISCOUNT SMOKES SEDALIA MO 111825 006951 Card#1385 | 34.78- | 2,950.26 |
| 11/20 | CASEYS #1601 SEDALIA MO 112025 008650 Card#1385 | 12.01- | 2,938.25 |
| 11/20 | CASEYS #1601 SEDALIA MO | 34.01- | 2,904.24 |

Date 11/28/25          Page     7
Primary Account  @XXXXXXXXXX@2586
Enclosures

```
GS CHECKING                        @XXXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order  ---------------------------
Date      Description                                Amount
          112025 035741 Card#1385
11/20 TST*THE VAULT SE                              45.62-           2,858.62
      SEDALIA MO
          111925 552666 Card#1385
11/20 WMT PLUS 2025                                 98.00-           2,760.62
      WALMART.COM AR
          111825 317667 Card#1385
11/20 PT *GoldenValley                             110.49-           2,650.13
      ATLANTA MT
          111925 473393 Card#1385
11/20 LU MISSOURI/EZ-P                             289.60-           2,360.53
      LITCHFIELD PA AZ
          111925 538840 Card#1385
11/21 FED SALARY DFAS-CLEVELAND   PPD             5,483.44           7,843.97
11/21 CASEYS #1601                                  10.92-           7,833.05
      SEDALIA MO
          112125 044933 Card#1385
11/21 CASEYS #1601                                  12.01-           7,821.04
      SEDALIA MO
          112125 015162 Card#1385
11/21 DISCOUNT SMOKES                               19.56-           7,801.48
      SEDALIA MO
          112025 007116 Card#1385
11/21 WALGREENS STORE                               35.00-           7,766.48
      SEDALIA MO
          112025 231191 Card#1385
11/21 WALGREENS STORE                               35.12-           7,731.36
      SEDALIA MO
          112025 261348 Card#1385
11/24 DOLLAR-GENERAL #                               7.93-           7,723.43
      SEDALIA MO
          112225 890792 Card#1385
11/24 CASEYS #1601                                  10.92-           7,712.51
      SEDALIA MO
          112325 043112 Card#1385
11/24 CASEYS #1601                                  10.92-           7,701.59
      SEDALIA MO
          112125 046593 Card#1385
11/24 CASEYS #1601                                  10.92-           7,690.67
      SEDALIA MO
          112325 012685 Card#1385
11/24 MCDONALD'S F1151                              13.00-           7,677.67
      SEDALIA MO
          112325 313438 Card#1385
11/24 CASEYS #1601                                  14.01-           7,663.66
      SEDALIA MO
          112425 020259 Card#1385
11/24 CASEYS #1601                                  25.21-           7,638.45
      SEDALIA MO
          112225 044629 Card#1385
11/24 TST*NO 5 BISTRO                              150.95-           7,487.50
      SEDALIA MO
```

GS CHECKING                          @XXXXXXXXXX@2586   (Continued)

```
------------------------- Activity in Date Order  ---------------------------
Date        Description                              Amount
            112225 571193 Card#1385
11/25 ATM Service Charge                              2.50-            7,485.00
      FOREIGN ATM ACTIVITY FEE
      CENTRAL BANK
      RF#009800
11/25 ATM Withdrawal                                413.00-            7,072.00
      CENTRAL BANK
      SEDALIA MO
      112425 009800 Card#1385
11/25 CASEYS #1601                                   11.30-            7,060.70
      SEDALIA MO
      112525 029288 Card#1385
11/25 CASEYS #1601                                   12.92-            7,047.78
      SEDALIA MO
      112425 052560 Card#1385
11/25 BREAK TIME 3084                                17.39-            7,030.39
      SEDALIA MO
      112325 332333 Card#1385
11/26 CASEYS #1063                                   12.37-            7,018.02
      SEDALIA MO
      112625 035683 Card#1385
11/26 TST*THE VAULT SE                               26.57-            6,991.45
      SEDALIA MO
      112525 864314 Card#1385
11/26 LS STATE FAIR SP                               27.62-            6,963.83
      SEDALIA MO
      112525 097992 Card#1385
11/28             1103                             2,713.86-           4,249.97
11/28 CASEYS #1087                                    7.36-            4,242.61
      LA MONTE MO
      112725 001655 Card#1385
11/28 CASEYS #1601                                   13.68-            4,228.93
      SEDALIA MO
      112825 050470 Card#1385
11/28 CASEYS #1601                                   14.37-            4,214.56
      SEDALIA MO
      112825 025241 Card#1385
11/28 CASEYS #1087                                   30.70-            4,183.86
      LA MONTE MO
      112725 025830 Card#1385
11/28 DISCOUNT SMOKES                                49.70-            4,134.16
      SEDALIA MO
      112725 007745 Card#1385
11/28 CASEYS #1601                                   91.30-            4,042.86
      SEDALIA MO
      112625 188336 Card#1385
```

```
                  --- CHECKS IN NUMBER ORDER ---
Date    Check No        Amount    Date   Check No              Amount
11/17      1051          75.00    11/28    1103*             2,713.86
* Denotes missing check numbers
```

