**Fill in this information to identify the case:**

Debtor Name _Paul Stephan Bassett and Michelle Maria Bassett (Deceas_

United States Bankruptcy Court for the: Western District of Missouri    ▼

Case number: _25-20315-can11_____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    **12/17**

Month: _____November 2025___

Date report filed: _01/09/2026_
MM / DD / YYYY

Line of business: _aesthetics_____

NAISC code: _0000_____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____Paul Bassett_____

Original signature of responsible party  /s/ Paul Bassett   _[signature]_____
Paul Bassett (Jan 13, 2026 10:47:44 CST)

Printed name of responsible party  _Paul Bassett_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | **Yes** | **No** | **N/A** |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Deceas    Case number 25-20315-can11

17. Have you paid any bills you owed before you filed bankruptcy?                    ☑  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __1,801.62__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ __10,966.87__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ __8,725.63__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __2,241.24__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

    = $ __4,042.86__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                              $ __0.00__

    *(Exhibit E)*

Debtor Name Paul Stephan Bassett and Michelle Maria Bassett (Decea‌   Case number 25-20315-can11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      0

27. What is the number of employees as of the date of this monthly report?      0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____ 0.00

30. How much have you paid this month in other professional fees?      $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?      $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
| --- | --- | --- | --- | --- | --- |
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 10,966.87 | — | $ 10,966.87 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 9,000.00 | — | $ 8,725.63 | = | $ 274.37 |
| 34. **Net cash flow** | $ 1,966.87 | — | $ 2,241.24 | = | $ -274.37 |

35. Total projected cash receipts for the next month:      $ 10,966.80

36. Total projected cash disbursements for the next month:      - $ 8,466.80

37. Total projected net cash flow for the next month:      = $ 2,500.00

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Deceas   Case number 25-20315-can11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# MOR for November 2025 - unsigned

Final Audit Report                                                        2026-01-13

| | |
|---|---|
| Created: | 2026-01-13 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAdT28pvCRdwFd7yfIy6qqOsv7ppN_Uo2 |

## "MOR for November 2025 - unsigned" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2026-01-13 - 4:14:59 PM GMT

Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2026-01-13 - 4:15:04 PM GMT

Email viewed by Paul Bassett (paulinmeade@gmail.com)
2026-01-13 - 4:47:01 PM GMT

Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2026-01-13 - 4:47:44 PM GMT - Time Source: server

Agreement completed.
2026-01-13 - 4:47:44 PM GMT

Adobe Acrobat Sign

Date 12/31/25          Page     1
Primary Account   @XXXXXXXXX@2586
Enclosures

PAUL S BASSETT
MICHELLE M BASSETT DEBTOR
IN POSSESSION CASE NO 25 20315 CAN 11
717 S 6TH ST
SEDALIA MO 65301

............................GREAT SOUTHERN ACCOUNT............................

Account Title:   PAUL S BASSETT
                 MICHELLE M BASSETT DEBTOR
                 IN POSSESSION CASE NO 25 20315 CAN 11

Learn ways to manage your money or set up account alerts through Online
Banking. Visit www.GreatSouthernBank.com/personal/managing-your-account
for more information.

| GS CHECKING | | Check Safekeeping | |
|---|---|---|---|
| Account Number | @XXXXXXXXX@2586 | Statement Dates 12/01/25 thru 12/31/25 | |
| Previous Balance | 4,042.86 | Days in the statement period | 31 |
| 3 Deposits/Credits | 21,723.28 | Average Ledger | 6,117.05 |
| 162 Checks/Debits | 21,101.26 | Average Collected | 6,117.05 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 4,664.88 | | |

