## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT AND MICHELLE MARIA BASSETT (DECEASED) | ) | Case No. 25-20315-CAN |
| | Debtors and Debtors-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### SMALL BUSINESS DEBTOR'S PLAN OF REORGANIZATION DATED January 13, 2026

You are encouraged to carefully review the full text of this document, including all exhibits and attachments, before deciding how to vote on the Plan. To assist you in your review, please note that a list of definitions and a section of frequently asked questions appear at the end of this document.

IN ADDITION TO CASTING YOUR VOTE TO ACCEPT OR REJECT THE PLAN, YOU MAY OBJECT TO CONFIRMATION OF THE PLAN. IF YOU WISH TO OBJECT TO CONFIRMATION OF THE PLAN, YOU MUST DO SO BY ENTER OBJECTION DATE/TIME

YOUR BALLOT STATING HOW YOU ARE VOTING ON THE PLAN MUST BE RETURNED BY [ ]. THE BALLOT MUST BE MAILED TO THE FOLLOWING ADDRESS:

Ryan A. Blay
WM Law
15095 W. 116th St.
Olathe, KS  66062

A HEARING ON THE CONFIRMATION OF THE PLAN IS SCHEDULED FOR [ENTER HEARING DATE/TIME] IN COURTROOM [ROOM] AT THE U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF MISSOURI, 400 E. 9th St., Kansas City, MO  64106

Your rights may be affected by this Plan. You should consider discussing this document with an attorney.

January 13, 2026
/s/ Ryan A. Blay
WM Law
15095 W. 116th St.
Olathe, KS  66062

**SUMMARY OF THE PLAN AND DISTRIBUTIONS TO CREDITORS**

The Debtors' Plan will contain 4 classes of voting creditors:  Secured creditors, priority tax creditors, general unsecured creditors, and a special class for Balboa Capital Corporation

The Debtors project this plan to be a 5 year plan.

**ARTICLE 1**
HISTORY OF THE BUSINESS OPERATIONS OF THE DEBTOR

### 1.1.   Nature of the Debtors' Businesses.

The Debtors are involved with three distinct businesses.  Sedalia Aesthetics operates a medspa and beauty bar in Sedalia, Missouri.  Bassett Holdings, LLC owns real estate located at 1700 S. Ingram and 1704 S. Ingram, both in Sedalia, MO.  Merritt Wares LLC is a non-functional business with a modest bank account and is not operating.

### 1.2.   History of Business Operations of the Debtor

The Business operations of Sedalia Aesthetics can better be seen in Chapter 11 case number 24-20453, in the Western District of Missouri. Other information is available on the Debtors' personal income tax returns.

### 1.3   Filing of the Debtor's Chapter 11 Case.

On July 17, 2025, the Debtors filed a voluntary petition for relief under the Bankruptcy Code. The Chapter 11 case is pending in the Bankruptcy Court in the Western Distinct of Missouri.

### 1.4.   Legal Structure and Ownership.

The Debtors are individual debtors.  Joint Debtor Michelle Bassett passed away after the filing of this Case.

### 1.5.   Debtor's Assets.

The Debtors' Assets are attached as Exhibit 1, mainly replacement value (except valuation of any intellectual property and bank accounts).

### 1.6.   Debtor's Liabilities.

The Debtor's Liabilities are attached as Exhibit 2.  Most creditors listed have filed a proof of claim in this Bankruptcy.

### 1.7.   Current and Historical Financial Conditions.

**Attached as Exhibit 3 are the following financials: The Debtor's Monthly operating reports for July and August 2025 as well as November's and December's. The previously filed September MOR and one prepared for October 2024 are both under further review.  The Debtors are not yet due for January 2026's report, which will be filed after this Plan is balloted.  Income Tax Returns for 2022, 2023 and 2024 have been submitted to the Office of the United States Trustee and are available upon request.**

### 1.8.    Events Leading to the Filing of the Bankruptcy Case.

The Debtors' filing was largely driven by the guarantee of liabilities for Sedalia Aesthetics, LLC, their wholly owned LLC.  Sedalia Aesthetics filed its own Chapter 11 Bankruptcy, case number 24-20453, in the Western District of Missouri.  That Chapter 11 plan has since been confirmed.

**1.9.** **Significant Events During the Bankruptcy Case.**

Significant events during the Debtors' bankruptcy case, include:

- Court approval of counsel approved by the Bankruptcy Court.
- The Subchapter V Status Report and hearing with this Court.
- The unfortunate and unexpected passing of joint debtor Michelle Bassett
- The opening of a Debtor in Possession bank account
- Approval of initial compensation for Debtor's counsel

**1.10.** **Projected Recovery of Avoidable Transfers**

☐ The Debtor does not intend to pursue preference, fraudulent conveyance, or other avoidance actions.

OR

☒The Debtor estimates that up to $Unknown       may be realized from the recovery of fraudulent, preferential or other avoidable transfers. While the results of litigation cannot be predicted with certainty and it is possible that other causes of action may be identified, the following is a summary of the preference, fraudulent conveyance and other avoidance actions filed or expected to be filed in this case:

| Transaction | Defendant | Amount Claimed |
|---|---|---|
| Judgment lien on debtors' homestead created by the Registration of Foreign Judgment in Pettis County Case No. 25PT-CC00062 on April 22, 2025 created within 90 days of the filing of the petition. | Balboa Capital Corp. | $112,407.23 |
|  |  |  |

OR

[If the Debtor does not yet know whether it intends to pursue avoidance actions]

The Debtor has not yet completed its investigation with regard to prepetition transactions. The Debtor anticipates completing its investigation byEnter a date.         .
If you received a payment or other transfer of property within 90 days of bankruptcy, the Debtor may seek to avoid such transfer.

**ARTICLE 2**

**THE PLAN**

The Debtors' Plan must describe how their Creditors will be paid. Certain Claims are entitled to specific treatment under the Bankruptcy Code and are not placed in a class for purpose of payment. For example, Administrative Expenses and Priority Tax Claims are not classified.

As required by the Code, the Plan places Claims and Equity Interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of Claims or Equity Interests is impaired or unimpaired. A Claim or Equity Interest can be impaired if the Plan alters the legal, equitable or contractual rights to which the Claimants are otherwise entitled. If the Plan is confirmed, each Creditor's recovery is limited to the amount provided in the Plan.

Only Creditors in classes that are impaired may vote on whether to accept or reject the Plan, and only Creditors holding Allowed Claims may vote. A class accepts the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the Allowed Claims that actually vote, vote in favor of the Plan. Also, a class of Equity Interest holders accepts the Plan when at least two-thirds (2/3) in amount of the allowed Equity Interest holders that actually vote, vote in favor of the Plan. A class that is not impaired is deemed to accept the Plan.

## 2.1.    **Unclassified Claims.**

Certain types of Claims are automatically entitled to specific treatment under the Code. For example, Administrative Expenses and Priority Tax Claims are not classified. They are not considered impaired, and holders of such Claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, the Plan does not place the following Claims in any class:

A.    Administrative Expenses

The Debtor must pay all Administrative Expenses in full. If an Administrative Expense is disputed, the Bankruptcy Court must determine the validity and amount of the Administrative Expense, or in other words, "allow" the Administrative Expense. Any Administrative Expense that is undisputed and is due and owing on the Confirmation Date must be paid in accordance with this Plan, or upon such other terms as agreed upon by the Debtor and the Administrative Claimant or court order. If the Administrative Expense is disputed, payment will be made after the Administrative Expense is allowed by the Bankruptcy Court.

There are several types of Administrative Expenses, including the following:

1.    If the Debtor trades in the ordinary course of business following its filing of the Chapter 11 Case, Creditors are entitled to be paid in full for the goods or services provided. This ordinary trade debt incurred by the Debtor after the

> Petition Date will be paid on an ongoing basis in accordance with the ordinary business practices and terms between the Debtor and its trade Creditors.

2. If the Debtor received goods it has purchased in the ordinary course of business within 20 days before the Petition Date, the value of the goods received is an Administrative Expense.

3. Administrative Expenses also include any post-petition fees and expenses allowed to professionals, including the allowed claim of the Trustee for fees and/or reimbursements, and for attorneys and accountants employed upon Bankruptcy Court authority to render services to the Debtor during the course of the Chapter 11 cases. These fees and expenses must be noticed to Creditors and approved by the Bankruptcy Court prior to payment.

The following chart lists the Debtor's estimated Administrative Expenses, and their proposed treatment under the Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|---|---|---|
| Expenses arising in the ordinary course of business after the Petition Date | n/a | Payment through the Plan as follows: _____ _____ |
| Administrative Tax Claim | n/a | Payment through the Plan as follows: _____ _____ |
| The value of goods received in the ordinary course of business within 20 days before the Petition Date | n/a | Payment through the Plan as follows: _____ _____ |

| | | |
|---|---|---|
| Professional fees, as approved by the Bankruptcy Court | $9,000 | After Bankruptcy Court approval, Payment through the Plan as follows: |
| | | Debtor will apply all available funds in trust to outstanding balance. From there, estimated payments of $375 per month for 24 months until outstanding approved balance is paid in full. |
| Clerk's Office fees | N/a | Paid in full on the Effective Date if any such fees exist. |
| Other Administrative Expenses | n/a | Payment through the Plan as follows: |
| Subchapter V Trustee | $4,000 | Upon application under § 330 and after Bankruptcy Court approval, payment through the Plan as follows: |
| | | Paid directly by Debtor in full within 30 days of Court approval unless otherwise expressly agreed upon by the Subchapter V Trustee. |
| TOTAL | $13,000 | |

B.     Priority Tax Claims.

Priority Tax Claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) Priority Tax Claim agrees otherwise, it must receive the present value of such Claim, in regular installments paid over a period not exceeding 5 years from the order of relief.

Each holder of a Priority Tax Claim will be paid as set forth in the chart below:

| Name of Taxing Authority and Type of Tax | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|
| Missouri Department or Revenue – Individual Income Tax (Proof of Claim 3) | $4198.36 priority | Unknown | Payment Interval = 24 months [Monthly] payment = **$187.97** Begin Date = May 1, 2026 End Date = April 1, 2028 Interest Rate % = 7.0% Total Payment = $4511.28

The unsecured portion of this claim shall be paid with general unsecured creditors, below. |
| Missouri Department or Revenue – Individual Income Tax (Proof of Claim 34) | $9,046.84 total ($8,629.54 priority) | Unknown | Payment Interval = 24 months [Monthly] payment = **$386.37** Begin Date = May 1, 2026 End Date = April 1, 2028 Interest Rate % = 7.0% Total Payment = $9,272.88

The unsecured portion of this claim shall be paid with general unsecured creditors, below. |
| Internal Revenue Service | $2,735.11 total; | 10/20/2025 | Payment |

| | | | |
|---|---|---|---|
| – Individual Income Tax (Proof of Claim 37) | $2,682.41 priority tax | | Treatment:  Debtor has paid this claim in full prior to the filing of this Plan.<br><br>Debtor will seek a withdrawal of this claim or amended claim as necessary to reflect satisfaction of the claim. |

**2.2    Classes of Claims and Equity Interests.**

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

A.  Classes of Secured Claims

Allowed Secured Claims are Claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured Claims under § 506 of the Code. If the value of the collateral or setoffs securing the Creditor's Claim is less than the amount of the Creditor's Allowed Claim, the deficiency will be classified as a general unsecured Claim. In addition, certain claims secured only by the debtor's principal residence, may require different treatment pursuant to § 1190(3) of the Code as set forth below, if applicable.

