UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

In Re:                                          )
                                                )
**BASSETT, PAUL STEPHAN**                       )      Case No. **25-20315-CAN11**
**BASSETT, MICHELLE MARIA (Deceased)**          )
                                                )
         Debtor(s)                              )

**NOTICE AND ORDER FIXING DEADLINES AND SETTING CONFIRMATION
HEARING ON SUBCHAPTER V PLAN OF REORGANIZATION**

1. On January 13, 2026 debtor filed a Chapter 11 plan.

2. Within 5 days after entry of this order, debtor shall mail the plan, ballot, and this Order to creditors, equity security holders, and other parties in interest, **and file a certificate of service.**

3. Under the court's Order on Preliminary Matters (ECF No. 12), *February 3, 2026* is the deadline for secured creditors to make the Section 1111(b) election.

4. **March 12, 2026** is fixed for the hearing on confirmation of the plan and related matters at **11:00 AM by telephone conference.** *Parties should dial:* **1-833-435-1820. When prompted enter Meeting ID: 161 3505 0945** *(Hearing location is subject to change which will be determined at the 3/4/26 status hearing).*

5. **February 20, 2026** is the deadline for:

   A.   Filing with the court objections to plan confirmation; and
   B.   Submitting to counsel for the plan proponent ballots accepting or rejecting the plan referenced above.

6. **February 20, 2026** is the date on which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan.

7. **February 25, 2026** is the deadline for the debtor to file a ballot summary.

8. The court will hold a telephone status hearing concerning the Plan on *March 4*, 2026 *at 11:00 AM by telephone conference. The conference line will be used. Parties should dial:* **1-833-435-1820. When prompted enter Meeting ID:  161 3505 0945.  Parties should notify the courtroom deputy of their intent to participate in the phone conference by sending an e-mail to: beth_graham@mow.uscourts.gov .**

9. Motions for valuation, termination of stay, dismissal, or conversion to another chapter which are now pending or subsequently filed will be heard at the same time as the confirmation hearing unless a party requests otherwise.

Dated:  1/14/2026                                    /s/Cynthia A. Norton
                                                     **United States Bankruptcy Judge**

**Ryan Blay, Attorney for Debtor to serve ALL creditors and Parties in Interest.**