**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | Case No. 25-20315-11 |
| Paul Stephan Bassett | Chapter 11 |
| Michelle Maria Bassett | ECF Dkt Ref No(s).      63 and 67 |
| Debtor(s) | Judge Name: Cynthia A. Norton |
| | Hearing Location: The conference line will be used. Parties should dial: 1-833- |
| | Hearing Date: 03/04/2026 |
| | Hearing Time: 11:00 AM |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/20/2026, I did cause a copy of the following document(s), described below:

Chapter 11 Plan and Notice and Order Fixing Deadlines and Setting Confirmation Hearing on Sub V Plan, ECF Dkt Ref No. 63 and 67

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Western District of Missouri Bankruptcy Court's official court matrix on 1/20/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/20/2026

/s/ Ryan A. Blay
Ryan A. Blay
Bar No. KS-001066
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
bankruptcy@wagonergroup.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:

   Paul Stephan Bassett

   Michelle Maria Bassett

   Debtor(s)

Case No. 25-20315-11

Chapter 11

ECF Dkt Ref No(s).      63 and 67

Judge Name: Cynthia A. Norton

Hearing Location: The conference line will be used. Parties should dial: 1-833-

Hearing Date: 03/04/2026

Hearing Time: 11:00 AM

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/20/2026, I did cause a copy of the following document(s), described below:

Chapter 11 Plan and Notice and Order Fixing Deadlines and Setting Confirmation Hearing on Sub V Plan, ECF Dkt Ref No. 63 and 67

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/20/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/20/2026, I caused a copy of the Chapter 11 Plan and Notice and Order Fixing Deadlines and Setting Confirmation Hearing on Sub V Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Ally Bank c/o AIS Portfolio Services, LLC | | | 4515 N Santa Fe Ave. Dept. APS | | Oklahoma City OK 73118-7901 |
| INTERNAL REVENUE SERVICE | | | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 |
| Missouri Department of Revenue | | | Bankruptcy Unit | P.O Box 475 | Jefferson City MO 65105-0475 |
| Missouri Department of Revenue | | | General Counsel's Office | P.O. Box 475 | Jefferson City MO 65105-0475 |
| U.S. Trustee | | | Room 3440 | 400 East 9th Street | Kansas City MO 64106-2625 |
| Abbvie US LLC | | | Allergan | 62671 Collection Center Dr. | Chicago IL 60693-0626 |
| Ally Bank | | | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City OK 73118-7901 |
| Ally Financial | | | PO Box 380901 | | Bloomington MN 55438-0901 |
| American Express | | | 777 American Expressway | | Fort Lauderdale FL 33337-0001 |
| American Express | | | PO Box 981537 | | El Paso TX 79998-1537 |
| American Express National Bank | | | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355-0701 |
| American Express National Bank, AENB | c/o Zwicker and Associates, P.C. | | Attorneys/Agents for Creditor | P.O. Box 9043 | Andover MA 01810-0943 |
| American Honda Finance | | | PO Box168128 | | Irving TX 75016-8128 |
| AMERICAN HONDA FINANCE | | | P O BOX 168088 | | IRVING TX 75016-8088 |
| Apple Card - GS Bank USA | | | LOCKBOX 6112 | POB 7247 | Philadelphia PA 19170-0001 |
| Arvest Bank | | | PO Box 940 | | Lowell AR 72745-0000 |
| Arvest Equipment Finance | | | c/o Pamela R. Putnam | 4600 Madison Avenue, Suite 1000 | Kansas City MO 64112-3042 |
| VOLKSWAGEN CREDIT UNION | | | 1401 FRANKLIN BLVD | | LIBERTYVILLE IL 60048-4460 |
| BANK OF AMERICA | | | PO BOX 982238 | | El Paso TX 79998-2238 |
| Balboa Capital Corp. | | | 575 Anton Boulevard, 12th Floor | | Costa Mesa CA 92626-7685 |
| BALBOA CAPITAL CORPORATION | | | 575 ANTON BOULEVARD | 12H FLOOR | COSTA MESA CA 92626-7685 |
| Bank of America | | | 100 North Tryon St. | NC1-0007-19-26 | Charlotte NC 28255-0001 |
| Bank of America, N.A. | | | PO Box 673033 | | Dallas TX 75267-3033 |
| Banleaco, Inc. | | | PO Box 7740 | | Urbandale IA 50323-7740 |
| Barclay's Bank Delaware | | | PO Box 8803 | | Wilmington DE 19899-8803 |
| Barclays Bank Delaware | | | 125 S. West St. | | Wilmington DE 19801-5014 |
| Bothwell Regional Health Center | | | PO Box 1706 | | Sedalia MO 65302-1706 |
| Bothwell Regional Health Center | | | PO Box 801128 | | Kansas City MO 64180-1128 |
| CFG Merchant Solutions LLC | | | 180 Maiden Lane, 15th Floor | | New York NY 10038-5150 |
| COMMERCE BANK | | | PO BOX 410857 | KCREC-10 | KANSAS CITY MO 64141-0857 |
| Capital One Bank USA NA | | | PO Box 31293 | | Salt Lake City UT 84131-0293 |
| Capital One N.A. | | | by AIS InfoSource LP as agent | PO Box 71083 | Charlotte NC 28272-1083 |
| Capital One/WSI | | | PO Box 250478 | | Salt Lake City UT 84131-0000 |

