**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: | PAUL STEPHAN BASSETT | ) Case No. 25-20315 |
| | AND | ) Chapter 11 (Voluntary) |
| | MICHELLE MARIA BASSETT | ) |
| | (DECEASED) | |
| | Debtor & Debtor-in-Possession | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney for Debtor hereby certifies that ballots for voting on the Chapter 11 Plan Doc #63 filed on January 13, 2026, were mailed to all creditors listed in the amended plan via first class mail on January 19, 2026.

Dated: 01/19/2026

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR