UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 25-20315-can11** |
| **PAUL STEPHAN BASSETT** | ) | |
| **AND MICHELLE MARIA BASSETT** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | |

**MISSOURI DEPARTMENT OF REVENUE'S OBJECTION TO
CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN**

**Comes Now** the Missouri Department of Revenue (MDOR), by and through its counsel, and for its Objection to Debtors' *Small Business Debtor's Plan of Reorganization* (Plan), states as follows:

1.      Section 1129(a)(9)(A) of title 11 of the United States Code (the "Bankruptcy Code") provides that a court shall only confirm a plan if administrative expense claimants receive cash equal to the allowed amount of their claims on the effective date of the plan.

2.      The Debtors filed an order for relief with the Court on July 17, 2025.

3.      Section 2.1.A. of the Plan lists "Administrative Tax Claims" as a type of administrative expense.

4.      On January 30, 2026, MDOR filed Claim 38-1, an Administrative Tax Claim, in the amount of $1,208.00 for withholding tax for the period of October 1, 2025, to December 31, 2025.

5.      Article 2.1.A. of the Plan regarding administrative expenses does not list an amount owed for Administrative Tax Claims and proposes no treatment for the payment of MDOR's claim.

6.      Because the Plan does not provide for payment in full in cash of MDOR's

Administrative Tax Claim on the effective date, it may not be confirmed under section

1129(a)(9)(A) of the Bankruptcy Code.

WHEREFORE, based upon the foregoing, MDOR respectfully requests that this Court

deny confirmation of Debtors' proposed Plan, and for any other and further relief as the Court

deems just and proper.

Catherine Hanaway, Attorney General
State of Missouri

**/s/  Bryan W. Schaefer**
Bryan W. Schaefer, MO Bar #77634
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
E-Mail:  bankruptcy@dor.mo.gov
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and
served upon all those who receive electronic notification on February 9, 2026.

**/s/  Bryan W. Schaefer**