**Fill in this information to identify the case:**

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Deceas

United States Bankruptcy Court for the: Western District of Missouri

Case number:  25-20315-can11

❏ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   **12/17**

Month:  January 2026

Date report filed:  02/23/2026
MM / DD / YYYY

Line of business:  aesthetics

NAISC code:  0000

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Paul Bassett

Original signature of responsible party  /s/ Paul Bassett  *Paul Bassett*
Paul Bassett (Feb 23, 2026 03:35:42 CST)

Printed name of responsible party  Paul Bassett

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name   Paul Stephan Bassett and Michelle Maria Bassett (Deceas    Case number 25-20315-can11

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏ ☑ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   $ 4,664.88

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
   cash received even if you have not deposited it at the bank, collections on
   receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.   $ 32,432.30

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D.*   − $ 10,672.34

   Report the total from *Exhibit D* here.

22. **Net cash flow**

   + $ 21,759.96

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 26,415.84

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

   *(Exhibit E)*

Debtor Name Paul Stephan Bassett and Michelle Maria Bassett (Decea    Case number 25-20315-can11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____ 0

27. What is the number of employees as of the date of this monthly report?  _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 12,444.44

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 12,444.44

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 10,966.80 | − | $ 32,432.30 | = | $ -21,465.50 |
| 33. **Cash disbursements** | $ 5,466.80 | − | $ 10,672.34 | = | $ -5,205.54 |
| 34. **Net cash flow** | $ 2,500.00 | − | $ 26,415.84 | = | $ -23,915.84 |

35. Total projected cash receipts for the next month:  $ 10,966.80

36. Total projected cash disbursements for the next month:  - $ 10,500.00

37. Total projected net cash flow for the next month:  = $ 466.80

Debtor Name  Paul Stephan Bassett and Michelle Maria Bassett (Decea$   Case number 25-20315-can11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# January MOR - unsigned

Final Audit Report                                                    2026-02-23

| | |
|---|---|
| Created: | 2026-02-22 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAMOZhInZe1QD6v_6X7svpLfOPQeiJiEEy |

## "January MOR - unsigned" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2026-02-22 - 9:51:21 PM GMT

Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2026-02-22 - 9:51:25 PM GMT

Email viewed by Paul Bassett (paulinmeade@gmail.com)
2026-02-23 - 9:35:10 AM GMT

Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2026-02-23 - 9:35:42 AM GMT - Time Source: server

Agreement completed.
2026-02-23 - 9:35:42 AM GMT

Adobe Acrobat Sign



# GREAT SOUTHERN BANK

Date  1/30/26          Page    1
Primary Account        ▉2586
Enclosures

PAUL S BASSETT
MICHELLE M BASSETT DEBTOR
IN POSSESSION CASE NO 25 20315 CAN 11
717 S 6TH ST
SEDALIA MO 65301

## GREAT SOUTHERN ACCOUNT

Account Title:   PAUL S BASSETT
                 MICHELLE M BASSETT DEBTOR
                 IN POSSESSION CASE NO 25 20315 CAN 11

Learn ways to manage your money or set up account alerts through Online
Banking. Visit www.GreatSouthernBank.com/personal/managing-your-account
for more information.

| EVERYDAY CHECKING | | Check Safekeeping | |
|---|---|---|---|
| Account Number | ▉2586 | Statement Dates   1/01/26 thru  2/01/26 | |
| Previous Balance | 4,664.88 | Days in the statement period | 32 |
| 5 Deposits/Credits | 32,423.30 | Average Ledger | 8,335.45 |
| 141 Checks/Debits | 10,672.34 | Average Collected | 8,335.45 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 26,415.84 | | |

