**Fill in this information to identify the case:**

Debtor Name ——— Paul Stephen and Michelle Maria Bassett ———————————

United States Bankruptcy Court for the:__Western_____ District of

__Missouri_____ (State)

Case number: _____25-20315_____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of [ February 23 2026_____ ] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Sedalia Aesthetics LLC | 100% | 1 |
| Bassett Holdings LLC | 100% | 2 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Paul Stephen Bassett and Michelle Maria Bassett

Case number_____25-20315_____

_____

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

**For non-individual Debtors:**

✗ _____

Signature of Authorized Individual

_____

Printed name of Authorized Individual

Date _____
MM /   DD   / YYYY

**For individual Debtors:**

✗ *Paul Bassett*
Paul Bassett (Feb 23, 2026 03:32:46 CST)

_____ Signature of Debtor 1 _

Paul Stephen Bassett_____ Printed name of Debtor 1

Date ____23/02/2026
MM /   DD  / YYYY

✗ _____

Signature of Debtor 2_____

Printed name of Debtor 2

Date _____
MM /   DD   / YYYY

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____     Case number___25-20315_____

**Exhibit A: Financial Statements for [Sedalia Aesthetics LLC**

The Debtors do not have prepared financial statements for the LLC but do have bank statements reflecting income and expenses around the time of their Chapter 11 filing.  The Debtors have not filed any financial documents in the Chapter 11 case of Sedalia Aesthetics since their plan was confirmed in July 2025.

Debtor Name    ___Paul Stephen Bassett and Michelle Maria Bassett_____      Case number _____25-20315_____

**Exhibit A-1: Balance Sheet for [Sedalia Aesthetics] as of** [2/22/2026]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtors do not have a balance sheet for the LLC but can produce bank statements as well as estimates of the FMV of the assets and updated liabilities as requested.

Debtor Name ___Paul Stephen Bassett and Michelle Maria Bassett_____      Case number ____25-20315___

**Exhibit A-2: Statement of Income (*Loss*) for [Bassett Holdings LLC] for period ending** [2/22/2026

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

 Debtors do not have statements of income for the company but can produce bank statements to support the LLC's cash position.

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____   Case number _____25-20315_____

**Exhibit A-3: Statement of Cash Flows for [**Sedalia Aesthetics **for period ending ~2/22/2026**

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

     a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
       the current fiscal year; and

     b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

       Debtors do not have cash flow statements for this entity but are willing to produce bank statements showing income
       and expenses paid by the LLC.

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____   Case number _____25-20315_____



**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Sedalia Aesthetics]
for period ending**[2/22/2026]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]


    Debtors have no changes in shareholder equity to report.  Debtors own and control 100% equity in this business

Debtor Name  ____Paul Stephen Bassett and Michelle Maria Bassett_____  Case number _____25-20315_____

## Exhibit B: Description of Operations for [Sedalia Aesthetics]

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Sedalia Aesthetics operates two medspas in Jefferson City and Sedalia, Missouri.  See, e.g., the company's website at https://www.sedaliamedspa.com/

Official Form 426          Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability          page **8**

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____ Case number _____25-20315_____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Debtors are not aware of any claims against other Controlled Non-Debtor Entities (including Bassett Holdings

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____   Case number _____25-20315_____

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Debtors are not aware of any such tax sharing or tax allocation agreement.  All income and losses flow to the Bassetts as individuals and are reflected on income tax returns

Debtor Name _____Paul Stephen Bassett and Michelle Maria Bassett_____   Case number _____25-20315_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Debtor is unaware of any said payments or obligations

# 2015.3 form - Sedalia Aesthetics 2026-2-22

Final Audit Report                                                                      2026-02-23

| | |
|---|---|
| Created: | 2026-02-23 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_vIiICdRf27cRaiSQ2FAU5wVNSbBBIGs |

## "2015.3 form - Sedalia Aesthetics 2026-2-22" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2026-02-23 - 2:57:26 AM GMT

Document emailed to Paul Bassett (paulinmeade@gmail.com) for signature
2026-02-23 - 2:57:32 AM GMT

Email viewed by Paul Bassett (paulinmeade@gmail.com)
2026-02-23 - 9:31:47 AM GMT

Document e-signed by Paul Bassett (paulinmeade@gmail.com)
Signature Date: 2026-02-23 - 9:32:46 AM GMT - Time Source: server

Agreement completed.
2026-02-23 - 9:32:46 AM GMT

Adobe Acrobat Sign