# ******4808 31 SMARTREWARD CHECKING

Checking Inquiry

| Date Opened | Address | Nickname | Account Title | | | |
|---|---|---|---|---|---|---|
| May 06, 2021 | 717 W 6TH ST SEDALIA MO 65301-4111 | - | - | PAUL S BASSETT<br>Tax Name   Owner/Signer |  |  |
| | | | | MICHELLE M BASSETT<br>Owner/Signer | | |

| Current Ledger | Memo Ledger | Current Available | Memo Available | Pending Transaction | $0.00 |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | Current Statement Rate | 0.00% |
| | | | | Account Status   Manually Closed Account | |

## ∨ ACH Activity  [Extracted ①]

## ∧ Transactions

| Date | | | Description | Posted Date | Debits | Credits | Memo Available | Memo Ledger |
|---|---|---|---|---|---|---|---|---|
| Nov 03, 2025 | 🖉 | | Close Account Withdrawal | Nov 03, 2025 | $0.00 | - | - | $0.00 |
| Nov 03, 2025 | 🖉 | | RETURNED ITEM, ACCOUNT CLOSED, CLUB FEES ANYTIME FIT ABC - ANYTIME FITNES | Nov 03, 2025 | - | $26.08 | - | $0.00 |
| Nov 03, 2025 | 🖉 | | REFUND OD FEE | Nov 03, 2025 | - | $30.00 | - | -$26.08 |
| Nov 03, 2025 | 🖉 | 📷 | Deposit | Nov 03, 2025 | - | $3.95 | - | -$56.08 |
| Oct 31, 2025 | 🖉 | | Service Charge | Oct 31, 2025 | $3.95 | - | - | -$60.03 |
| Oct 31, 2025 | 🖉 | | CLUB FEES ANYTIME FIT ABC - ANYTIME FITNESS 888-827-9262 | Oct 31, 2025 | $26.08 | - | - | -$56.08 |
| Oct 30, 2025 | 🖉 | 📷 | Deposit | Oct 30, 2025 | - | $327.33 | - | -$30.00 |
| Oct 29, 2025 | 🖉 | | PAID OVERDRAFT FEE | Oct 30, 2025 | $30.00 | - | - | -$357.33 |
| Oct 29, 2025 | 🖉 | | SPECTRUM SPECTRUM 8085886 | Oct 29, 2025 | $273.17 | - | - | -$327.33 |
| Oct 17, 2025 | 🖉 | | PAID OVERDRAFT FEE | Oct 20, 2025 | $30.00 | - | - | -$54.16 |
| Oct 17, 2025 | 🖉 | | CLUB FEES ANYTIME FIT ABC - ANYTIME FITNESS 888-827-9262 | Oct 17, 2025 | $26.08 | - | - | -$24.16 |
| Oct 16, 2025 | 🖉 | 📷 | Deposit | Oct 16, 2025 | - | $1,010.00 | - | $1.92 |
| Oct 16, 2025 | 🖉 | | TRANSFER TO SMARTSAVINGS | Oct 16, 2025 | $25.00 | - | - | -$1,008.08 |
| Oct 14, 2025 | 🖉 | | PAID OVERDRAFT FEE | Oct 15, 2025 | $60.00 | - | - | -$983.08 |
| Oct 14, 2025 | 🖉 | | LIBERTY MUTUAL PAYMENT AOV24309539390 | Oct 14, 2025 | $500.66 | - | - | -$923.08 |
| Oct 14, 2025 | 🖉 | | T-MOBILE PCS SVC 2219508 | Oct 14, 2025 | $133.76 | - | - | -$422.42 |
| Oct 08, 2025 | 🖉 | | PAID OVERDRAFT FEE | Oct 09, 2025 | $30.00 | - | - | -$288.66 |
| Oct 08, 2025 | 🖉 | | SPECTRUM SPECTRUM 0645114 | Oct 08, 2025 | $273.17 | - | - | -$258.66 |
| Oct 03, 2025 | 🖉 | | CLUB FEES ANYTIME FIT ABC - ANYTIME FITNESS 888-827-9262 | Oct 03, 2025 | $26.08 | - | - | $14.51 |
| Sep 30, 2025 | | | Service Charge | Sep 30, 2025 | $3.95 | - | - | $40.59 |
| Sep 30, 2025 | | | Interest | Sep 30, 2025 | - | $1.00 | - | $44.54 |

| Date | Description | Posted Date | Debits | Credits | Memo Available | Memo Ledger |
|------|-------------|-------------|--------|---------|----------------|-------------|

Showing All Transactions