------------------------ Activity in Date Order  ----------------------------

| Date | Description | Amount | |
|---|---|---|---|
| 12/01 | 1105 | 1,650.00- | 2,392.86 |
| 12/01 | ALDI 46088 | 7.76- | 2,385.10 |
| | SEDALIA MO | | |
| | 113025 247600 Card#1385 | | |
| 12/01 | CASEYS #1601 | 12.37- | 2,372.73 |
| | SEDALIA MO | | |
| | 113025 035073 Card#1385 | | |
| 12/01 | PRIME FAV TRIP L | 13.85- | 2,358.88 |
| | SEDALIA MO | | |
| | 112925 065038 Card#1385 | | |
| 12/01 | CASEYS #1601 | 17.30- | 2,341.58 |
| | SEDALIA MO | | |
| | 113025 019805 Card#1385 | | |
| 12/01 | CASEYS #1601 | 25.03- | 2,316.55 |
| | SEDALIA MO | | |
| | 120125 043062 Card#1385 | | |
| 12/01 | CASEYS #1601 | 27.64- | 2,288.91 |
| | SEDALIA MO | | |
| | 112925 023802 Card#1385 | | |
| 12/01 | CASEYS #1601 | 29.53- | 2,259.38 |
| | SEDALIA MO | | |
| | 112825 001942 Card#1385 | | |
| 12/01 | TST*NO 5 BISTRO | 93.93- | 2,165.45 |
| | SEDALIA MO | | |
| | 112925 685113 Card#1385 | | |
| 12/02 | CASEYS #1601 | 25.03- | 2,140.42 |
| | SEDALIA MO | | |
| | 120225 044966 Card#1385 | | |
| 12/03 | CASEYS #1601 | 13.30- | 2,127.12 |
| | SEDALIA MO | | |

```
                                              Date 12/31/25          Page      2
                                              Primary Account   @XXXXXXXXXX@2586
                                              Enclosures
```

```
GS CHECKING                          @XXXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order  ---------------------------
Date    Description                                   Amount
        120325 044051 Card#1385
12/03 CASEYS #1601                                   18.06-              2,109.06
        SEDALIA MO
        120325 006101 Card#1385
12/04 ATM Service Charge                              2.50-              2,106.56
        FOREIGN ATM ACTIVITY FEE
        CENTRAL BANK
        RF#006804
12/04 ATM Withdrawal                                303.00-              1,803.56
        CENTRAL BANK
        SEDALIA MO
        120425 006804 Card#1385
12/04 MCDONALD'S F1151                               10.48-              1,793.08
        SEDALIA MO
        120325 550318 Card#1385
12/04 CASEYS #1052                                   13.30-              1,779.78
        SEDALIA MO
        120425 032446 Card#1385
12/04 CASEYS #1601                                   16.60-              1,763.18
        SEDALIA MO
        120425 050087 Card#1385
12/04 TST*BRICK FRONT                                19.46-              1,743.72
        SEDALIA MO
        120325 163581 Card#1385
12/04 LS STATE FAIR SP                               20.65-              1,723.07
        SEDALIA MO
        120325 235289 Card#1385
12/04 MURPHY5783ATWALM                               25.00-              1,698.07
        SEDALIA MO
        120325 167167 Card#1385
12/04 TST*THE VAULT SE                               57.75-              1,640.32
        SEDALIA MO
        120325 224064 Card#1385
12/05 FED SALARY DFAS-CLEVELAND   PPD              5,483.40              7,123.72
12/05 CASEYS #1601                                   12.37-              7,111.35
        SEDALIA MO
        120525 042146 Card#1385
12/05 WALGREENS STORE                                12.83-              7,098.52
        SEDALIA MO
        120425 117262 Card#1385
12/05 ELITE DRY CLEANE                               52.51-              7,046.01
        SEDALIA MO
        120325 591165 Card#1385
12/08 ATM Service Charge                              2.50-              7,043.51
        FOREIGN ATM ACTIVITY FEE
        CENTRAL BANK
        RF#006972
12/08 Spectrum Mobile                                42.00-              7,001.51
        855-707-7328 MO
        120725 571530 Card#1385
12/08 Spectrum                                      273.04-              6,728.47
        855-707-7328 MO
```

Date 12/31/25                Page      3
Primary Account   @XXXXXXXXXX@2586
Enclosures