The following chart lists all classes containing the Debtor's secured prepetition Claims and their proposed treatment under the Plan:

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment |
|---|---|---|---|---|
| 1 | Secured claim of: Nebraska Furniture Mart (Claim 1):<br><br>Collateral description =<br><br>Perfected Security Interest in Household Goods Sold<br><br>Allowed Secured Amount = $3,904.10<br><br>Priority of lien = 1st priority<br><br>Principal owed =$8,544.67<br>Pre-pet. arrearage = $unknown<br><br>Total claim =$8,544.67 | No | Impaired | Total Principal: $3904.10 [Monthly Pmt.] = $174.66<br><br>Payments Begin = May 1, 2026<br><br>Payments End = April 1, 2028<br><br>Interest rate % = 7%<br><br>Total paid:  $4,191.84<br><br>Unsecured portion of claim to be classified and treated as a general unsecured Claim |
| 1 | Secured Claim of Ally Financial (Claim 8):<br><br>Collateral Description:  PMSI on 2017 Lincoln Continental, VIN:1LN6L9VK9H5624583<br><br>Priority of lien:  1st priority<br><br>Principal owed:  $16,175.24<br><br>Pre-petition arrearage:  $96.05<br><br>Total Claim:  $16,175.24<br><br>*Vehicle was purchased within 910 days of filing the bankruptcy petition | No | Impaired | Total Principal: $16,175.24 [Monthly Pmt.] = $499.44<br><br>Payments Begin = May 1, 2026<br><br>Payments End = April 1, 2029<br><br>Interest rate % = 7%<br><br>Total paid:  $16,175.24 |
| 1 | Secured claim of Porsche Credit (NO CLAIM FILED) | No | Impaired | Debtors formally surrender their interest in the collateral to Porsche Credit in full satisfaction |

| | | | | |
|---|---|---|---|---|
| 1 | Collateral Description:  PMSI in 2015 Porsche Macan S, VIN WP1AB2A58FLB80710<br><br>Priority of lien:  1st priority<br><br>Principal owed:  $21,418<br><br>Pre-petition arrearage:  unknown<br><br>Total Claim:  $21,418<br><br>Secured claim of Wood & Huston Bank (NO CLAIM FILED)<br><br>Collateral Description:<br>Deed of Trust on homestead real estate located at 717 W 6th St, Sedalia, MO  65301<br><br>Priority of lien:  1st priority<br><br>Principal owed:  $221,461<br><br>Pre-petition arrearage: unknown<br><br>Total claim:  $221,461 | No | Unimpaired | of its secured claim.<br><br>Creditor should reach out to debtor's counsel to arrange a surrender of the vehicle.<br><br>Debtors shall continue to make monthly payments on the loan, secured by the deed of trust.  The remaining debt is a long-term debt due after the plan concludes, and the unpaid principal amount shall neither mature automatically nor be discharged by virtue of the completion of the Debtors' plan<br><br>Payments are approximately $1,700 per month and this shall be reflected in the debtors' cash flow projections in support of confirmation of this plan |
| 4 | Secured Claim of Balboa Capital Corporation (Claim #36)<br><br>Collateral description:  Judgment lien on homestead real estate located at 717 W. 6th St, Sedalia, MO  65301<br><br>priority of lien:  2nd Priority<br><br>UCC Financing statement filed 3/4/2025 as file No. 20250304000247614 with the Missouri Secretary of State *For information purposes only* noting | No | Impaired | Debtors take no action with respect to the Financing statement as it pertains to Sedalia Aesthetics, LLC, as Sedalia Aesthetics is in its own Chapter 11 Bankruptcy reorganization.<br><br>As to the Debtors' homestead, the judgment lien created by the Registration of Foreign Judgment in Pettis County Case No. 25PT- |

| | | | | |
|---|---|---|---|---|
| the money judgment entered by the District Court, 419th Judicial District, Travis County, Texas, Cause D-1-GN-24-005396 in the amount of $97,184.81 awarded to Balboa Capital Corporation against Defendants Michelle Bassett, Paul Bassett, and Sedalia Aesthetics, LLC | | | | CC00062 on April 22, 2025 was created within 90 days of the filing of the petition. Accordingly, it is subject to an adversary action for recovery of a Preferential Payment under 11 U.S.C. §547 or by other theories under state law or bankruptcy law.<br><br>Balboa Capital Corporation, to avoid such litigation, may elect to release its UCC lien, deem its judgment against the Debtors only as satisfied and amend its claim to reflect an unsecured claim against the Debtors to participate in distributions to general unsecured creditors. |

B.  Classes of Priority Unsecured Claims.

Certain priority Claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes. The Code requires that each holder of such a Claim receive cash on the Effective Date of the Plan equal to the allowed amount of such Claim. However, a class of holders of such Claims may vote to accept different treatment.

The following chart lists all classes containing Claims under §§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code and their proposed treatment under the Plan:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| 2 | Priority unsecured claim pursuant to Section 507(a)(8) Total amt of claims = $12827.90 | Impaired | Treated as noted in Section 2.1(B) above |
|  | Priority unsecured claim pursuant to Section [insert] Total amt of claims = $ | [State whether impaired or unimpaired] |  |

C.   Class[es]of General Unsecured Claims

General unsecured Claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code. [Insert description of §1122(b) convenience class if applicable.]

The following chart identifies the Plan's proposed treatment of Class[es] through , which contain general unsecured Claims against the Debtor:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| | [1122(b) Convenience Class] | n/a | N/a |
| 3 | General Unsecured Class [including any claims set forth in Section 2.2.A, above] consisting of the following creditors:<br><br>Claim 1 – Nebraska Furniture Mart - $4,640.57 unsecured portion<br>Claim 2 – Commerce Bank - $17,386<br>Claim 4 – Capital One - $10,045.95<br>Claim 5 – Capital One - $1,482.37 unsecured<br>Claim 6 – Nelnet - $90,712.47 unsecured (STUDENT LOANS) [Listed in Debtors' schedules as Dept of ED]<br>Claim 7 – Arvest Equipment Finance - $90,712.47 unsecured<br>Claim 9 – US Bank - $5,732.96 unsecured<br>Claim 10 – US Bank/Elan Financial - $13,793.48 unsecured<br>Claim 11 – American Honda Finance - $6,978.34 unsecured<br>Claim 12 – Chase - $16,476.03 unsecured<br>Claim 13 – American Express - $45,797.11 unsecured<br>Claim 14 – American Express - $39,352.53 unsecure<br>Claim 15 – American Express - $2098.68 unsecured<br>Claim 16 – American Express - $5,357.48 unsecured<br>Claim 17 – SBA - $527307.36 unsecured | Impaired | Unsecured creditors shall receive a pro rata share of the yearly proposed payment amount ($20400 in year 1, $24,000 in year 2, $39,000 in year 3, $42,000 in year 4 and $42,000 in year 5) distributed on an annual basis with payments tendered on or before April 1 for each calendar year. For year 1's payments, for instance, the payments would be distributed to general unsecured creditors on or before April, 1, 2027. |

| | | |
|---|---|---|
| Claim 18 – Portfolio Recovery Associates - $4,032.51 unsecured<br>Claim 19 – Portfolio Recovery Associates - $296.42 unsecured [Listed in Debtors' schedules as Capital One/WSI]<br>Claim 20 – Bank of America - $24,959.44 unsecured<br>Claim 21 – Bank of America - $10,067.30 unsecured<br>Claim 22 – Midland Credit Management - $15,305.78 unsecured [Listed in Debtors' schedules as Barclay's Bank Delaware]<br>Claim 23 – Midland Credit Management - $13,434.99 unsecured<br>Claim 24 – Volkswagen Credit - $2,478.90 unsecured<br>Claim 25 – Quantum3 Group - $5,397.37 unsecured [Listed in Debtors' schedules as Comenity Capital/Saks CC]<br>Claim 26 – Quantum3 Group - $6,075.44 unsecured [Listed in Debtors' schedules as Comenity Bank]<br>Claim 27 – Quantum3 Group - $14,197.40 unsecured [Listed in Debtors' schedules as Comenity Bank/Total Rewards Visa]<br>Claim 28 – Quantum3 Group - $1,708.71 unsecured [Listed in Debtors' schedules as Comenity Capital Bank]<br>Claim 29 – Quantum3 Group - $951.99 unsecured [Listed in Debtors' schedules as Comenity Capital/UltaMC]<br>Claim 30 – Quantum3 Group - $1,437.03 unsecured [Listed in Debtors' schedules as Comenity Capital/Overstock]<br>Claim 31 – Synchrony Bank - $14,559.60 unsecured [reflected on the Debtor's schedules as Syncb/Care Credit Dual Card]<br>Claim 32 – Navitas Credit Corp - $177,886.43 unsecured<br>Claim 33 – M2 Equipment Finance LLC - $126,799.78 unsecured<br>Claim 34 – Missouri Department of Revenue - $417.30 – the unsecured portion from its claim<br>Claim 35 – TD Bank USA - $3,678.61 unsecured<br>Claim 37 – Internal Revenue Service – | | |

| | | |
|---|---|---|
| $52.70 - the unsecured portion from its claim<br><br>Total scheduled claims: $1,301,558.80<br><br><br>The following creditors were scheduled in the Debtors' schedules but did not file claims.  Unless a claim objection is filed, these creditors will still participate in payments at the addresses listed in the bankruptcy schedules.<br><br>Abbvie US LLC - $88,301.64<br>Banleaco, Inc. - $38,000<br>Bothwell Regional Health Center - $603.84<br>Bothwell Regional Health Center - $6344.32<br>Central Funding LLC - $71,794<br>CFG Merchant Solutions LLC - $160.136.25<br>Dext Capital – 152,400<br>Merz North America - $72,000<br>Milestone Bank - $76,644<br>MOHELA - $4,334 (Student loans)<br>NCMIC - $34,000<br>Nordstrom/TD Bank - $18,941<br>Nordstrom/TD Bank - $30,312<br>OnePlace Capital -$ 135,287.50<br>Pearl Bassett - $2600<br>Rapid Finance - $55,616.94<br>RH/TD RCS $114<br>RTR Financial Services/Collier County Emergency Medical Services - $830<br><br>Total unscheduled:$948,799.49<br><br>Total general unsecured debt: $2,250,358.29 | | |

D.    Class[es] of Equity Interest Holders.

Equity Interest holders are parties who hold an ownership interest (i.e., equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are Equity Interest holders. In a partnership, Equity Interest holders include both general and limited partners. In a limited liability company ("LLC"), the Equity Interest holders are the

members. Finally, with respect to an individual who is a debtor, the Debtor is the Equity Interest holder.