| | | | | |
|---|---|---|---|---|
| Central Funding LLC | | | 1400 Preston Rd, Ste. 115 | | Plano TX 75093-5159 |
| Comenity Bank | | | Attn: Bankruptcy Department | 3095 Loyalty Circle | Columbus OH 43219-3673 |
| Comenity Bank/Total Rewards Visa Card | | | 3095 Loyalty Circle, Building A | | Columbus OH 43219-3673 |
| Comenity Capital Bank | | | POB 182120 | | Columbus OH 43218-2120 |
| Comenity Capital/Overstock | | | PO Box 182120 | | Columbus OH 43218-2120 |
| Comenity Capital/Saks CC | | | PO Box 182120 | | Columbus OH 43218-2120 |
| Comenity Capital/ULTAMC | | | PO Box 182120 | | Columbus OH 43218-2120 |
| Commerce Bank - RCV | | | 1045 Executive Parkway | | Saint Louis MO 63141-6303 |
| Dept of ED | | | 121 S 13th st | | Lincoln NE 68508-1904 |
| Dext Capital | | | PO Box 74007351 | | Chicago IL 60674-7351 |
| Elanco Financial Services | | | PO Box 108 | | Saint Louis MO 63166-0108 |
| Firstsource Advantage | | | 205 Bryand Woods South | | Buffalo NY 14228-3609 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| JPMCB - Card | | | PO Box 15369 | | Wilmington DE 19850-5369 |
| JPMorgan Chase Bank, N.A. | | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison TX 75001-9013 |
| Kansas Department of Revenue | | | PO Box 12005 | | Topeka KS 66612-2005 |
| M2 Equipment Finance LLC | | | 20800 Swanson Dr, Ste. 475 | | Waukesha WI 53186-2075 |
| MOHELA | | | CLAIMS DEPARTMENT | 633 SPIRIT DRIVE | CHESTERFIELD MO 63005-1243 |
| Merz North America | | | PO Box 10973 | | Palatine IL 60055-0001 |
| Midland Credit Management, Inc. | | | PO Box 2037 | | Warren MI 48090-2037 |
| Milestone Bank | | | 3150 Livernois Rd, Ste. 300 | | Troy MI 48083-5000 |
| Missouri Department of Revenue | | | PO Box 475 | | Jefferson City MO 65105-0475 |
| Missouri Dept. of Revenue | | | Insolvency Unit | PO Box 475 | Jefferson City MO 65105-0475 |
| NCMIC, a Division of Professional | | | Solutions Financial Services | 14001 University Ave | Clive IA 50325-8258 |
| NEBRASKA FURNITURE MART | | | PO BOX 3000 | | OMAHA NE 68103-3030 |
| NEBRASKA FURNITURE MART | | | ATTN LEGAL DEPT | PO BOX 3000 | OMAHA NE 68103-3030 |
| NAVITAS CREDIT CORP | | | ATTN JOYCE MCKULKA | 201 EXECUTIVE CENTER DR SUITE 100 | COLUMBIA SC 29210-8410 |
| Nordstrom/TD Bank | | | 13531 E Caley Ave | | Englewood CO 80111-6505 |
| OnePlace Capital | | | div of Bank Midwest | 505 Market St, Ste. 110 | West Des Moines IA 50266-3861 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | | PO BOX 41067 | | NORFOLK VA 23541-1067 |
| Padfield & Stout LLP | | | 100 Throckmorton Street, Ste. 700 | | Fort Worth TX 76102-2837 |
| Porsche Credit | | | 980 Hammond Dr. | Ste. 1000 | Atlanta GA 30328-8187 |
| Quantum3 Group LLC as agent for | | | Comenity Bank | PO Box 788 | Kirkland WA 98083-0788 |
| Quantum3 Group LLC as agent for | | | Comenity Capital Bank | PO Box 788 | Kirkland WA 98083-0788 |
| RH | | | TD RCS | PO Box 100270 | Columbia SC 29202-3270 |
| RTR Financial Services | | | PO Box 30306 | | Staten Island NY 10303-0306 |
| Rapid Finance | | | 4500 East West Highway, 6th Floor | | Bethesda MD 20814-3327 |
| Sedalia Aesthetics LLC | | | 1701 South Lafayette Ave. | | Sedalia MO 65301-7541 |
| Syncb/Care Credit Dual Card | | | PO Box 71757 | | Philadelphia PA 19176-1757 |
| Synchrony Bank | | | by AIS InfoSource LP as agent | PO Box 4457 | Houston TX 77210-4457 |
| TD BANK USA N A | | | C/O WEINSTEIN & RILEY P S | 749 GATEWAY STE G601 | ABILENE TX 79602-1196 |