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 1/02 | FED SALARY DFAS-CLEVELAND   PPD | 5,113.06 | 9,777.94 |
| 1/02 | ATM Service Charge | 2.50- | 9,775.44 |
| | FOREIGN ATM ACTIVITY FEE | | |
| | CENTRAL BANK | | |
| | RF#008412 | | |
| 1/02 | AFGE LOCAL 3399 | 21.41- | 9,754.03 |
| | WASHINGTON DC | | |
| | 010226 312852 Card#1385 | | |
| 1/02 | ATM Withdrawal | 503.00- | 9,251.03 |
| | CENTRAL BANK | | |
| | SEDALIA MO | | |
| | 010126 008412 Card#1385 | | |
| 1/02 | CASEYS #1601 | 12.37- | 9,238.66 |
| | SEDALIA MO | | |
| | 010226 052122 Card#1385 | | |
| 1/02 | TST*VOLKERS | 19.84- | 9,218.82 |
| | SEDALIA MO | | |
| | 123125 406759 Card#1385 | | |
| 1/02 | CASEYS #1601 | 27.70- | 9,191.12 |
| | SEDALIA MO | | |
| | 010126 000212 Card#1385 | | |
| 1/02 | TST*THE VAULT SE | 78.15- | 9,112.97 |
| | SEDALIA MO | | |
| | 010126 094238 Card#1385 | | |
| 1/02 | STATE FARM   INSU | 411.87- | 8,701.10 |
| | BLOOMINGTON IL | | |
| | 123125 102475 Card#1385 | | |
| 1/05 | AMAZON MKTPLACE | 32.83 | 8,733.93 |
| | SEATTLE WA | | |

# GREAT SOUTHERN BANK

Date   1/30/26          Page      2
Primary Account        ████2586
Enclosures

EVERYDAY CHECKING                    ████2586   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|-------:|-------:|
| | 010426 643501 Card#1385 | | |
| 1/05 | ATM Service Charge | 2.50- | 8,731.43 |
| | FOREIGN ATM ACTIVITY FEE | | |
| | CENTRAL BANK | | |
| | RF#009213 | | |
| 1/05 | UTIL PAYMT LIBERTY UTILITIEPPD | 289.12- | 8,442.31 |
| 1/05 | APPLE.COM/BILL | .99- | 8,441.32 |
| | CUPERTINO CA | | |
| | 010426 270072 Card#1385 | | |
| 1/05 | APPLE.COM/BILL | 1.99- | 8,439.33 |
| | CUPERTINO CA | | |
| | 010426 445060 Card#1385 | | |
| 1/05 | ATM Withdrawal | 503.00- | 7,936.33 |
| | CENTRAL BANK | | |
| | SEDALIA MO | | |
| | 010426 009213 Card#1385 | | |
| 1/05 | CASEYS #1601 | 4.23- | 7,932.10 |
| | SEDALIA MO | | |
| | 010426 051558 Card#1385 | | |
| 1/05 | KFC G135969 | 10.00- | 7,922.10 |
| | SEDALIA MO | | |
| | 010326 896071 Card#1385 | | |
| 1/05 | DISCOUNT SMOKES | 10.32- | 7,911.78 |
| | SEDALIA MO | | |
| | 010226 036736 Card#1385 | | |
| 1/05 | CASEYS #1601 | 11.30- | 7,900.48 |
| | SEDALIA MO | | |
| | 010226 039701 Card#1385 | | |
| 1/05 | CASEYS #1601 | 12.37- | 7,888.11 |
| | SEDALIA MO | | |
| | 010526 016739 Card#1385 | | |
| 1/05 | SQ *DANKAMEER LL | 14.59- | 7,873.52 |
| | SEDALIA MO | | |
| | 010226 282764 Card#1385 | | |
| 1/05 | HURRICANE BAY EX | 16.00- | 7,857.52 |
| | SEDALIA MO | | |
| | 010426 305895 Card#1385 | | |
| 1/05 | CASEYS #1601 | 16.06- | 7,841.46 |
| | SEDALIA MO | | |
| | 010426 034068 Card#1385 | | |
| 1/05 | PANERA BREAD #20 | 17.37- | 7,824.09 |
| | SEDALIA MO | | |
| | 010226 803760 Card#1385 | | |
| 1/05 | WALGREENS STORE | 19.83- | 7,804.26 |
| | SEDALIA MO | | |
| | 010226 344071 Card#1385 | | |
| 1/05 | CASEYS #1601 | 21.30- | 7,782.96 |
| | SEDALIA MO | | |
| | 010326 050400 Card#1385 | | |
| 1/05 | DD *DOORDASH DOL | 22.64- | 7,760.32 |
| | SAN FRANCISCO CA | | |
| | 010226 397608 Card#1385 | | |