GS CHECKING                        @XXXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order ----------------------------
Date     Description                          Amount
         120725 130344 Card#1385
12/08 ATM Withdrawal                           503.00-            6,225.47
         CENTRAL BANK
         SEDALIA MO
         120625 006972 Card#1385
12/08 WOODS #2470                                6.72-            6,218.75
         SEDALIA MO
         120625 151243 Card#1385
12/08 DOLLAR-GENERAL #                           9.79-            6,208.96
         SEDALIA MO
         120625 068488 Card#1385
12/08 CASEYS #1052                              11.30-            6,197.66
         SEDALIA MO
         120725 030111 Card#1385
12/08 Spotify USA                               11.99-            6,185.67
         NEW YORK NY
         120725 514934 Card#1385
12/08 MCDONALD'S F1151                          14.32-            6,171.35
         SEDALIA MO
         120725 294844 Card#1385
12/08 TST*NO 5 BISTRO                           17.13-            6,154.22
         SEDALIA MO
         120625 200408 Card#1385
12/08 CASEYS #1601                              17.53-            6,136.69
         SEDALIA MO
         120625 012300 Card#1385
12/08 AFGE LOCAL 3399                           21.41-            6,115.28
         WASHINGTON DC
         120725 602407 Card#1385
12/08 AFGE LOCAL 3399                           21.41-            6,093.87
         WASHINGTON DC
         120725 553775 Card#1385
12/08 AFGE LOCAL 3399                           21.41-            6,072.46
         WASHINGTON DC
         120725 553949 Card#1385
12/08 CASEYS #1601                              23.95-            6,048.51
         SEDALIA MO
         120525 004987 Card#1385
12/08 CASEYS #1601                              23.95-            6,024.56
         SEDALIA MO
         120725 020706 Card#1385
12/08 CENEX STATE FAI                           25.58-            5,998.98
         SEDALIA MO
         120725 031677 Card#1385
12/08 SP GLAMR GEAR                             35.94-            5,963.04
         GRANDVIEW MO
         120725 699392 Card#1385
12/08 CASEYS #1601                              40.46-            5,922.58
         SEDALIA MO
         120625 027309 Card#1385
12/08 CVS/PHARMACY #10                          45.64-            5,876.94
         SEDALIA MO

Date 12/31/25          Page      4
Primary Account   @XXXXXXXXX@2586
Enclosures

GS CHECKING                    @XXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order ---------------------------
Date      Description                                Amount
          120725 014635 Card#1385
12/09 NETFLIX.COM                                   24.99-            5,851.95
          LOS GATOS CA
          120825 773150 Card#1385
12/09 CASEYS #1601                                  12.37-            5,839.58
          SEDALIA MO
          120925 008963 Card#1385
12/09 DD *DOORDASH CHI                              15.33-            5,824.25
          SAN FRANCISCO CA
          120825 331757 Card#1385
12/09 CASEYS #1063                                  22.86-            5,801.39
          SEDALIA MO
          120925 046983 Card#1385
12/09 NI-KUNI JAPANESE                              82.62-            5,718.77
          SEDALIA MO
          120825 514276 Card#1385
12/10 AMAZON PRIME*A88                              16.22-            5,702.55
          SEATTLE WA
          120925 808662 Card#1385
12/10 TST*THE VAULT SE                              13.00-            5,689.55
          SEDALIA MO
          120925 988075 Card#1385
12/10 CASEYS #1601                                  14.37-            5,675.18
          SEDALIA MO
          121025 013266 Card#1385
12/10 CASEYS #1601                                  25.86-            5,649.32
          SEDALIA MO
          121025 055338 Card#1385
12/10 BREAK TIME 3079                               28.21-            5,621.11
          SEDALIA MO
          120825 778194 Card#1385
12/10 IVORY GRILLE, LL                              72.62-            5,548.49
          SEDALIA MO
          120925 431046 Card#1385
12/11 CASEYS #1601                                  14.37-            5,534.12
          SEDALIA MO
          121125 048065 Card#1385
12/11 AMAZON MKTPL*4D2                              17.29-            5,516.83
          SEATTLE WA
          120925 369219 Card#1385
12/11 CASEYS #1601                                  20.86-            5,495.97
          SEDALIA MO
          121125 027245 Card#1385
12/11 DD *DOORDASH CHI                              25.68-            5,470.29
          SAN FRANCISCO CA
          121025 521496 Card#1385
12/11 DD *DOORDASH PAN                              34.18-            5,436.11
          SAN FRANCISCO CA
          121025 176864 Card#1385
12/11 AMAZON MKTPL*6F1                              34.72-            5,401.39
          SEATTLE WA
          120925 443809 Card#1385

Date 12/31/25                Page      5
Primary Account   @XXXXXXXXXX@2586
Enclosures