The following chart sets forth the Plan's proposed treatment of the class[es] of Equity Interest holders: [There may be more than one class of Equity Interest holders in, for example, a partnership case, or a case where the prepetition debtor had issued multiple classes of stock.]

| Class # | Description | Impairment | Treatment |
|---------|-------------|------------|-----------|
| n/a | n/a | Unimpaired | n/a |

### 2.3. <u>Estimated Number and Amount of Claims Objections.</u>

The Debtor may object to the amount or validity of any Claim within 60 days of the Confirmation Date by filing an objection with the Bankruptcy Court and serving a copy of the objection on the holder of the Claim. The Claim objected to will be treated as a Disputed Claim under the Plan. If and when a Disputed Claim is finally resolved by the allowance of the Claim in whole or in part, the Debtor will pay the Allowed Claim in accordance with the Plan. [Set forth amount and number of Claims in each class that will be objected to.]

| Class | Number of Claims Objected To | Amount of Claims Objected To |
|---|---|---|
| n/a | None | n/a |
| | | |

### 2.4. <u>Treatment of Executory Contracts and Unexpired Leases.</u>

Executory Contracts are contracts where significant performance of the contract remains for both the Debtor and another party to the contract. The Debtor has the right to reject, assume (i.e. accept), or assume and assign these types of contracts to another party, subject to the Bankruptcy Court's approval. The paragraphs below explain the Debtor's intentions regarding its Executory Contracts (which includes its unexpired leases) and the impact such intentions would have on the other parties to the contracts.

Check all that apply:

[X] Assumption of Executory Contracts.

The Executory Contract shown on Exhibit 4 (Anytime Fitness) shall be assumed by the Debtor. Assumption means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Bankruptcy Code, if any. Exhibit also lists how the Debtor will cure and compensate the other party to such contract or lease for any such defaults (no such defaults exist).

If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of future performance, you must file and serve your objection to the assumption within the deadline for objecting to the confirmation of the Plan, unless the Bankruptcy Court has set an earlier time.

**2.5.**    **Means for Implementation of the Plan.**

The Debtors do not expect any liquidation of assets or other major funding events outside of the ordinary course of business.  The Debtors intend to use their monthly surplus to fund their Plan

Subject to the Plan or the order confirming the Plan, on Confirmation of the Plan all property of the Debtor, tangible and intangible, including, without limitation, licenses, furniture, fixtures and equipment, will revert, free and clear of all Claims and Equitable Interests except as provided in the Plan, to the Debtor. The Debtor expects to have sufficient cash on hand to make the payments required on the Effective Date.

### 2.6.    **Payments.**

If the Plan is confirmed under §1191(a), payments to Creditors provided for in the Plan will be made by the Debtor. Once the Trustee's service is terminated under § 1183(c), the Debtor shall make Plan payments except as otherwise provided in the Plan or in the order confirming the Plan.

If the Plan is confirmed under section § 1191(b), except as otherwise provided in the Plan or in the order confirming the Plan, the Debtor shall make all Plan payments to creditors under the Plan.

### 2.7.    **Post-Confirmation Management.**

The Post-Confirmation Officers/Managers of the Debtor, and their compensation, shall be as follows:

| Name | Position | Compensation |
|---|---|---|
| n/a | n/a | n/a |
|  |  |  |
|  |  |  |

### 2.8.    **Tax Consequences of the Plan.**

Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, And/Or Advisors.

The following are the anticipated tax consequences of the Plan:

(1) Tax consequences to the Debtor of the Plan:
If the Plan results in a discharge of the Debtor's indebtedness, the Debtor may recognize income to the extent that indebtedness is forgiven or cancelled. However, under Section 108 of the Internal Revenue Code, a debtor in a Title 11 bankruptcy case generally is not required to recognize cancellation of indebtedness income ("COD Income") if the discharge occurs under a confirmed plan and the debtor is under the jurisdiction of the bankruptcy court.

Instead, the Debtor must reduce certain tax attributes—such as net operating losses (NOLs), general business credits, capital loss carryovers, and the basis in assets—by the amount of the discharged indebtedness. The ordering and scope of these attribute reductions are governed by Section 108(b) of the Internal Revenue Code.

The Debtor may also experience changes in its tax year or accounting methods

due to the reorganization. Further, if the Debtor is a pass-through entity (e.g., partnership or S corporation), the tax consequences may flow through to its owners.

(2) General tax consequences on Creditors of any discharge:

A holder of a Claim who receives consideration under the Plan in exchange for its Claim will generally recognize gain or loss equal to the difference between (i) the amount realized (i.e., the fair market value of consideration received under the Plan,

including any cash and the fair market value of any property or securities), and (ii)

the holder's adjusted tax basis in the Claim.

and

(3) the general tax consequences of receipt of Plan consideration after Confirmation:

The federal income tax treatment of any consideration received under the Plan will

depend on the nature of the consideration and the holder's specific circumstances

### 2.9. <u>Projections in Support of Debtors' Ability to Make Payments Under the Proposed Plan</u>

The Debtors have provided projected financial information. Those projections are listed in Exhibit 5.

**ARTICLE 3**
**FEASIBILITY OF PLAN**

The Bankruptcy Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

**3.1.** **Ability to Initially Fund Plan.**

The Debtors believes that the Debtors will have enough cash on hand on the Effective Date of the Plan to pay all the Claims and expenses that are entitled to be paid on that date. Tables showing the amount of cash on hand on the Effective Date of the Plan, and the sources of that cash, are attached hereto as Exhibit 6.

**3.2.** **Ability to Make Future Plan Payments And Operate Without Further Reorganization.**

The Debtors must submit all or such portion of the future earnings or other future income of the Debtors to the supervision and control of the Trustee as is necessary for the execution of the Plan.

The Debtors have provided projected financial information. Those projections are listed in Exhibit 5 (referenced in § 2.9, above).

The Debtors' financial projections show that the Debtors will have an aggregate annual average cash flow, after paying operating expenses and post- confirmation taxes, of $176.56/month in Year 1, $209.89/month in year 2, $83.89/month in Year 3, $333.33/month in Year 4, and $333.33/month in Year 5. The final Plan payment is expected to be paid on April 1, 2031. Please refer to the Assumptions discussed in Exhibit 5.

You Should Consult with Your Accountant or other Financial Advisor If You Have Any Questions Pertaining to These Projections.

**ARTICLE 4**
**LIQUIDATION ANALYSIS.**

To confirm the Plan, the Bankruptcy Court must find that all Creditors and Equity Interest holders who do not accept the Plan will receive at least as much under the Plan as such Claimants and Equity Interest holders would receive in a Chapter 7 liquidation. A liquidation analysis is attached hereto as Exhibit 7 .

**ARTICLE 5**
**DISCHARGE.**

**5.1. [Option 1 -- If § 1141(d)(3) is not applicable]**

Discharge. If the Plan is confirmed under § 1191(a), on the Confirmation Date of this Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, subject to the occurrence of the Effective Date, to the extent specified in § 1141(d) of the Bankruptcy Code; or

If the Plan is confirmed under § 1191(b), as soon as practicable after completion by the Debtor of all payments due under the Plan, unless the court approves a written waiver of discharge executed by the Debtor after the order for relief under this chapter, the court shall grant the Debtor a discharge of all debts provided in section 1141(d)(1)(A) of this title, and all other debts allowed under section 503 of this title and provided for in this Plan, except any debt—

(1) on which the last payment is due after the first 3 years of the plan, or such other time not to exceed 5 years fixed by the court; or

(2) if applicable, of the kind specified in section 523(a) of this title.

**ARTICLE 6**
**GENERAL PROVISIONS.**

**6.1.    Title to Assets.**

If a plan is confirmed under § 1191(a), except as otherwise provided in the Plan or in the order confirming the Plan, (i) confirmation of the Plan vests all of the property of the estate in the Debtor, and (ii) after confirmation of the Plan, the property dealt with by the Plan is free and clear of all Claims and Equity Interests of Creditors, equity security holders, and of general partners in the Debtor.

If a plan is confirmed under § 1191(b), property of the estate includes, in addition to the property specified in § 541, all property of the kind specified in that section that the Debtor acquires, as well as earnings from services performed by the Debtor, after the date of commencement of the case but before the case is closed, dismissed, or converted to a case under chapter 7, 12, or 13 of the Bankruptcy Code, whichever occurs first. Except as provided

in § 1185 of the Bankruptcy Code, the Plan, or the order confirming the Plan, the Debtor shall remain in possession of all property of the estate.

### 6.2. Binding Effect.

If the Plan is confirmed, the provisions of the Plan will bind the Debtor and all Creditors, whether or not they accept the Plan. The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

### 6.3. Severability.

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

### 6.4. Retention of Jurisdiction by the Bankruptcy Court.

The Bankruptcy Court shall retain jurisdiction of this case with regard to the following matters: (i) to make such orders as are necessary or appropriate to implement the provisions of this Plan and to resolve any disputes arising from implementation of the Plan;
(ii) to rule on any modification of the Plan proposed under section 1193; (iii) to hear and allow all applications for compensation to professionals and other Administrative Expenses; (iv) to resolve all issues regarding Claims objections, and issues arising from the assumption/rejection of executory contracts or unexpired leases, and (v) to adjudicate any cause of action which may exist in favor of the Debtor, including preference and fraudulent transfer causes of action.

### 6.5. Captions.

The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

### 6.6. Modification of Plan.

The Debtor may modify the Plan at any time before confirmation of the Plan pursuant to § 1193(a). However, the Bankruptcy Court may impose additional requirements, including revoting on the Plan.

If the Plan is confirmed under Section 1191(a), the Debtor may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated and (2) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

If the Plan is confirmed under Section 1191(b), the Debtor may seek to modify the Plan at any time only if (1) it is within 3 years of the Confirmation Date, or such longer time

not to exceed 5 years, as fixed by the court and (2) the Bankruptcy Court authorizes the

proposed modifications after notice and a hearing.

### 6.7.    **Final Decree.**

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Debtor, or such other party as the Bankruptcy Court shall designate in the Plan Confirmation Order, shall file a motion with the Bankruptcy Court to obtain a final decree to close the case. Alternatively, the Bankruptcy Court may enter such a final decree on its own motion.