| | | | | | |
|---|---|---|---|---|---|
| TD Bank USA/ Target Credit | | | PO Box 673 | | Minneapolis MN 55440-0673 |
| U.S. Bank NA dba Elan Financial Services | | | Bankruptcy Department | PO Box 108 | Saint Louis MO 63166-0108 |
| US BANK | | | PO BOX 5229 | | CINCINNATI OH 45201-5229 |
| U.S. SMALL BUSINESS ADMINISTRATION | | | 220 W. Douglas, Suite 450 | | Wichita KS 67202-3137 |
| U S ATTORNEY FOR THE WESTERN DISTRICT OF | | ATTN BANKRUPTCY | 400 E 9TH ST | SUITE 5510 | KANSAS CITY MO 64106-2637 |
| US Department of Education c/o Nelnet | | | 121 S 13TH ST | | LINCOLN NE 68508-1911 |
| US Small Business Admin. | | | 10737 Gateway West, #300 | | El Paso TX 79935-4910 |
| US Small Business Administration | | | 10675 Bedford Ave | Ste. 100 | Omaha NE 68134-3605 |
| VW Credit, Inc. | | | PO Box 9013 | | Addison TX 75001-9013 |
| Volkswagen Credit Inc. | | | c/o Consumer Credit Team | 1401 Franklin Blvd | Libertyville IL 60048-4460 |
| Wood & Houston Bank | | | PO Box 40 | | Marshall MO 65340-0040 |
| nordstrom/TD bank | | | 13531 E Caley AV Service | | Englewood CO 80111-6505 |
| Michelle Maria Bassett | | | 717 W 6th St. | | Sedalia MO 65301-4111 |
| Norman Rouse | | | Collins, Webster & Rouse | 5957 E. 20th Street | Joplin MO 64801-8765 |
| Paul Stephan Bassett | | | 717 W 6th St. | | Sedalia MO 65301-4111 |
| Ryan A. Blay | | | Wm Law | 15095 W 116th St. | Olathe KS 66062-1098 |