**GREAT SOUTHERN BANK**

Date  1/30/26          Page      3
Primary Account        ███2586
Enclosures

EVERYDAY CHECKING                    ███2586  (Continued)

### Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|---|
| 1/05 | MURPHY5783ATWAL SEDALIA MO 010326 656711 Card#1385 | 23.27- | 7,737.05 |
| 1/05 | TST*THE VAULT SE SEDALIA MO 010326 872292 Card#1385 | 25.05- | 7,712.00 |
| 1/05 | DD *DOORDASH MCD SAN FRANCISCO CA 010126 109266 Card#1385 | 30.52- | 7,681.48 |
| 1/05 | CASEYS #1601 SEDALIA MO 010526 005076 Card#1385 | 32.70- | 7,648.78 |
| 1/05 | PAR*FITTER'S PUB SEDALIA MO 010126 139671 Card#1385 | 56.44- | 7,592.34 |
| 1/05 | WALMART.COM 8009 BENTONVILLE AR 123125 127850 Card#1385 | 85.53- | 7,506.81 |
| 1/05 | HAMPTON INNS SEDALIA MO 010326 281202 Card#1385 | 143.82- | 7,362.99 |
| 1/06 | AMAZON PRIME*Z50 SEATTLE WA 010526 901307 Card#1385 | 16.22- | 7,346.77 |
| 1/06 | CASEYS #1601 SEDALIA MO 010526 055079 Card#1385 | 4.23- | 7,342.54 |
| 1/06 | MCDONALD'S F1151 SEDALIA MO 010526 081442 Card#1385 | 10.00- | 7,332.54 |
| 1/06 | CASEYS #1601 SEDALIA MO 010626 029223 Card#1385 | 12.37- | 7,320.17 |
| 1/06 | Amazon.com*IX2QD SEATTLE WA 010426 678991 Card#1385 | 33.77- | 7,286.40 |
| 1/06 | CASEYS #1601 SEDALIA MO 010626 057938 Card#1385 | 33.78- | 7,252.62 |
| 1/07 | SPOTIFY 8777781161 NY 010626 229537 Card#1385 | 11.99- | 7,240.63 |
| 1/07 | CASEYS #1601 SEDALIA MO 010626 040438 Card#1385 | 1.07- | 7,239.56 |
| 1/07 | CASEYS #1601 SEDALIA MO 010726 011311 Card#1385 | 15.57- | 7,223.99 |
| 1/07 | LS STATE FAIR SP SEDALIA MO 010626 322983 Card#1385 | 27.62- | 7,196.37 |
| 1/07 | WALMART.COM 8009 BENTONVILLE AR | 40.22- | 7,156.15 |