GS CHECKING                      @XXXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order ----------------------------
Date      Description                          Amount
12/11 AMAZON RETA* S61                          49.83-              5,351.56
      SEATTLE WA
      121025 588484 Card#1385
12/11 AMAZON MKTPL*TB7                          56.23-              5,295.33
      SEATTLE WA
      121025 312465 Card#1385
12/11 WALMART.COM 8009                          96.42-              5,198.91
      BENTONVILLE AR
      120925 342449 Card#1385
12/12 ATM Service Charge                         2.50-              5,196.41
      FOREIGN ATM ACTIVITY FEE
      WOOD AND HUSTON
      RF#316556
12/12 TMOBILE*AUTO PAY                          560.84-             4,635.57
      BELLEVUE WA
      121125 046589 Card#1385
12/12 ATM Withdrawal                            383.00-             4,252.57
      WOOD AND HUSTON
      SEDALIA MO
      121225 316556 Card#1385
12/12 Wikimedia                                  15.60-             4,236.97
      SAN FRANCISCO CA
      121225 012281 Card#1385
12/12 AMAZON MKTPL*BH5                           19.34-             4,217.63
      SEATTLE WA
      121125 981279 Card#1385
12/12 DD *DOORDASH CAS                           19.49-             4,198.14
      SAN FRANCISCO CA
      121025 326572 Card#1385
12/12 CASEYS #1601                               34.88-             4,163.26
      SEDALIA MO
      121225 035100 Card#1385
12/12 BOTHWELL REGIONA                           35.00-             4,128.26
      SEDALIA MO
      121125 642866 Card#1385
12/15           1106                          2,222.00-             1,906.26
12/15 CASEYS #1601                               14.37-             1,891.89
      SEDALIA MO
      121525 057269 Card#1385
12/15 TST*THE VAULT SE                           25.05-             1,866.84
      SEDALIA MO
      121325 119231 Card#1385
12/15 CASEYS #1601                               25.47-             1,841.37
      SEDALIA MO
      121325 060957 Card#1385
12/15 LS STATE FAIR SP                           27.62-             1,813.75
      SEDALIA MO
      121325 583521 Card#1385
12/15 CASEYS #1601                               27.86-             1,785.89
      SEDALIA MO
      121325 012185 Card#1385
12/15 CASEYS #1601                               33.52-             1,752.37
      SEDALIA MO

Date 12/31/25          Page     6
Primary Account   @XXXXXXXXXX@2586
Enclosures

GS CHECKING                        @XXXXXXXXXX@2586   (Continued)

------------------------- Activity in Date Order --------------------------

| Date | Description | Amount | |
|---|---|---|---|
| | 121425 020556 Card#1385 | | |
| 12/15 | AMAZON MKTPL*3P9 | 43.28- | 1,709.09 |
| | SEATTLE WA | | |
| | 121325 037573 Card#1385 | | |
| 12/15 | AMAZON MKTPL*R83 | 48.69- | 1,660.40 |
| | SEATTLE WA | | |
| | 121325 383358 Card#1385 | | |
| 12/15 | WALGREENS #7428 | 51.80- | 1,608.60 |
| | SEDALIA MO | | |
| | 121325 527805 Card#1385 | | |
| 12/15 | AMAZON MKTPL*SU0 | 65.38- | 1,543.22 |
| | SEATTLE WA | | |
| | 121025 136682 Card#1385 | | |
| 12/16 | CASEYS #2347 | 12.37- | 1,530.85 |
| | SEDALIA MO | | |
| | 121625 022753 Card#1385 | | |
| 12/16 | DOLLAR GENERAL # | 16.23- | 1,514.62 |
| | OSAGE BEACH MO | | |
| | 121625 026212 Card#1385 | | |
| 12/16 | CASEYS #2347 | 40.47- | 1,474.15 |
| | SEDALIA MO | | |
| | 121625 005373 Card#1385 | | |
| 12/16 | AMAZON MKTPL*LD6 | 140.68- | 1,333.47 |
| | SEATTLE WA | | |
| | 121425 537155 Card#1385 | | |
| 12/17 | CASEYS #1601 | 11.30- | 1,322.17 |
| | SEDALIA MO | | |
| | 121725 050385 Card#1385 | | |
| 12/17 | CASEYS #1601 | 11.57- | 1,310.60 |
| | SEDALIA MO | | |
| | 121725 059172 Card#1385 | | |
| 12/17 | CASEYS #1063 | 23.95- | 1,286.65 |
| | SEDALIA MO | | |
| | 121625 061899 Card#1385 | | |
| 12/17 | FOREFRONT OSAGE | 50.00- | 1,236.65 |
| | OSAGEBEACH MO | | |
| | 121625 152800 Card#1385 | | |
| 12/18 | ATM Service Charge | 2.50- | 1,234.15 |
| | FOREIGN ATM ACTIVITY FEE | | |
| | 3500 W 16TH ST | | |
| | RF#008289 | | |
| 12/18 | ATM Withdrawal | 403.25- | 830.90 |
| | 3500 W 16TH ST | | |
| | SEDALIA MO | | |
| | 121725 008289 Card#1385 | | |
| 12/18 | CASEYS #1601 | 27.86- | 803.04 |
| | SEDALIA MO | | |
| | 121825 058154 Card#1385 | | |
| 12/19 | FED SALARY DFAS-CLEVELAND   PPD | 16,230.89 | 17,033.93 |
| 12/19 | ATM Service Charge | 2.50- | 17,031.43 |
| | FOREIGN ATM ACTIVITY FEE | | |

```
                                              Date 12/31/25            Page      7
                                              Primary Account   @XXXXXXXXXX@2586
                                              Enclosures
```