**ARTICLE 7**
**ATTACHMENTS**

The following documents accompany the Plan [check those applicable, and list any other attachments here]:

[X ] List of Debtor's Assets at Fair Market Value, annexed as Exhibit 1                              .

[X] Debtor's Liabilities, annexed as Exhibit 2

[ ] Financial forecast for the Debtor, annexed as Exhibit      .

[X] Debtor's most recent financial statements issued before bankruptcy, annexed as Exhibit 3.

[X] Debtor's most recent post-petition operating reports filed since the commencement of the Debtor's bankruptcy case, annexed as Exhibit 3

[ ] Summary of the Debtor's periodic operating reports filed since the commencement of the Debtor's bankruptcy case, annexed as Exhibit      .

[X] Summary of Executory Contracts and Unexpired Leases, to be Assumed annexed as Exhibit 4.

[ ] Summary of Executory Contracts and Unexpired Leases to be Assumed and Assigned, annexed as Exhibit   .

[ ] Summary of Executory Contracts and Unexpired Leases to be Rejected, annexed as Exhibit       .

[X] Cash Flow Projections in Support of the Plan Feasibility, annexed as Exhibit 5

[X] Tables showing the amount of cash on hand as of the Effective Date, and the sources of that cash, annexed as Exhibit 6.

[X] Liquidation Analysis, annexed as Exhibit 7.

## ARTICLE 8
## FREQUENTLY ASKED QUESTIONS

What are the Debtors (Paul and Michelle Bassett) Attempting to Do in Chapter 11? Chapter 11 is the principal reorganization chapter of the Bankruptcy Code. Under Chapter 11, a debtor attempts to restructure the claims held against it. Formulation and confirmation of a plan of reorganization is the primary goal of Chapter 11. When reorganization is not feasible, however, a debtor may propose a liquidating plan under Chapter 11. The plan is the legal document which sets forth the manner and the means by which holders of claims against a debtor will be treated.

Why Am I Receiving This Plan? In order to confirm a plan of reorganization [or liquidation], the Bankruptcy Code requires that a debtor solicit acceptances of a proposed plan, which it is doing with this Plan. If the creditors are satisfied with the information provided in the Plan and the terms of the Plan as proposed, and have voted for the Plan and returned the requisite number of ballots to counsel for the Debtor, the Bankruptcy Court may confirm the Plan as proposed by the Debtor.

How Do I Determine Which Class I Am In? To determine the class of your claim or interest, you must first determine whether your claim is secured or unsecured. Your claim is secured if you have a validly perfected security interest in collateral owned by the Debtor. If you do not have any collateral, your claim is unsecured. The pertinent section of the Plan dealing with that class will explain, among other things, who is in that class, what is the size of the class, what you will receive if the Plan is confirmed, and when you will receive what the Plan has provided for you if the Plan is confirmed. [Paragraph/Section]
lists all classes of claimants and their types of claims.

Why Is Confirmation of a Plan of Reorganization [or Liquidation] Important? Confirmation of the Plan is necessary because if the Plan is confirmed, the Debtor and all of its creditors are bound by the terms of the Plan. If the Plan is not confirmed, the Debtor may not pay creditors as proposed in the Plan while the Debtor remains in bankruptcy.

What Is Necessary to Confirm a Plan of Reorganization [or Liquidation]? Confirmation of the Plan requires, among other things, the vote in favor of the Plan of two- thirds in total dollar amount and a majority in number of claims actually voting in each voting class. If the vote is insufficient, the Bankruptcy Court can still confirm the Plan, but only if certain additional elements are shown including that the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.

Am I Entitled to Vote on the Plan? Any creditor of the Debtor whose claim is IMPAIRED under the Plan is entitled to vote, if either (i) the creditor's claim has been scheduled by the Debtor and such claim is not scheduled as disputed, contingent, or unliquidated, or (ii) the creditor has filed a proof of claim on or before the last date set by the Bankruptcy Court for such filings. Any claim to which an objection has been filed (and such objection is still pending) is not entitled to vote, unless the Bankruptcy Court temporarily allows the creditor to vote upon the creditor's motion. Such motion must be heard and determined by the Bankruptcy Court prior to the date established by the Bankruptcy Court to confirm the Plan.

How Do I Determine Whether I Am in an Impaired Class? Sections 2.1 and 2.2 of the Plan identifies the classes of creditors whose claims are impaired. If your claim is impaired, your vote will be considered by the Bankruptcy Court.

When Is the Deadline by Which I Need to Return My Ballot? The Plan is being distributed to all claim holders for their review, consideration and approval. The deadline by which ballots must be returned is TO BE DETERMINED BY THIS COURT. Ballots should be mailed to the following address:

Ryan Blay
WM Law

15095 W. 116th St.
Olathe, KS 66062
or via e-mail to blay@wagonergroup.com

How Do I Determine When and How Much I Will Be Paid? In Article 2, the Debtor has provided both written and financial summaries of what it anticipates each class of creditors will receive under the Plan.

## ARTICLE 9
## DEFINITIONS

**9.1.** The definitions and rules of construction set forth in §§ 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Code are used in this Plan. The definitions that follow that are found in the Code are for convenience of reference only, and are superseded by the definitions found in the Code.

**9.2.** Administrative Claimant: Any person entitled to payment of an Administration Expense.

**9.3.** Administrative Convenience Class: A class consisting of every unsecured claim that is less than or reduced to an amount that the Bankruptcy Court approves as reasonable and necessary for administrative convenience.

**9.4.** Administrative Expense: Any cost or expense of administration of the Chapter 11 case entitled to priority under Section 507(a)(2) of the Code and allowed under Section 503(b) of the Code, including without limitation, any actual and necessary expenses of preserving the Debtor's estate, any actual and necessary expenses incurred following the filing of the bankruptcy petition by the Debtor-in-Possession, allowances of compensation or reimbursement of expenses to the extent allowed by the Bankruptcy Court under the Bankruptcy Code, the allowed claim of the Trustee for fees and/or reimbursements, and any fees or charges assessed against any of the Debtor's estates under Chapter 123, Title 28, United States Code.

9.5 Administrative Tax Claim: Any tax incurred pursuant to Section 503(b)(1)(B) of the Code.

**9.6.** Allowed Claim: Any claim against the Debtor pursuant to Section 502 of the Code to the extent that: (a) a Proof of Claim was either timely filed or was filed late with leave of the Bankruptcy Court or without objection by the Debtor, and (b) as to which either (i) a party in interest, including the Debtor, does not timely file an objection, or (ii) is allowed by a Final Order.

**9.7.** Allowed Priority Tax Claim: A Priority Tax Claim to the extent that it is or has become an Allowed Claim, which in any event shall be reduced by the amount of any offsets, credits, or refunds to which the Debtor or Debtor-in-Possession shall be entitled on the Confirmation Date.

**9.8.** Allowed Secured Claim: Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code.

**9.9.**      Allowed Unsecured Claim: An Unsecured Claim to the extent it is, or has become, an Allowed Claim, which in any event shall be reduced by the amount of any offsets, credits, or refunds to which the Debtor or Debtor-in-Possession shall be entitled on the Confirmation Date.

**9.10.**      Bankruptcy Code or Code: The Bankruptcy Reform Act of 1978, as amended and codified as Title 11, United States Code.

**9.11.**      Bankruptcy Court: The United States Bankruptcy Court for the Western District of Missouri

**9.12.**      Bankruptcy Rules: The Federal Rules of Bankruptcy Procedure.

**9.13.**      Cash: Cash, cash equivalents and other readily marketable securities or instruments issued by a person other than the Debtor, including, without limitation, readily marketable direct obligations of the United States of America, certificates of deposit issued by banks and commercial paper of any entity, including interest accrued or earned thereon.

**9.14.**      Chapter 11 Case: This case under chapter 11 of the Bankruptcy Code in which Paul and Michelle Bassett (deceased) are the Debtors-in-Possession.

9.15 Claim: Any "right to payment from the Debtor whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or any right to an equitable remedy for future performance if such breach gives rise to a right of payment from the Debtor, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, disputed, undisputed, secured or unsecured." 11 U.S.C. § 101(5).

**9.16.**      Class: A category of holders of claims or interests which are substantially similar to the other claims or interests in such class.

**9.17.**      Confirmation: The entry by the Bankruptcy Court of an order confirming this Plan.

**9.18.**      Confirmation Date: The Date upon which the Bankruptcy Court shall enter the Confirmation Order; provided however, that if on motion the Confirmation Order or consummation of the Plan is stayed pending appeal, then the Confirmation Date shall be the entry of the Final Order vacating such stay or the date on which such stay expires and is no longer in effect.

**9.19.**     Confirmation Hearing: The hearing to be held on DATE TO BE DETERMINED, 2026 to consider confirmation of the Plan.

**9.20.**     Confirmation Order: An order of the Bankruptcy Court or any amendment thereto confirming the Plan in accordance with the provisions of chapter 11 of the Bankruptcy Code.

**9.21.**     Creditor: Any person who has a Claim against the Debtor that arose on or before the Petition Date.

**9.22.**     Debtor and Debtor-in-Possession: Paul and Michelle Bassett (deceased), the debtors-in-possession in this Chapter 11 Case.

**9.23.**     Disputed Claim: Any claim against the Debtor pursuant to Section 502 of the Code that the Debtor has in any way objected to, challenged or otherwise disputed.

**9.24.**     Distributions: The property required by the Plan to be distributed to the holders of Allowed Claims.

**9.25.**     Effective Date: The Effective Date of the plan is 30 days after entry of the order confirming the plan, unless the confirmation order provides otherwise.

**9.26.**     Equity Interest: An ownership interest in the Debtor.

**9.27.**     Executory Contracts: All unexpired leases and executory contracts as described in Section 365 of the Bankruptcy Code.

**9.28.**     Final Order: An order or judgment of the Bankruptcy Court that has not been reversed, stayed, modified or amended and as to which (a) any appeal that has been taken has been finally determined or dismissed, or (b) the time for appeal has expired and no notice of appeal has been filed.

**9.29.**     IRC: The Internal Revenue Code

**9.30.**     Petition Date: July 17, 2025 the date the chapter 11 petition for relief was filed.

**9.31.**     Plan: This Plan, either in its present form or as it may be altered, amended, or modified from time to time.

**9.32.**     Priority Tax Claim: Any Claim entitled to priority in payment under Section 507(a)(8) of the Bankruptcy Code.

**9.33.** Reorganized Debtor: The Debtor after the Effective Date.

**9.34.** Schedules: Schedules and Statement of Financial Affairs, as amended, filed by the Debtor with the Bankruptcy Court listing liabilities and assets.

**9.35.** Secured Creditor: Any creditor that holds a Claim that is secured by property of the Debtor.

**9.36.** Trustee: Norman Rouse, the trustee appointed pursuant to 11 U.S.C. § 1183(a) and whose duties are prescribed under 11 U.S.C. 1183(b), the Plan, or the order confirming the Plan.