# GREAT SOUTHERN BANK

Date  1/30/26          Page      4
Primary Account        ███████2586
Enclosures

EVERYDAY CHECKING                    ██████2586  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | 010526 501564 Card#1385 | | |
| 1/07 | WALMART.COM 8009 | 91.80- | 7,064.35 |
| | BENTONVILLE AR | | |
| | 010526 418406 Card#1385 | | |
| 1/07 | ELITE DRY CLEANE | 93.51- | 6,970.84 |
| | SEDALIA MO | | |
| | 010526 291431 Card#1385 | | |
| 1/08 | APPLE.COM/BILL | .99- | 6,969.85 |
| | CUPERTINO CA | | |
| | 010626 850572 Card#1385 | | |
| 1/08 | APPLE.COM/BILL | 25.00- | 6,944.85 |
| | CUPERTINO CA | | |
| | 010626 804887 Card#1385 | | |
| 1/08 | CASEYS #1063 | 11.30- | 6,933.55 |
| | SEDALIA MO | | |
| | 010826 045757 Card#1385 | | |
| 1/08 | Prime Video Chan | 18.49- | 6,915.06 |
| | SEATTLE WA | | |
| | 010726 879221 Card#1385 | | |
| 1/08 | DD *DOORDASH DOL | 23.02- | 6,892.04 |
| | SAN FRANCISCO CA | | |
| | 010726 870231 Card#1385 | | |
| 1/08 | DD *DOORDASH TAC | 24.34- | 6,867.70 |
| | SAN FRANCISCO CA | | |
| | 010626 709052 Card#1385 | | |
| 1/08 | TST*THE VAULT SE | 44.00- | 6,823.70 |
| | SEDALIA MO | | |
| | 010726 877734 Card#1385 | | |
| 1/08 | WALMART.COM 8009 | 60.90- | 6,762.80 |
| | BENTONVILLE AR | | |
| | 010626 155886 Card#1385 | | |
| 1/08 | TST*THE VAULT SE | 100.00- | 6,662.80 |
| | SEDALIA MO | | |
| | 010726 328735 Card#1385 | | |
| 1/09 | GOOGLE *Google O | 9.99- | 6,652.81 |
| | MOUNTAIN VIEW CA | | |
| | 010826 372360 Card#1385 | | |
| 1/09 | NETFLIX.COM | 24.99- | 6,627.82 |
| | LOS GATOS CA | | |
| | 010826 327286 Card#1385 | | |
| 1/09 | BASSI GROUP | 11.72- | 6,616.10 |
| | SEDALIA MO | | |
| | 010826 420706 Card#1385 | | |
| 1/09 | CASEYS #1601 | 13.67- | 6,602.43 |
| | SEDALIA MO | | |
| | 010926 008235 Card#1385 | | |
| 1/09 | DD *DOORDASH DOL | 22.91- | 6,579.52 |
| | SAN FRANCISCO CA | | |
| | 010826 541679 Card#1385 | | |
| 1/09 | DD *DOORDASH PAN | 26.45- | 6,553.07 |
| | SAN FRANCISCO CA | | |
| | 010726 293758 Card#1385 | | |