GS CHECKING                          @XXXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order ----------------------------

| Date | Description | Amount | |
|---|---|---|---|
| | CENTRAL BANK | | |
| | RF#005540 | | |
| 12/19 | AFGE LOCAL 3399 | 21.41- | 17,010.02 |
| | WASHINGTON DC | | |
| | 121925 285386 Card#1385 | | |
| 12/19 | ATM Withdrawal | 503.00- | 16,507.02 |
| | CENTRAL BANK | | |
| | SEDALIA MO | | |
| | 121925 005540 Card#1385 | | |
| 12/19 | CASEYS #1601 | 9.57- | 16,497.45 |
| | SEDALIA MO | | |
| | 121925 054018 Card#1385 | | |
| 12/19 | CASEYS #1601 | 11.30- | 16,486.15 |
| | SEDALIA MO | | |
| | 121925 047290 Card#1385 | | |
| 12/19 | DD *DOORDASH CHI | 11.85- | 16,474.30 |
| | SAN FRANCISCO CA | | |
| | 121725 238649 Card#1385 | | |
| 12/19 | CASEYS #1601 | 49.37- | 16,424.93 |
| | SEDALIA MO | | |
| | 121925 000075 Card#1385 | | |
| 12/19 | ELITE DRY CLEANE | 66.88- | 16,358.05 |
| | SEDALIA MO | | |
| | 121725 418919 Card#1385 | | |
| 12/22 | ATM Service Charge | 2.50- | 16,355.55 |
| | FOREIGN ATM ACTIVITY FEE | | |
| | CENTRAL BANK | | |
| | RF#008923 | | |
| 12/22 | ATM Service Charge | 2.50- | 16,353.05 |
| | FOREIGN ATM ACTIVITY FEE | | |
| | CENTRAL BANK | | |
| | RF#008744 | | |
| 12/22 | ATM Service Charge | 2.50- | 16,350.55 |
| | FOREIGN ATM ACTIVITY FEE | | |
| | CENTRAL BANK | | |
| | RF#006337 | | |
| 12/22 | SED UTIL   CITY OF SEDALIA PPD | 124.46- | 16,226.09 |
| 12/22 | ATM Withdrawal | 503.00- | 15,723.09 |
| | CENTRAL BANK | | |
| | SEDALIA MO | | |
| | 122125 008923 Card#1385 | | |
| 12/22 | ATM Withdrawal | 503.00- | 15,220.09 |
| | CENTRAL BANK | | |
| | SEDALIA MO | | |
| | 122025 008744 Card#1385 | | |
| 12/22 | ATM Withdrawal | 503.00- | 14,717.09 |
| | CENTRAL BANK | | |
| | SEDALIA MO | | |
| | 122225 006337 Card#1385 | | |
| 12/22 | DD *DOORDASH CHI | 9.02- | 14,708.07 |
| | SAN FRANCISCO CA | | |
| | 121925 202434 Card#1385 | | |

```
                                                    Date 12/31/25            Page      8
                                                    Primary Account   @XXXXXXXXXX@2586
                                                    Enclosures
```

```
GS CHECKING                          @XXXXXXXXXX@2586   (Continued)
-------------------------- Activity in Date Order --------------------------
Date      Description                                      Amount
12/22 CASEYS #1601                                          13.30-            14,694.77
      SEDALIA MO
      122225 021178 Card#1385
12/22 WALGREENS #7428                                       13.34-            14,681.43
      SEDALIA MO
      121925 661444 Card#1385
12/22 CASEYS #1601                                          14.37-            14,667.06
      SEDALIA MO
      122125 051367 Card#1385
12/22 CASEYS #1601                                          15.30-            14,651.76
      SEDALIA MO
      121925 047659 Card#1385
12/22 CASEYS #1601                                          15.37-            14,636.39
      SEDALIA MO
      122225 012606 Card#1385
12/22 DD *DOORDASH CHI                                      20.98-            14,615.41
      SAN FRANCISCO CA
      121825 872145 Card#1385
12/22 PAR*FITTER'S PUB                                      25.18-            14,590.23
      SEDALIA MO
      121925 214154 Card#1385
12/22 CASEYS #1601                                          25.86-            14,564.37
      SEDALIA MO
      122125 014605 Card#1385
12/22 CASEYS #1601                                          38.52-            14,525.85
      SEDALIA MO
      122025 054909 Card#1385
12/22 PAR*FITTER'S PUB                                     137.27-            14,388.58
      SEDALIA MO
      121825 631073 Card#1385
12/22 MO DIVISION OF P                                     157.33-            14,231.25
      JEFFERSON CIT MO
      121925 123726 Card#1385
12/23 Check    1107                                      1,000.00-            13,231.25
12/23 CASEYS #1052                                          12.37-            13,218.88
      SEDALIA MO
      122325 023122 Card#1385
12/23 CASEYS #1601                                          37.63-            13,181.25
      SEDALIA MO
      122325 027061 Card#1385
12/24          1108                                      6,911.75-             6,269.50
12/24 DOLLAR-GENERAL #                                       8.70-             6,260.80
      SEDALIA MO
      122325 840399 Card#1385
12/24 CASEYS #1601                                          13.30-             6,247.50
      SEDALIA MO
      122425 023581 Card#1385
12/24 BREAK TIME 3079                                       39.07-             6,208.43
      SEDALIA MO
      122425 934285 Card#1385
12/24 DISCOUNT SMOKES                                       51.48-             6,156.95
      SEDALIA MO
```