**9.37.** Unsecured Creditor: Any Creditor that holds a Claim in the Chapter 11 case which is not a secured Claim.

Respectfully submitted,

By:  /s/ Paul Bassett

By: /s/ Ryan A. Blay

Ryan A. Blay
State Bar No. KS-001066
WM Law
15095 W. 116th St.
Olathe, KS  66062
blay@wagonergroup.com
telephone: (913) 422-0909

## **EXHIBIT 5 - PROJECTIONS OF CASH FLOW/EARNINGS**
## **POST CONFIRMATION PERIOD**

| | Year 1 5/2026-4/2027 | Year 2 5/2027-4/2028 | Year 3 5/2028-4/2029 | Year 4 5/2029-4/2030 | Year 5 5/2030-4/2031 |
|---|---|---|---|---|---|
| | | | | | |
| **Income:**[1] | $142,000 | $142,000 | $142,000 | $142,000 | $142,000 |
| **Personal Expenses**[2]: | $96,000 | $96,000 | $96,000 | $96,000 | $96,000 |
| | | | | | |
| Net: | $46,000 | $46,000 | $46,000 | $46,000 | $46,000 |
| Administrative | $8,500 | $4,500 | $ | $ | $ |
| Missouri Department of Revenue Claim 3) | $2,255.64 | $2,255.64 | $ | $ | $ |
| Missouri Department of Revenue (Claim 34) | $4,636.44 | $4,636.44 | | | |
| Nebraska Furniture Mart | $2095.92 | $2095.92 | $ | $ | $ |
| Ally | $5993.28 | $5993.28 | $5993.28 | $ | $ |
| Unsecured Creditors | $20400 | $24,000 | $39,000 | $42,000 | $42,000 |
| | | | | | |
| **Total Plan Payments** | **$43,881.28** Year 1 | **$ 43,481.28** Year 2 | **$44,993.28** Year 3 | **$42,000** Year 4 | **$42,000** Year 5 |
| | | | | | |
| Income after payment of plan payments: | $2,118.72 | $2,518.72 | $1,006.72 | $4,000 | $4,000 |

---

1 Beginning on or around Feb. 1, 2026, Debtor's salary is set to increase by approximately $30,000 gross.  The Net Income above also takes into an account a yearly performance bonus Debtor received in December 2025 that he has historically received due to his attendance and other metrics with the Department of Veteran's Affairs.  The bonus is approximately $11,000 net.  Debtor will not be getting any further sign-on bonus yearly as he has in the past.

2 During the case, Debtor's mortgage with Wood & Huston Bank increased from approximately $1650 per month to $2,222 per month.  This amount includes principal, interest, and hazard insurance but not real estate taxes, which are separately paid.  Those taxes were approximately $6,900 in December 2025.  Expenses have been adjusted after the passing of debtor Michelle Bassett, leaving approximately $8,000 per month in expenses with an anticipated reduction in dry cleaning and home cleaning costs.

EXHIBIT 6     - Cash on hand on the Effective Date

Cash on hand on the Effective Date:                    $19.700

Less –

    Amount of Administrative Expenses payable
    on effective date of Plan                          $ 4,000

    Amount of statutory costs and charges              $0

    Amount of cure payments for executory contracts    $0

    Other Plan Payments due on Effective Date          $0

        Balance after paying these amounts…    $15,700

The sources of the cash the Debtor will have on hand by the Effective Date are estimated as follows:

| | |
|---|---|
| $3700 | Cash in the Debtor's bank account now |
| + $16000 | Additional cash Debtor will accumulate from net earnings between now and Effective Date Between January 13, 2026 and the Effective Date, the Debtor estimates $4,000 per month net for the next 4 calendar months due to his salary increase and the elimination of large unusual expenses such as expenses for the funeral of Ms. Bassett and the large yearly real estate taxes on Debtor's home. |
| + $0 | Borrowing [state separately terms of repayment] |
| + 0 | Capital Contributions |
| + 0 | Other |
| $19700 | Total [This number should match "cash on hand" figure noted above] |

EXHIBIT 7 - Liquidation Analysis

[Pursuant to Section 1190(1)(B) of the Bankruptcy Code]

Debtor's Estimated Liquidation Value of Assets

**Assets**

| | |
|---|---|
| a. Homestead real estate at 717 W. 6th St., Sedalia, MO | $376,803 |
| b. Date of filing bank accounts | $2,382.44 |
| c. Interest in Bassett Holdings, LLC, based on values of buildings and Amounts owed on mortgages + value in Merritt Wares LLC | $59,005 |
| d. Jewelry | $2,500 |
| e. Household Goods | $7,904.10 |
| f. Automobiles – 2015 Porsche Macan, 2017 Lincoln Continental and 1976 Cadillac El Dorado | $23,886 |
| g. Electronics | $2500 |
| h. Clothing | $600 |
| i. Investment property (such as stocks, bonds or other financial assets) | $ |
| j. Lawsuits or other claims against third-parties | $0 |
| k. IRA and TSP | $152,384.93 |
| l. Others – golf cart, used and pull behind trailer | $1,000 |
| | |
| Total Assets at Liquidation Value | $628,965.47 |

**Less:**

Secured creditors' recoveries                $262,958.34 (NFM, Ally, Porsche Credit, Wood & Huston Bank)

**Less:**

Chapter 7 trustee fees and expenses          $34,698.27

**Less:**

Chapter 11 Administrative Expenses, if appropriate          $

**Less:**

Priority claims, excluding Administrative Expense claims

$15,510.31

[Less:

Debtor's claimed exemptions]                $177,084.93

(1) Balance for unsecured claims            $154,223.93

(2) Total dollar amount of unsecured claims          $2,250,358.29

                                             **7.43%**

Percentage of Claims Which Unsecured Creditors Would
Receive Or Retain in a Chapter 7 Liquidation:     **6.85%**

Percentage of Claims Which Unsecured Creditors Will Receive
or Retain under the Plan ($167,400/$2,250,358.29):

27

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Paul Stephan Bassett** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Michelle Maria Bassett** |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number | **25-20315-11** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**717 W 6th St.**
Street address, if available, or other description

**Sedalia**     **MO**     **65301-0000**
City     State     ZIP Code

**Pettis**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

 **Value per July 9, 2025 CMA provided by Katherine Nickel of Sedalia Realty**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $376,803.00 | $376,803.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

| $376,803.00 |
|---|

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Paul Stephan Bassett** | | Case number *(if known)* | **25-20315-11** |
| Debtor 2 | **Michelle Maria Bassett** | | | |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Porsche** |
| | Model: | **Macan S** |
| | Year: | **2015** |
| | Approximate mileage: | **150,000** |
| | Other information: | |

> **VIN WP1AB2A58FLB80710 has clicking engine noise Value per Kelley Blue Book**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
| **$6,571.00** | **$6,571.00** |

| 3.2 | Make: | **Lincoln** |
| | Model: | **Continental** |
| | Year: | **2017** |
| | Approximate mileage: | **64988** |
| | Other information: | |

> **VIN 1LN6L9VK9H5624583, Value per Kelley Blue Book**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
| **$12,315.00** | **$12,315.00** |

| 3.3 | Make: | **Cadillac** |
| | Model: | **El Dorado** |
| | Year: | **1976** |
| | Approximate mileage: | |
| | Other information: | |

> **VIN 6L67S6Q169813**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
| **$5,000.00** | **$5,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>**

| **$23,886.00** |

---

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| **used household goods** | **$4,000.00** |

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number *(if known)* | **25-20315-11** |

| | |
|---|---|
| **household goods purchased on store credit from NFM including SOFA and older purchased furniture** | **$3,904.10** |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **older Nintendo Switch, 3 TVs, tablets, other electroncs of value** | **$1,500.00** |

| | |
|---|---|
| **TVs, cell phones, personal electronics** | **$1,000.00** |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **used clothing** | **$600.00** |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **wedding ring, (lab created) diamond earnings, pendant. misc. costume jewelry** | **$2,500.00** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **cat, dog** | **$0.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

| Official Form 106A/B | Schedule A/B: Property | page 3 |
|---|---|---|

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number *(if known)* | **25-20315-11** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

**$13,504.10**

---

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

Institution name:

| | **Wood & Huston Bank** **Smart Reward (Checking) ending in 4808** | |
|---|---|---|
| 17.1.   **checking & savings** | **Smart Savings ending in 4050** | **$1,350.41** |
| 17.2.   **checking ending in 1516** | **Central Bank** | **$1,032.03** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.   Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Sedalia Aesthetics, a Missouri LLC, just received an order confirming its Chapter 11 plan in case 24-20453 (Western District of Missouri) per its schedules pre-confirmation, business owned $311,684 in property and had $3,017.192.25 in debt** | **100%**   % | **$0.00** |
| **Bassett Holdings, LLC, a Missouri LLC it owns 2 buildings at 1700 S. Ingram and 1704 S. Ingram, both in Sedalia, MO** **Assets:  $550,000** **Liabilities:  $491,000 (deeds of trust on both buildings pledged to Wood & Huston)** | **100%**   % | **$59,000.00** |

| Debtor 1 | **Paul Stephan Bassett** | | | |
|---|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number *(if known)* | **25-20315-11** | |

**Merritt Wares LLC**

| Only asset is Wood & Huston bank accoutn ending in 1603 with $5 in it. no other assets and liabilities. | **100%** | % | **$5.00** |
|---|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                     Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Federal retirement** | **FERS** | **Unknown** |
| **Federal thrift savings plan** | **TSP** | **$51,133.68** |
| **IRA** | **Matson Money, two separate accounts ending in 3256 and 8075, total value aggregated below** | **$101,251.25** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the |
|---|---|

Debtor 1 **Paul Stephan Bassett**
Debtor 2 **Michelle Maria Bassett**

Case number *(if known)* **25-20315-11**

| | **portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **term life policy (face value $660,000) issued on debtor as federal employee; term life policy on joint debtor estimated at $36,000 face value. Debtors may have life insurance policy issued on debtor.** | **debtors (reciprocal)** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes.  Describe each claim.........

| Debtors are investigating filing a cause of action against a 3rd party who recruited Sedalia Aesthetics employees, stole client list and misrepresented state of business to clients. Debtors are unsure if this claim would be brought individually or on behalf of the LLC. | **Unknown** |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

Official Form 106A/B                          Schedule A/B: Property                          page 6

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number *(if known)* | **25-20315-11** |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................. | **$213,772.37**

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

■ Yes. Give specific information.........

| pull behind trailer - has leak | **$500.00** |
|---|---|

| golf cart, used | **$500.00** |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$1,000.00**