# GREAT SOUTHERN BANK

Date   1/30/26        Page     5
Primary Account        ████2586
Enclosures

EVERYDAY CHECKING                    ████2586   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| 1/09 | MCM*PETTISCOURTM<br>SEDALIA MO<br>010826 252274 Card#1385 | 92.56- | 6,460.51 |
| 1/12 | SQ *MARY BEEGLE,<br>SEDALIA MO<br>010926 984478 Card#1385 | .53 | 6,461.04 |
| 1/12 | AMAZON PRIME*345<br>SEATTLE WA<br>010926 223811 Card#1385 | 16.22- | 6,444.82 |
| 1/12 | APPLE.COM/BILL<br>CUPERTINO CA<br>011026 599158 Card#1385 | 24.99- | 6,419.83 |
| 1/12 | TMOBILE*AUTO PAY<br>BELLEVUE WA<br>011126 691365 Card#1385 | 534.24- | 5,885.59 |
| 1/12 | 1110 | 1,351.52- | 4,534.07 |
| 1/12 | SQ *MARY BEEGLE,<br>SEDALIA MO<br>010926 953689 Card#1385 | .53- | 4,533.54 |
| 1/12 | Prime Video Chan<br>SEATTLE WA<br>010926 245263 Card#1385 | 7.99- | 4,525.55 |
| 1/12 | AMAZON RETA* O14<br>SEATTLE WA<br>011126 206511 Card#1385 | 10.82- | 4,514.73 |
| 1/12 | CASEYS #1601<br>SEDALIA MO<br>011126 011931 Card#1385 | 11.30- | 4,503.43 |
| 1/12 | PAR*FITTER'S PUB<br>SEDALIA MO<br>011026 079152 Card#1385 | 11.90- | 4,491.53 |
| 1/12 | CASEYS #1052<br>SEDALIA MO<br>011026 053685 Card#1385 | 13.67- | 4,477.86 |
| 1/12 | CASEYS #1601<br>SEDALIA MO<br>011226 031575 Card#1385 | 13.67- | 4,464.19 |
| 1/12 | DD *DOORDASH PAN<br>SAN FRANCISCO CA<br>011126 363887 Card#1385 | 17.37- | 4,446.82 |
| 1/12 | BREAK TIME 3084<br>SEDALIA MO<br>011026 389869 Card#1385 | 17.48- | 4,429.34 |
| 1/12 | DD *DOORDASH CHI<br>SAN FRANCISCO CA<br>011126 283827 Card#1385 | 18.55- | 4,410.79 |
| 1/12 | DD *DOORDASH CHI<br>SAN FRANCISCO CA<br>011026 530310 Card#1385 | 21.23- | 4,389.56 |
| 1/12 | DD *DOORDASH CHI<br>SAN FRANCISCO CA<br>010926 464147 Card#1385 | 24.79- | 4,364.77 |

# GREAT SOUTHERN BANK

Date  1/30/26           Page       6
Primary Account      ████2586
Enclosures

EVERYDAY CHECKING                    ████2586  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|---|---|---|---|
| 1/12 | DD *DOORDASH MCD<br>SAN FRANCISCO CA<br>010926 891967 Card#1385 | 25.34- | 4,339.43 |
| 1/12 | CASEYS #1601<br>SEDALIA MO<br>011126 027455 Card#1385 | 25.61- | 4,313.82 |
| 1/12 | DD *DOORDASH CAS<br>SAN FRANCISCO CA<br>011026 475807 Card#1385 | 25.95- | 4,287.87 |
| 1/12 | DD *DOORDASH STA<br>SAN FRANCISCO CA<br>010926 166230 Card#1385 | 26.08- | 4,261.79 |
| 1/12 | DD *DOORDASH CHI<br>SAN FRANCISCO CA<br>011026 575268 Card#1385 | 26.52- | 4,235.27 |
| 1/12 | AMAZON MKTPL*EE6<br>SEATTLE WA<br>011026 788595 Card#1385 | 27.05- | 4,208.22 |
| 1/12 | AMAZON RETA* 6Z3<br>SEATTLE WA<br>010826 997499 Card#1385 | 34.63- | 4,173.59 |
| 1/12 | SQ *MARY BEEGLE,<br>SEDALIA MO<br>010926 936164 Card#1385 | 53.00- | 4,120.59 |
| 1/12 | TST*NO 5 BISTRO<br>SEDALIA MO<br>011026 591140 Card#1385 | 74.90- | 4,045.69 |
| 1/13 | DD *DOORDASH CAS<br>SAN FRANCISCO CA<br>011126 909476 Card#1385 | 22.51- | 4,023.18 |
| 1/14 | CASEYS #1601<br>SEDALIA MO<br>011426 026021 Card#1385 | 27.70- | 3,995.48 |
| 1/14 | CASEYS #3257<br>SEDALIA MO<br>011326 004693 Card#1385 | 41.79- | 3,953.69 |
| 1/15 | CASEYS #1063<br>SEDALIA MO<br>011526 062912 Card#1385 | 36.33- | 3,917.36 |
| 1/15 | WALMART.COM 8009<br>BENTONVILLE AR<br>011326 637893 Card#1385 | 88.92- | 3,828.44 |
| 1/15 | WALMART.COM 8009<br>BENTONVILLE AR<br>011226 532667 Card#1385 | 157.33- | 3,671.11 |
| 1/16 | FED SALARY DFAS-CLEVELAND    PPD | 5,113.08 | 8,784.19 |
| 1/16 | AFGE LOCAL 3399<br>WASHINGTON DC<br>011626 457775 Card#1385 | 21.41- | 8,762.78 |
| 1/16 | CASEYS #1601<br>SEDALIA MO<br>011626 050519 Card#1385 | 26.33- | 8,736.45 |