Date 12/31/25          Page      9
Primary Account  @XXXXXXXXXX@2586
Enclosures

GS CHECKING                    @XXXXXXXXXX@2586   (Continued)
------------------------- Activity in Date Order ---------------------------
Date    Description                              Amount
        122425 010021 Card#1385
12/24 PAR*FITTER'S PUB                           103.42-          6,053.53
      SEDALIA MO
        122225 625780 Card#1385
12/26 APPLE.COM/BILL                               2.94-          6,050.59
      CUPERTINO CA
        122525 297960 Card#1385
12/26 APPLE.COM/BILL                               8.99-          6,041.60
      CUPERTINO CA
        122525 740707 Card#1385
12/26 APPLE.COM/BILL                               9.99-          6,031.61
      CUPERTINO CA
        122525 560030 Card#1385
12/26 APPLE.COM/BILL                              10.99-          6,020.62
      CUPERTINO CA
        122525 743429 Card#1385
12/26 APPLE.COM/BILL                              19.99-          6,000.63
      CUPERTINO CA
        122525 744930 Card#1385
12/26 TST*TEREMOK COFF                             2.86-          5,997.77
      SEDALIA MO
        122525 863091 Card#1385
12/26 BREAK TIME 3084                             17.81-          5,979.96
      SEDALIA MO
        122525 743485 Card#1385
12/26 CASEYS #1087                                17.86-          5,962.10
      LA MONTE MO
        122525 059624 Card#1385
12/26 PHILLIPS 66 - MI                            17.88-          5,944.22
      WARRENSBURG MO
        122525 706372 Card#1385
12/26 TST*TEREMOK COFF                            19.78-          5,924.44
      SEDALIA MO
        122525 746201 Card#1385
12/26 NI-KUNI JAPANESE                            24.33-          5,900.11
      SEDALIA MO
        122425 385403 Card#1385
12/26 CASEYS #1601                                26.61-          5,873.50
      SEDALIA MO
        122625 064154 Card#1385
12/26 UEP*JOY WOK                                 36.46-          5,837.04
      SEDALIA MO
        122425 420183 Card#1385
12/29 APPLE.COM/BILL                               8.99           5,846.03
      CUPERTINO CA
        122625 131115 Card#1385
12/29 Spectrum                                   273.04-          5,572.99
      855-707-7328 MO
        122825 319078 Card#1385
12/29 DD *DOORDASH CHI                            11.74-          5,561.25
      SAN FRANCISCO CA
        122625 450061 Card#1385