**Part 8:** **List the Totals of Each Part of this Form**

| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | **$376,803.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$23,886.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$13,504.10** | |
| 58. | **Part 4: Total financial assets, line 36** | **$213,772.37** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$1,000.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$252,162.47** | Copy personal property total **$252,162.47** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$628,965.47** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul Stephan Bassett** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Michelle Maria Bassett** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **25-20315-11** |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| **2.1**   **Ally Financial**    Describe the property that secures the claim: | $16,175.24 | $12,315.00 | $3,860.24 |

Creditor's Name

Describe the property that secures the claim:

**2017 Lincoln Continental 64988 miles VIN 1LN6L9VK9H5624583, Value per Kelley Blue Book**

**PO Box 380901
Bloomington, MN 55438**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

Date debt was incurred   **11/9/2023**     Last 4 digits of account number _____

| Debtor 1 | Paul Stephan Bassett | | | Case number (if known) | 25-20315-11 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Michelle Maria Bassett | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.2 NEBRASKA FURNITURE MART**

Creditor's Name

**Describe the property that secures the claim:**

**household goods purchased on store credit from NFM including SOFA and older purchased furniture**

$8,544.67   $3,904.10   $4,640.57

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 3456**
**Omaha, NE 68103-0456**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **3/9/2012**      Last 4 digits of account number _____

---

**2.3 Porsche Credit**

Creditor's Name

**Describe the property that secures the claim:**

**2015 Porsche Macan S 150,000 miles**
**VIN WP1AB2A58FLB80710**
**has clicking engine noise**
**Value per Kelley Blue Book**

$21,418.00   $6,571.00   $14,847.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**980 Hammond Dr.**
**Ste. 1000**
**Atlanta, GA 30328**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

Date debt was incurred   **1/11/2022**      Last 4 digits of account number _____

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

Debtor 1 **Paul Stephan Bassett**
First Name   Middle Name   Last Name

Debtor 2 **Michelle Maria Bassett**
First Name   Middle Name   Last Name

Case number (if known)   **25-20315-11**

| 2.4 | **Wood & Houston Bank** | Describe the property that secures the claim: | $221,461.00 | $376,803.00 | $0.00 |

Creditor's Name

**717 W 6th St. Sedalia, MO 65301
Pettis County
Value per July 9, 2025 CMA
provided by Katherine Nickel of
Sedalia Realty**

**PO Box 40
Marshall, MO 65340**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

Date debt was incurred   **11/30/2020**   Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $267,598.91 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $267,598.91 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Paul Stephan Bassett** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 | **Michelle Maria Bassett** | |
| (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI | |
| Case number (if known) | **25-20315-11** | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number _____ | $2,635.00 | $0.00 | $2,635.00 |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**     2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2024 tax liabilities**

| Debtor 1 | **Paul Stephan Bassett** | | | |
|---|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** | |

| 2.2 | **Missouri Department of Revenue** | Last 4 digits of account number | $12,535.19 | $12,535.19 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 475**
**Jefferson City, MO 65105-0475**
Number Street City State Zip Code

When was the debt incurred? **2023-2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2024 tax liabilities - $8346**
**prior liabilities - $4189.19**

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Abbvie US LLC** | Last 4 digits of account number **0897** | **$88,301.64** |

Nonpriority Creditor's Name
**Allergan**
**62671 Collection Center Dr.**
**Chicago, IL 60693-0626**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **inventory of Sedalia Aesthetics LLC**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

| 4.2 | **American Express** | Last 4 digits of account number | | $39,367.00 |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     8/13/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **credit card**

| 4.3 | **American Express** | Last 4 digits of account number | | $45,797.00 |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     7/24/2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **credit card**

| 4.4 | **American Express** | Last 4 digits of account number | 2973 | $2,098.00 |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     6/20/2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **credit card**

| | |
|---|---|
| Debtor 1 | **Paul Stephan Bassett** |
| Debtor 2 | **Michelle Maria Bassett** |

Case number (if known) **25-20315-11**

---

**4.5**

**American Express**
Nonpriority Creditor's Name
**777 American Expressway**
**Fort Lauderdale, FL 33337-0001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **business credit card**

---

**4.6**

**American Honda Finance**
Nonpriority Creditor's Name
**PO Box168128**
**Irving, TX 75016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **7985**  **$25,147.00**

**When was the debt incurred?**  **5/27/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **deficiency claim for surrendered minivan**

---

**4.7**

**Apple Card - GS Bank USA**
Nonpriority Creditor's Name
**LOCKBOX 6112**
**POB 7247**
**Philadelphia, PA 19170**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **6545**  **$4,567.00**

**When was the debt incurred?**  **6/6/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

---

**4.8** | **Arvest Bank** | | Last 4 digits of account number | **8600** | **$68,889.22**

Nonpriority Creditor's Name

**PO Box 940**
**Lowell, AR 72745**

When was the debt incurred? **3/28/2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

- ■ Other. Specify **PMSI in 2022 Allergan Cool/Sculpting owned by Sedalia Aesthetics LLC**

---

**4.9** | **Balboa Capital Corp.** | | Last 4 digits of account number | **8604** | **$181,000.00**

Nonpriority Creditor's Name

**575 Anton Boulevard, 12th Floor**
**Costa Mesa, CA 92626**

When was the debt incurred? **6/25/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

- ■ Other. Specify **PMSI in BTL Empsculpt Cellulite Reduction Device, Inv. #24894-02 to be surrendered by Sedalia Aesthetics LLC**

---

**4.10** | **Bank of America** | | Last 4 digits of account number | **1472** | **$24,959.00**

Nonpriority Creditor's Name

**100 North Tryon St.**
**NC1-0007-19-26**
**Charlotte, NC 28255**

When was the debt incurred? **7/15/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

- ■ Other. Specify **credit card**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

| 4.1 1 | **BANK OF AMERICA** | Last 4 digits of account number | **6253** | **$10,067.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 982238**
**El Paso, TX 79998-2238**
Number Street City State Zip Code

When was the debt incurred? **3/14/2023**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **credit card**

---

| 4.1 2 | **Banleaco, Inc.** | Last 4 digits of account number | | **$38,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 7740**
**Urbandale, IA 50323**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**PMSI in Arctic Air Chiller, Bodysculpt and Non-Invasive Laser Body Counterouring System, some of which will be retained by Sedalia Aesthetics LLC and some**

☐ Yes

■ Other. Specify   **surrendered**

---

| 4.1 3 | **Barclay's Bank Delaware** | Last 4 digits of account number | | **$15,305.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 8803**
**Wilmington, DE 19899**
Number Street City State Zip Code

When was the debt incurred? **12/16/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **charged off credit card**

---

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 6 of 21

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

---

**4.14**

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**125 S. West St.**
**Wilmington, DE 19801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **0531**     **$2,768.00**

**When was the debt incurred?** **1/20/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **credit card**

---

**4.15**

**Bothwell Regional Health Center**
Nonpriority Creditor's Name
**PO Box 1706**
**Sedalia, MO 65301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1791**     **$603.84**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **medical**

---

**4.16**

**Bothwell Regional Health Center**
Nonpriority Creditor's Name
**PO Box 1706**
**Sedalia, MO 65301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **3249**     **$6,344.32**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **medical**

---

| Debtor 1 | **Paul Stephan Bassett** | | | |
|---|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | Case number (if known) | **25-20315-11** |

---

**4.17**

**Capital One Bank USA NA**
Nonpriority Creditor's Name
**PO Box 31293**
**Salt Lake City, UT 84131-1293**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **5010** | **$10,045.00** |
|---|---|---|

**When was the debt incurred?** **2/6/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

**4.18**

**Capital One Bank USA NA**
Nonpriority Creditor's Name
**PO Box 31293**
**Salt Lake City, UT 84131-1293**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **6129** | **$1,482.37** |
|---|---|---|

**When was the debt incurred?** **4/24/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

**4.19**

**Capital One/WSI**
Nonpriority Creditor's Name
**PO Box 250478**
**Salt Lake City, UT 84131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **7659** | **$289.00** |
|---|---|---|

**When was the debt incurred?** **6/1/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account**

---

| Debtor 1 | **Paul Stephan Bassett** | | | |
|---|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | Case number *(if known)* | **25-20315-11** |

---

**4.20** | **Central Funding LLC**
Nonpriority Creditor's Name

**1400 Preston Rd, Ste. 115**
**Plano, TX 75093**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$71,794.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **equipment of Sedalia Aesthetics LLC**

---

**4.21** | **CFG Merchant Solutions LLC**
Nonpriority Creditor's Name

**180 Maiden Lane, 15th Floor**
**New York, NY 10038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$160,136.25**

When was the debt incurred?    **10/27/2023**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **purchase of future receivables of Sedalia Aesthetics LLC**

---

**4.22** | **Comenity Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**3095 Loyalty Circle**
**Columbus, OH 43219-3673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8480**    **$6,075.00**

When was the debt incurred?    **8/1/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card - charged off**

---

| Debtor 1 | **Paul Stephan Bassett** | | | |
|---|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | | Case number (if known) | **25-20315-11** |

| 4.2 3 | **Comenity Bank/Total Rewards Visa Card** | Last 4 digits of account number | | $14,197.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3095 Loyalty Circle, Building A
Columbus, OH 43219**

Number Street City State Zip Code

**When was the debt incurred?** **10/12/2020**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **credit card**

---

| 4.2 4 | **Comenity Capital Bank** | Last 4 digits of account number | **9110** | $1,708.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**POB 182120
Columbus, OH 43218**

Number Street City State Zip Code

**When was the debt incurred?** **5/23/2022**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **credit card**

---

| 4.2 5 | **Comenity Capital/Overstock** | Last 4 digits of account number | **2747** | $1,437.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 182120
Columbus, OH 43218-2120**

Number Street City State Zip Code

**When was the debt incurred?** **4/15/2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **charge account**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

---

| 4.26 | **Comenity Capital/Saks CC** | Last 4 digits of account number | **3973** | **$5,397.00** |

Nonpriority Creditor's Name

**PO Box 182120**
**Columbus, OH 43218-2120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **6/2/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **charge account**

---

| 4.27 | **Comenity Capital/ULTAMC** | Last 4 digits of account number | **2010** | **$951.00** |

Nonpriority Creditor's Name

**PO Box 182120**
**Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **5/11/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **charge account**

---

| 4.28 | **Commerce Bank - RCV** | Last 4 digits of account number | | **$17,386.00** |

Nonpriority Creditor's Name

**1045 Executive Parkway**
**Saint Louis, MO 63141**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **6/28/1993**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|----------|--------------------------|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

| 4.29 | **Dept of ED** | Last 4 digits of account number | **8051** | **$90,712.47** |

Nonpriority Creditor's Name

**121 S 13th st**
**Lincoln, NE 68508**

Number Street City State Zip Code

**When was the debt incurred?** **10/14/2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**student loans**

---

| 4.30 | **Dext Capital** | Last 4 digits of account number | | **$152,400.00** |

Nonpriority Creditor's Name

**PO Box 74007351**
**Chicago, IL 60674-7351**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **PMSI - debt of Sedalia Aesthetics LLC**