# GREAT SOUTHERN BANK

Date   1/30/26          Page      7
Primary Account          ███████2586
Enclosures

EVERYDAY CHECKING                    ██████2586   (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| 1/16 | LS STATE FAIR SP<br>SEDALIA MO<br>011526 987101 Card#1385 | 27.62- | 8,708.83 |
| 1/16 | WALMART.COM 8009<br>BENTONVILLE AR<br>011426 567578 Card#1385 | 49.00- | 8,659.83 |
| 1/16 | AMAZON MKTPL*OHO<br>SEATTLE WA<br>011426 146171 Card#1385 | 59.13- | 8,600.70 |
| 1/20 | SED UTIL    CITY OF SEDALIA PPD | 132.32- | 8,468.38 |
| 1/20 | 1113 | 75.00- | 8,393.38 |
| 1/20 | TST*THE VAULT SE<br>SEDALIA MO<br>011726 249645 Card#1385 | 9.00- | 8,384.38 |
| 1/20 | CENEX-STATE FAI<br>SEDALIA MO<br>011826 231926 Card#1385 | 17.78- | 8,366.60 |
| 1/20 | BREAK TIME 3084<br>SEDALIA MO<br>011826 597655 Card#1385 | 20.05- | 8,346.55 |
| 1/20 | CASEYS #1601<br>SEDALIA MO<br>012026 034916 Card#1385 | 23.95- | 8,322.60 |
| 1/20 | TST*THE VAULT SE<br>SEDALIA MO<br>011926 747461 Card#1385 | 33.40- | 8,289.20 |
| 1/20 | PAR*FITTER'S PUB<br>SEDALIA MO<br>011626 539569 Card#1385 | 35.33- | 8,253.87 |
| 1/20 | WALMART.COM 8009<br>BENTONVILLE AR<br>011726 475417 Card#1385 | 37.67- | 8,216.20 |
| 1/20 | WALMART.COM 8009<br>BENTONVILLE AR<br>011826 595845 Card#1385 | 38.62- | 8,177.58 |
| 1/20 | LS STATE FAIR SP<br>SEDALIA MO<br>011926 575250 Card#1385 | 54.35- | 8,123.23 |
| 1/20 | WALMART.COM 8009<br>BENTONVILLE AR<br>011626 094439 Card#1385 | 56.38- | 8,066.85 |
| 1/20 | WALMART.COM 8009<br>BENTONVILLE AR<br>011526 576077 Card#1385 | 72.83- | 7,994.02 |
| 1/20 | TST*VOLKERS<br>SEDALIA MO<br>011826 154029 Card#1385 | 94.05- | 7,899.97 |
| 1/21 | 1109 | 200.00- | 7,699.97 |
| 1/21 | Prime Video Chan<br>SEATTLE WA<br>012026 270006 Card#1385 | 8.99- | 7,690.98 |
| 1/21 | WALGREENS #7428<br>SEDALIA MO | 11.19- | 7,679.79 |