Date 12/31/25                Page    10
Primary Account   @XXXXXXXXXX@2586
Enclosures

GS CHECKING                    @XXXXXXXXXX@2586   (Continued)

------------------------- Activity in Date Order  ---------------------------
| Date | Description | Amount | |
|------|-------------|--------|--------|
| 12/29 | DD *DOORDASH CHI<br>SAN FRANCISCO CA<br>122625 263229 Card#1385 | 11.74- | 5,549.51 |
| 12/29 | CASEYS #1601<br>SEDALIA MO<br>122725 014666 Card#1385 | 13.37- | 5,536.14 |
| 12/29 | CASEYS #1052<br>SEDALIA MO<br>122825 048746 Card#1385 | 17.38- | 5,518.76 |
| 12/29 | DD *DOORDASH CHI<br>SAN FRANCISCO CA<br>122625 054468 Card#1385 | 20.98- | 5,497.78 |
| 12/29 | CASEYS #1601<br>SEDALIA MO<br>122925 008184 Card#1385 | 23.48- | 5,474.30 |
| 12/29 | CASEYS #1601<br>SEDALIA MO<br>122925 013945 Card#1385 | 25.86- | 5,448.44 |
| 12/29 | CASEYS #1601<br>SEDALIA MO<br>122725 054716 Card#1385 | 26.61- | 5,421.83 |
| 12/29 | WOODS SUPERMARK<br>SEDALIA MO<br>122725 963475 Card#1385 | 66.99- | 5,354.84 |
| 12/29 | WALMART.COM 8009<br>BENTONVILLE AR<br>122725 317578 Card#1385 | 73.07- | 5,281.77 |
| 12/30 | AMAZON PRIME*P55<br>SEATTLE WA<br>122925 387752 Card#1385 | 2.15- | 5,279.62 |
| 12/30 | APPLE.COM/BILL<br>CUPERTINO CA<br>122925 012814 Card#1385 | 10.99- | 5,268.63 |
| 12/30 | CASEYS #1601<br>SEDALIA MO<br>123025 037110 Card#1385 | 27.70- | 5,240.93 |
| 12/30 | WALMART.COM 8009<br>BENTONVILLE AR<br>122825 829889 Card#1385 | 82.02- | 5,158.91 |
| 12/30 | AMAZON MKTPL*OV3<br>SEATTLE WA<br>122825 797876 Card#1385 | 105.19- | 5,053.72 |
| 12/30 | EVERGY *MO WEST<br>KANSAS CITY MO<br>122825 809278 Card#1385 | 313.98- | 4,739.74 |
| 12/31 | CASEYS #1601<br>SEDALIA MO<br>123125 065446 Card#1385 | 12.37- | 4,727.37 |
| 12/31 | TST*THE VAULT SE<br>SEDALIA MO<br>123025 691837 Card#1385 | 62.49- | 4,664.88 |

```
                                                Date 12/31/25          Page    11
                                                Primary Account   @XXXXXXXXXX@2586
                                                Enclosures
```

```
GS CHECKING                          @XXXXXXXXXX@2586   (Continued)
                     --- CHECKS IN NUMBER ORDER ---
Date     Check No              Amount    Date    Check No              Amount
12/01      1105             1,650.00    12/23      1107             1,000.00
12/15      1106             2,222.00    12/24      1108             6,911.75
* Denotes missing check numbers
```