---

| 4.31 | **Elanco Financial Services** | Last 4 digits of account number | | **$16,083.00** |

Nonpriority Creditor's Name

**PO Box 108**
**Saint Louis, MO 63166**

Number Street City State Zip Code

**When was the debt incurred?** **5/1/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **credit card**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

### 4.3.2

**JPMCB - Card**
Nonpriority Creditor's Name
**PO Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **7143**        **$16,476.00**

When was the debt incurred?        **7/1/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify        **flexible spending credit card**

---

### 4.3.3

**JPMCB - Card**
Nonpriority Creditor's Name
**PO Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1198**        **$11.00**

When was the debt incurred?        **2/7/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify        **flexible spending credit card**

---

### 4.3.4

**M2 Equipment Finance LLC**
Nonpriority Creditor's Name
**20800 Swanson Dr, Ste. 475**
**Waukesha, WI 53186**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$124,399.00**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify        **equipment for Sedalia Aesthetics LLC**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

| 4.35 | | | |
|---|---|---|---|

**Merz North America**
Nonpriority Creditor's Name
**PO Box 10973**
**Palatine, IL 60055**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

$72,000.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **unsecured debt of Sedalia Aesthetics LLC**

---

| 4.36 | | | |
|---|---|---|---|

**Milestone Bank**
Nonpriority Creditor's Name
**3150 Livernois Rd, Ste. 300**
**Troy, MI 48083**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

$76,644.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **PMSI in equipment for Sedalia Aesthetics LLC**

---

| 4.37 | | | |
|---|---|---|---|

**MOHELA**
Nonpriority Creditor's Name
**633 Spirit Drive**
**Chesterfield, MO 63005-1243**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**   **3/6/2003**

**As of the date you file, the claim is:** Check all that apply

$4,334.00

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**student loans**

| | |
|---|---|
| Debtor 1 | **Paul Stephan Bassett** |
| Debtor 2 | **Michelle Maria Bassett** |

Case number (if known)   **25-20315-11**

---

| 4.3 8 | **Navitas Credit Corp.** | Last 4 digits of account number | **1515** | **$43,324.00** |

Nonpriority Creditor's Name

**201 Executive Center Dr., Ste 100
Columbia, SC 29210**

Number Street City State Zip Code

When was the debt incurred?   **4/12/2021**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Rohrer Body Tone Treatment System-Accessories, collateral held by Sedalia Aesthetics LLC the business is intending to surrender in its Chapter 11 plan**

---

| 4.3 9 | **Navitas Credit Corp.** | Last 4 digits of account number | | **$127,012.00** |

Nonpriority Creditor's Name

**201 Executive Center Dr., Ste 100
Columbia, SC 29210**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Debt of Sedalia Aesthetics LLC**

---

| Debtor 1 | Paul Stephan Bassett | | |
|---|---|---|---|
| Debtor 2 | Michelle Maria Bassett | Case number (if known) | **25-20315-11** |

---

**4.40**

**NCMIC, a Division of Professional**
Nonpriority Creditor's Name

**Solutions Financial Services**
**14001 University Ave**
**Clive, IA 50325**
Number Street City State Zip Code

Last 4 digits of account number **7350**

When was the debt incurred? **10/245/2022**

$34,000.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **PMSI in One Scarlet Medical Device with all accessories - property of Sedalia Aesthetics LLC**

---

**4.41**

**Nordstrom/TD Bank**
Nonpriority Creditor's Name

**13531 E Caley Ave**
**Englewood, CO 80111-1000**
Number Street City State Zip Code

Last 4 digits of account number **9784**

When was the debt incurred? **6/9/2014**

$18,941.00

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **credit card**

---

**4.42**

**nordstrom/TD bank**
Nonpriority Creditor's Name

**13531 E Caley AV Service**
**Englewood, CO 80111-1000**
Number Street City State Zip Code

Last 4 digits of account number **8516**

When was the debt incurred? **7/15/2022**

$30,312.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **flexible spending credit card**

---

| Debtor 1 | **Paul Stephan Bassett** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Maria Bassett** | Case number (if known) | **25-20315-11** |

---

| 4.4 3 | **OnePlace Capital** | Last 4 digits of account number | **4712** | **$135,287.50** |

Nonpriority Creditor's Name

**div of Bank Midwest**
**505 Market St, Ste. 110**
**West Des Moines, IA 50266**

Number Street City State Zip Code

**When was the debt incurred?** **10/2/2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **PSMI in Scarlet Medical Device purchased 10/2/2022, collateral of Sedalia Aesthetics LLC**

---

| 4.4 4 | **Pearl Bassett** | Last 4 digits of account number | | **$2,600.00** |

Nonpriority Creditor's Name

**8505 Pflumm Rd.**
**Lenexa, KS 66215**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **loan**

---

| 4.4 5 | **Rapid Finance** | Last 4 digits of account number | | **$55,616.94** |

Nonpriority Creditor's Name

**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **business debt of Sedalia Aesthetics LLC**

---

| | |
|---|---|
| Debtor 1 **Paul Stephan Bassett** | |
| Debtor 2 **Michelle Maria Bassett** | Case number (if known) **25-20315-11** |

### 4.46

**RH**
Nonpriority Creditor's Name
**TD RCS**
**PO Box 100270**
**Columbia, SC 29202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$114.00**

When was the debt incurred?  **6/14/2023**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **charge account**

### 4.47

**RTR Financial Services**
Nonpriority Creditor's Name
**PO Box 30306**
**Staten Island, NY 10303-0306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **7973**          **$830.00**

When was the debt incurred?  **5/7/2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **collections - Collier County/Emergency Medical Services**

### 4.48

**Syncb/Care Credit Dual Card**
Nonpriority Creditor's Name
**PO Box 71757**
**Philadelphia, PA 19176-1757**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **5542**          **$14,559.00**

When was the debt incurred?  **5/15/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

Debtor 1 **Paul Stephan Bassett**
Debtor 2 **Michelle Maria Bassett**

Case number (if known) **25-20315-11**

| 4.49 | | | |
|---|---|---|---|

**TD Bank USA/ Target Credit**
Nonpriority Creditor's Name
**PO Box 673**
**Minneapolis, MN 55440**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** **0597**

**When was the debt incurred?** **5/26/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **credit card**

**$3,678.00**

| 4.50 | | | |
|---|---|---|---|

**US Bank**
Nonpriority Creditor's Name
**PO Box 108**
**Saint Louis, MO 63166-0108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** **8/16/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Flexible Spending Credit Card**

**$6,679.00**

Debtor 1 **Paul Stephan Bassett**
Debtor 2 **Michelle Maria Bassett**

Case number (if known) **25-20315-11**

---

| 4.5 1 | **US Small Business Administration** | Last 4 digits of account number **3955** | **$510,000.00** |

Nonpriority Creditor's Name

**10675 Bedford Ave**
**Ste. 100**
**Omaha, NE 68134**

When was the debt incurred? **5/23/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify

**All tangible and intangible personal property,**
**including, Inventory, equipment, chattel paper, documents, letter of credit rights, accounts, deposit accounts, commerical tort**
**claims, general intangibles.**

---

| 4.5 2 | **Volkswagen Credit Inc.** | Last 4 digits of account number **3427** | **$17,987.00** |

Nonpriority Creditor's Name

**c/o Consumer Credit Team**
**1401 Franklin Blvd**
**Libertyville, IL 60048**

When was the debt incurred? **10/21/2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify

**unsecured - debtors no longer have vehicle - disputed because debtors had gap insurance**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Arvest Equipment Finance**
**c/o Sharon L Stolte**
**Sandberg Phoenix**
**4600 Madison Ave, Ste. 1000**
**Kansas City, MO 64112**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Bothwell Regional Health Center**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

---

Official Form 106 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 20 of 21

Debtor 1 **Paul Stephan Bassett**
Debtor 2 **Michelle Maria Bassett**

Case number (if known) **25-20315-11**

**PO Box 801128**
**Kansas City, MO 64180-1128**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bothwell Regional Health Center**
**PO Box 801128**
**Kansas City, MO 64180-1128**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Firstsource Advantage**
**205 Bryand Woods South**
**Buffalo, NY 14228**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0246**

---

Name and Address
**Padfield & Stout LLP**
**100 Throckmorton Street, Ste. 700**
**Fort Worth, TX 76102**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Attorney**
**400 East 9th Street**
**Room 5510**
**Kansas City, MO 64106**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Small Business Admin.**
**10737 Gateway West, #300**
**El Paso, TX 79935**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 15,170.19 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 15,170.19 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 95,046.47 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 2,308,065.08 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 2,403,111.55 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul Stephan Bassett** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Michelle Maria Bassett** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **25-20315-11** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **Anytime Fitness**<br>**110 W. 3rd St.**<br>**Sedalia, MO 65301** | **gym membership** |

**Fill in this information to identify the case:**

Debtor Name ___Paul Stephan Bassett and Michelle Maria Bassett (Deceas___

United States Bankruptcy Court for the: Western District of Missouri ▾

Case number: ___25-20315-can11_____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      **12/17**

Month: ___November 2025___

Date report filed: ___01/09/2026___
MM / DD / YYYY

Line of business: ___aesthetics_____

NAISC code: ___0000_____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: ___Paul Bassett_____

Original signature of responsible party ___/s/ Paul Bassett___ _Paul Bassett_____
Paul Bassett (Jan 13, 2026 10:47:44 CST)

Printed name of responsible party ___Paul Bassett_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Decea:     Case number 25-20315-can11

17. Have you paid any bills you owed before you filed bankruptcy?  ☑  ❑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1,801.62

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 10,966.87

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 8,725.63

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 2,241.24

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 4,042.86

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0.00

Debtor Name Paul Stephan Bassett and Michelle Maria Bassett (Decea    Case number 25-20315-can11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    0

27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 10,966.87 | − | $ 10,966.87 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 9,000.00 | − | $ 8,725.63 | = | $ 274.37 |
| 34. **Net cash flow** | $ 1,966.87 | − | $ 2,241.24 | = | $ -274.37 |

35. Total projected cash receipts for the next month:    $ 10,966.80

36. Total projected cash disbursements for the next month:    - $ 8,466.80

37. Total projected net cash flow for the next month:    = $ 2,500.00

Official Form 425C    **Monthly Operating Report for Small Business Under Chapter 11**    page **3**

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Decea:      Case number 25-20315-can11

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑ 39.  Bank reconciliation reports for each account.

❑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑ 41.  Budget, projection, or forecast reports.

❑ 42.  Project, job costing, or work-in-progress reports.