# GREAT SOUTHERN BANK

Date  1/30/26          Page      8
Primary Account        ████2586
Enclosures

EVERYDAY CHECKING                    ████2586  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|--|
| | 012026 319903 Card#1385 | | |
| 1/21 | CASEYS #1601 | 15.67- | 7,664.12 |
| | SEDALIA MO | | |
| | 012126 011120 Card#1385 | | |
| 1/21 | CASEYS #1601 | 23.95- | 7,640.17 |
| | SEDALIA MO | | |
| | 012126 015943 Card#1385 | | |
| 1/21 | SQ *DANKAMEER LL | 33.60- | 7,606.57 |
| | SEDALIA MO | | |
| | 012026 835224 Card#1385 | | |
| 1/21 | TST*THE VAULT SE | 43.89- | 7,562.68 |
| | SEDALIA MO | | |
| | 012026 266580 Card#1385 | | |
| 1/22 | 1052 | 200.00- | 7,362.68 |
| 1/22 | CASEYS #1052 | 23.95- | 7,338.73 |
| | SEDALIA MO | | |
| | 012226 049879 Card#1385 | | |
| 1/23 | 1054 | 1,850.24- | 5,488.49 |
| 1/23 | CASEYS #1601 | 26.33- | 5,462.16 |
| | SEDALIA MO | | |
| | 012326 043748 Card#1385 | | |
| 1/26 | APPLE.COM/BILL | 9.99- | 5,452.17 |
| | CUPERTINO CA | | |
| | 012526 402930 Card#1385 | | |
| 1/26 | DISCOUNT SMOKES | 20.65- | 5,431.52 |
| | SEDALIA MO | | |
| | 012626 012107 Card#1385 | | |
| 1/26 | CASEYS #1601 | 26.33- | 5,405.19 |
| | SEDALIA MO | | |
| | 012626 045790 Card#1385 | | |
| 1/26 | CASEYS #1063 | 26.33- | 5,378.86 |
| | SEDALIA MO | | |
| | 012426 018648 Card#1385 | | |
| 1/26 | TST* KEHDES BBQ | 28.96- | 5,349.90 |
| | SEDALIA MO | | |
| | 012326 548155 Card#1385 | | |
| 1/26 | CASEYS #1601 | 40.26- | 5,309.64 |
| | SEDALIA MO | | |
| | 012526 019436 Card#1385 | | |
| 1/26 | WALMART.COM 8009 | 88.13- | 5,221.51 |
| | BENTONVILLE AR | | |
| | 012226 826553 Card#1385 | | |
| 1/27 | CASEYS #1601 | 26.33- | 5,195.18 |
| | SEDALIA MO | | |
| | 012726 003865 Card#1385 | | |
| 1/27 | TST*THE VAULT SE | 63.27- | 5,131.91 |
| | SEDALIA MO | | |
| | 012626 279409 Card#1385 | | |
| 1/29 | Spectrum | 273.04- | 4,858.87 |
| | 855-707-7328 MO | | |
| | 012826 015113 Card#1385 | | |
| 1/29 | STATE FARM  INSU | 411.87- | 4,447.00 |
| | BLOOMINGTON IL | | |

# GREAT SOUTHERN BANK

Date  1/30/26          Page      9
Primary Account        ▮2586
Enclosures

EVERYDAY CHECKING                    ▮2586  (Continued)

## Activity in Date Order

| Date | Description | Amount | |
|------|-------------|--------|---|
|      | 012826 214127 Card#1385 | | |
| 1/29 | CASEYS #1052 | 16.28- | 4,430.72 |
|      | SEDALIA MO | | |
|      | 012826 058675 Card#1385 | | |
| 1/29 | CASEYS #1601 | 23.95- | 4,406.77 |
|      | SEDALIA MO | | |
|      | 012926 033519 Card#1385 | | |
| 1/29 | TST*THE VAULT SE | 25.05- | 4,381.72 |
|      | SEDALIA MO | | |
|      | 012826 323874 Card#1385 | | |
| 1/29 | CASEYS #1601 | 29.82- | 4,351.90 |
|      | SEDALIA MO | | |
|      | 012926 031495 Card#1385 | | |
| 1/29 | CASEYS #1052 | 33.43- | 4,318.47 |
|      | SEDALIA MO | | |
|      | 012826 038411 Card#1385 | | |
| 1/30 | FED SALARY DFAS-CLEVELAND   PPD | 22,163.80 | 26,482.27 |
| 1/30 | AFGE LOCAL 3399 | 21.41- | 26,460.86 |
|      | WASHINGTON DC | | |
|      | 013026 724894 Card#1385 | | |
| 1/30 | MCDONALD'S F1151 | 13.68- | 26,447.18 |
|      | SEDALIA MO | | |
|      | 012926 389359 Card#1385 | | |
| 1/30 | CASEYS #1601 | 31.34- | 26,415.84 |
|      | SEDALIA MO | | |
|      | 013026 053852 Card#1385 | | |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 1/22 | 1052 | 200.00 | 1/12 | 1110 | 1,351.52 |
| 1/23 | 1054* | 1,850.24 | 1/20 | 1113* | 75.00 |
| 1/21 | 1109* | 200.00 | | | |