# MOR for November 2025 - unsigned

Final Audit Report                                                            2026-01-13

| | |
|---|---|
| Created: | 2026-01-13 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAdT28pvCRdwFd7yfIy6qqOsv7ppN_Uo2 |

## "MOR for November 2025 - unsigned" History

📑 Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2026-01-13 - 4:14:59 PM GMT

✉️ Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2026-01-13 - 4:15:04 PM GMT

📑 Email viewed by Paul Bassett (paulinmeade@gmail.com)
2026-01-13 - 4:47:01 PM GMT

✍️ Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2026-01-13 - 4:47:44 PM GMT - Time Source: server

✅ Agreement completed.
2026-01-13 - 4:47:44 PM GMT

![Adobe Acrobat Sign] Adobe Acrobat Sign

**Fill in this information to identify the case:**

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett

United States Bankruptcy Court for the: Western District of Missouri

Case number: 25-20315-can11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2025

Date report filed: 11/17/2025
MM / DD / YYYY

Line of business: Aesthetics/Real Estate

NAISC code: 0000

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Paul Bassett

Original signature of responsible party  *Paul Bassett*
Paul Bassett (Nov 20, 2025 14:41:41 CST)

Printed name of responsible party  Paul Bassett

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C  Monthly Operating Report for Small Business Under Chapter 11  page 1

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett          Case number 25-20315-can11

17.  Have you paid any bills you owed before you filed bankruptcy?          ❏    ☒    ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ❏    ☒    ❏

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**          $ 6,039.32

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ 20,372.51

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.          − $ 5,891.48

Report the total from *Exhibit D* here.

22.  **Net cash flow**          + $ 14,481.03

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.          = $ 20,520.35

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**          $ 0.00

(*Exhibit E*)

Debtor Name Paul Stephan Bassett and Michelle Maria Bassett       Case number 25-20315-can11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                           $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                        _____ 0

27. What is the number of employees as of the date of this monthly report?                           _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected — Copy lines 35-37 from the previous month's report. | Column B Actual — Copy lines 20-22 of this report. | Column C Difference — Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ 10,000.00 | − $ 20,372.50 | = $ -10,372.50 |
| 33. **Cash disbursements** | $ 5,000.00 | − $ 5,891.48 | = $ -891.48 |
| 34. **Net cash flow** | $ 5,000.00 | − $ 14,481.00 | = $ -9,481.03 |

35. Total projected cash receipts for the next month:                                               $ 12,540.32

36. Total projected cash disbursements for the next month:                                           − $ 5,800.00

37. Total projected net cash flow for the next month:                                                = $ 6,740.32

Debtor Name Paul Stephan Bassett and Michelle Maria Bassett          Case number 25-20315-can11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Amended MOR for August 2025

Final Audit Report                                          2025-11-20

| | |
|---|---|
| Created: | 2025-11-17 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAV6A__MJB7b_pcNL8nuYySWw0YmTwnwS_ |

## "Amended MOR for August 2025" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2025-11-17 - 7:47:35 PM GMT

Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2025-11-17 - 7:47:40 PM GMT

Email viewed by Paul Bassett (paulinmeade@gmail.com)
2025-11-20 - 8:41:19 PM GMT

Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2025-11-20 - 8:41:41 PM GMT - Time Source: server

Agreement completed.
2025-11-20 - 8:41:41 PM GMT

Adobe Acrobat Sign

**Fill in this information to identify the case:**

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Deceas

United States Bankruptcy Court for the: Western District of Missouri

Case number: 25-20315-can11

❑ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    **12/17**

Month:            November 2025

Date report filed:  01/09/2026
                    MM / DD / YYYY

Line of business:  aesthetics

NAISC code:        0000

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                  Paul Bassett

Original signature of responsible party   /s/ Paul Bassett

Printed name of responsible party    Paul Bassett

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Decea:   Case number 25-20315-can11

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ❑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 1,801.62

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.

    $ 10,966.87

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.

    − $ 8,725.63

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*

    + $ 2,241.24

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 4,042.86

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Deceas   Case number 25-20315-can11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    0

27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Projected** − | **Actual** = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 10,966.87 − | $ 10,966.87 = | $ 0.00 |
| 33. **Cash disbursements** | $ 9,000.00 − | $ 8,725.63 = | $ 274.37 |
| 34. **Net cash flow** | $ 1,966.87 − | $ 2,241.24 = | $ -274.37 |

35. Total projected cash receipts for the next month:    $ 10,966.80

36. Total projected cash disbursements for the next month:    − $ 8,466.80

37. Total projected net cash flow for the next month:    = $ 2,500.00

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Decea:     Case number 25-20315-can11

| | 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑  39.  Bank reconciliation reports for each account.

❑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑  41.  Budget, projection, or forecast reports.

❑  42.  Project, job costing, or work-in-progress reports.

**Fill in this information to identify the case:**

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett

United States Bankruptcy Court for the: Western District of Missouri

Case number: 25-20315-can11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          August 2025                          Date report filed: 11/17/2025
                                                                        MM / DD / YYYY

Line of business: Aesthetics/Real Estate            NAISC code:        0000

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                Paul Bassett

Original signature of responsible party    *Paul Bassett*
                                           Paul Bassett (Nov 20, 2025 14:41:41 CST)

Printed name of responsible party    Paul Bassett

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|     |                                                                                                    | Yes | No | N/A |
|-----|----------------------------------------------------------------------------------------------------|-----|----|-----|
|     | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** |     |    |     |
| 1.  | Did the business operate during the entire reporting period?                                       | ☒   | ☐  | ☐   |
| 2.  | Do you plan to continue to operate the business next month?                                        | ☒   | ☐  | ☐   |
| 3.  | Have you paid all of your bills on time?                                                           | ☒   | ☐  | ☐   |
| 4.  | Did you pay your employees on time?                                                                | ☒   | ☐  | ☐   |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?    | ☐   | ☒  | ☐   |
| 6.  | Have you timely filed your tax returns and paid all of your taxes?                                 | ☒   | ☒  | ☐   |
| 7.  | Have you timely filed all other required government filings?                                       | ☒   | ☐  | ☐   |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator?    | ☐   | ☐  | ☒   |
| 9.  | Have you timely paid all of your insurance premiums?                                               | ☒   | ☐  | ☐   |
|     | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** |     |    |     |
| 10. | Do you have any bank accounts open other than the DIP accounts?                                    | ☒   | ☐  | ☐   |
| 11. | Have you sold any assets other than inventory?                                                     | ☐   | ☒  | ☐   |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒  | ☐   |
| 13. | Did any insurance company cancel your policy?                                                      | ☐   | ☒  | ☐   |
| 14. | Did you have any unusual or significant unanticipated expenses?                                    | ☐   | ☒  | ☐   |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf?                | ☐   | ☒  | ☐   |
| 16. | Has anyone made an investment in your business?                                                    | ☐   | ☒  | ☐   |

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page 1

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett          Case number 25-20315-can11

17. Have you paid any bills you owed before you filed bankruptcy?          ❑   ☒   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ❑   ☒   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 6,039.32

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ 20,372.51

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.          - $ 5,891.48

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.          + $ 14,481.03

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.          = $ 20,520.35

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 0.00

(Exhibit E)

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett          Case number 25-20315-can11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             _____ 0

27. What is the number of employees as of the date of this monthly report?                _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                         $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?        $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A Projected | | Column B Actual | | Column C Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 10,000.00 | − | $ 20,372.50 | = | $ -10,372.50 |
| 33. **Cash disbursements** | $ 5,000.00 | − | $ 5,891.48 | = | $ -891.48 |
| 34. **Net cash flow** | $ 5,000.00 | − | $ 14,481.00 | = | $ -9,481.03 |

35. Total projected cash receipts for the next month:                                    $ 12,540.32

36. Total projected cash disbursements for the next month:                             − $ 5,800.00

37. Total projected net cash flow for the next month:                                  = $ 6,740.32

Debtor Name Paul Stephan Bassett and Michelle Maria Bassett          Case number 25-20315-can11

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Amended MOR for August 2025

Final Audit Report                                                    2025-11-20

| | |
|---|---|
| Created: | 2025-11-17 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAV6A__MJB7b_pcNL8nuYySWw0YmTwnwS_ |

## "Amended MOR for August 2025" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2025-11-17 - 7:47:35 PM GMT

Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2025-11-17 - 7:47:40 PM GMT

Email viewed by Paul Bassett (paulinmeade@gmail.com)
2025-11-20 - 8:41:19 PM GMT

Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2025-11-20 - 8:41:41 PM GMT - Time Source: server

Agreement completed.
2025-11-20 - 8:41:41 PM GMT

Adobe Acrobat Sign

**Fill in this information to identify the case:**

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett

United States Bankruptcy Court for the: Western District of Missouri

Case number: 25-20315-can11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

| | | |
|---|---|---|
| Month: | July 2025 | Date report filed: 09/11/2025 <br> MM / DD / YYYY |
| Line of business: Aesthetics/Real Estate | | NAISC code: 0000 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    /s/ Michelle Bassett

Original signature of responsible party       Michelle Bassett (Sep 10, 2025 13:34:46 CDT)

Printed name of responsible party       /s/ Michelle Bassett

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett      Case number 25-20315-can11

17. Have you paid any bills you owed before you filed bankruptcy?      ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**      $ 1,132.29

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ 8,281.64

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    – $ 3,374.61

    Report the total from *Exhibit D* here.

22. **Net cash flow**      + $ 4,907.03

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.      = $ 6,039.32

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** .      $ 0.00

    *(Exhibit E)*

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett          Case number 25-20315-can11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                                      $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                   0

27. What is the number of employees as of the date of this monthly report?                                      0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                                      $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | − | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 8,281.64 | = | $ 8,281.64 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 3,374.61 | = | $ 3,374.61 |
| 34. **Net cash flow** | $ 0.00 | − | $ 4,907.03 | = | $ 4,907.03 |

35. Total projected cash receipts for the next month:                                                 $ 10,000.00

36. Total projected cash disbursements for the next month:                                          − $ 5,000.00

37. Total projected net cash flow for the next month:                                               = $ 5,000.00

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett          Case number 25-20315-can11

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# MOR for July 2025

Final Audit Report 2025-09-10

| | |
|---|---|
| Created: | 2025-09-10 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6MhLflsrdbxTtaLduq-YLTd7nSRxTND_ |

## "MOR for July 2025" History

📄 Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2025-09-10 - 6:13:26 PM GMT

📧 Document emailed to Michelle Bassett (sedaliaaestheticsllc@gmail.com) for signature
2025-09-10 - 6:13:30 PM GMT

📄 Email viewed by Michelle Bassett (sedaliaaestheticsllc@gmail.com)
2025-09-10 - 6:34:28 PM GMT

🖋 Document e-signed by Michelle Bassett (sedaliaaestheticsllc@gmail.com)
Signature Date: 2025-09-10 - 6:34:46 PM GMT - Time Source: server

✅ Agreement completed.
2025-09-10 - 6:34:46 PM GMT

![Adobe Acrobat Sign] **Adobe Acrobat Sign**