* Denotes missing check numbers

GREAT SOUTHERN
TO OUR CUSTOMER IN SPRINGFIELD, MO
218 SOUTH GLENSTONE
P.O. BOX 9009
SPRINGFIELD, MO 65808
(417) 887-4400  1-800-749-7113
www.greatsouthernbank.com

MEMBER
**FDIC**

CHECKS OUTSTANDING – NOT
CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

MONTH _____  20_____

BALANCE SHOWN
ON THIS STATEMENT    $_____

ADD+                        $_____
DEPOSITS NOT CREDITED
ON THIS STATEMENT
*(IF ANY)*              _____

_____

TOTAL              $_____

SUBTRACT              $_____
CHECKS OUTSTANDING

BALANCE              $_____
SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER
DEDUCTING SERVICE CHARGE (IF ANY) AND ADDING
INTEREST EARNED (IF ANY) SHOWN ON THIS STATEMENT.

**PLEASE NOTIFY US OF ANY CHANGE OF ADDRESS.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT THIS STATEMENT, ELECTRONIC TRANSFERS, OR ANY OTHER TRANSACTION:**

Please call or write to the name and address or phone number of Great Southern listed above. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, we must hear from you no later than sixty (60) days after we have sent the FIRST statement on which the problem or error appeared.

Your written complaint must include:
1. Your name and account number.
2. A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If Depositor does not notify Bank of an unauthorized signature or alteration within a reasonable time (not to exceed 14 days) after Bank sends or makes available to Depositor their statement and items: (a) Depositor cannot assert the unauthorized signature or alteration against Bank, even if Bank is unable to show a loss due to Depositor's failure and, (b) Depositor cannot assert any unauthorized signatures or alterations by the same wrongdoer on items paid by Bank after the reasonable time mentioned above elapses, but before Bank receives Depositor's notice. Bank loses this protection if Bank fails to exercise ordinary care in paying an item with an unauthorized signature or alteration, unless Depositor does not notify Bank of the problem within 60 days of when Bank sends or makes available to Depositor the statement and items. Depositor must also report any other account problem (i.e., erroneous statement entry, missing signature, unauthorized endorsement, etc.) within this 60-day period or Depositor loses their right to assert the problem against us.

## SERVICES FOR YOU

- Interest paying checking accounts
- Great Access: check, ATM, and Savings Plus card
- Certificates of deposit

- Cash management accounts
- Money Market Accounts
- Investment plans
  for corporations

- Individual Retirement Plans
- Keogh & SEPP Retirement Plans
- Tax Deferred Annuities

- Consumer loans
- Real estate loans
- Home improvement loans
- Commercial loans

- Convenient locations
- Evening and weekend hours
- Extensive ATM Network
- 24-hr Phone Bank
  (800-725-6622)
- Great Access Online (internet banking)
- Safe deposit boxes
  (check specific office for availability)
- Travelers Checks
- Notary Service

441

• SUBSIDIARIES OFFERING TRAVEL, INSURANCE & INVESTMENT SERVICES