Official Form 314 (02/20)

**American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | PAUL STEPHAN BASSETT AND | ) | Case No. 25-20315 |
| | MICHELLE MARIA BASSETT | ) | Chapter 11 (Voluntary) |
| | (DECEASED) | ) | |
| | Debtor & Debtor-in-Possession | | |

### Class [3] Ballot for Accepting or Rejecting Chapter 11 Plan

Paul and Maria Bassett, the above-captioned Debtor has filed a **Chapter 11 (Doc. #63; the "Plan") on January 13, 2026** If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor's Counsel, Ryan A. Blay of WM Law at 15095 116ᵗʰ St. Olathe Kansas 66062.  Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your Proof of Claim (or equitable interest) has been placed in Class [3] under the Plan.  If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116ᵗʰ St., Olathe Kansas 66062 or via email to: blay@wagonergroup.cm on or before **February 20 2026**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [3] claim against the Debtor   Claim Amount:$5,357.48
sCheck one box only:                                                Account Ending: 1009

☒ **Accepts the Plan**

☐ **Rejects the Plan**

Dated:        February 12, 2026

Print or type name of creditor or editable interest holder: American Express National Bank

Print or type name: Kenneth W. Kleppinger

Signature:

Title (if corporation or partnership) Attorney/Agent for creditor

Address:       c/o Becket & Lee LLP

               PO Box 3001

               Malvern, PA 19355

---

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116ᵗʰ St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com

Note: Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter.  Unsigned ballots will not be counted

1

Official Form 314 (02/20)

**American Express National Bank**
**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern PA 19355-0701**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISSOURI

In re:   PAUL STEPHAN BASSETT AND          )   Case No. 25-20315
MICHELLE MARIA BASSETT                      )   Chapter 11 (Voluntary)
(DECEASED)                                   )
Debtor & Debtor-in-Possession

### Class [3] Ballot for Accepting or Rejecting Chapter 11 Plan

Paul and Maria Bassett, the above-captioned Debtor has filed a **Chapter 11 (Doc. #63; the "Plan") on January 13, 2026** If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor's Counsel, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062. Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in Class [3] under the Plan. If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com on or before **February 20 2026**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [3] claim against the Debtor     Claim Amount:$2,098.68
sCheck one box only:                                                      Account Ending: 1008

☒ **Accepts the Plan**

☐ **Rejects the Plan**

Dated:          February 12, 2026

Print or type name of creditor or editable interest holder: American Express National Bank

Print or type name: Kenneth W. Kleppinger

Signature:

Title (if corporation or partnership) Attorney/Agent for creditor

Address:          c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
Note: Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter. Unsigned ballots will not be counted

1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

In re:

Paul Stephan Bassett                        Case No. 25-20315-can11
and Michelle Maria Bassett,

Debtors.

## Class 1 Ballot for Accepting or Rejecting Plan of Reorganization

Paul Stephan Bassett  filed a plan of reorganization dated January 13, 2026 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your [claim] has been placed in class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Ryan Blay, WM Law, 15095 W. 116th St., Olathe, KS  66062 or via e-mail to blay@wagonergroup.com on or before 2/20/26 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 1 claim against the Debtor in the unpaid amount of $16,175.24.

Official Form 314  (02/20)                                                                              page 2

[In each case, the following language should be included:]

*Check one box only*

☐  **Accepts the plan**

☒  **Rejects the plan**

Dated:              2/4/26

Print or type name:      PAUL TANGEN

Signature:              *Pal Tz*              Title (if corporation or partnership)   BANKRUPTCY ANALY

Address:      ALLY BANK · C/O AIS PORTFOLIO SERVICES, LLC
              1212 CORPORATE DRIVE, SUITE 400
              IRVING, TX  75038

_____

**Return this ballot to:**

[Name and address of proponent's attorney or other appropriate address]

**Ryan Blay, WM Law, 15095 W. 116th St., Olathe, KS  66062 or via e-mail to blay@wagonergroup.com**

Official Form 314 (02/20)

**Banleaco, Inc.**
**PO Box 7740**
**Urbandale IA 50323-0000**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| In re: | PAUL STEPHAN BASSETT AND | ) | Case No. 25-20315 |
| | MICHELLE MARIA BASSETT | ) | Chapter 11 (Voluntary) |
| | (DECEASED) | ) | |
| | Debtor & Debtor-in-Possession | | |

### Class [3] Ballot for Accepting or Rejecting Chapter 11 Plan

Paul and Maria Bassett, the above-captioned Debtor has filed a **Chapter 11 (Doc. #63; the "Plan")** on **January 13, 2026** If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor's Counsel, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062.  Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in **Class [3]** under the Plan.  If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St.. Olathe Kansas 66062 or via email to: blay@wagonergroup.cm on or before **February 20 2026**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan
The undersigned, the holder of a **Class [3]** claim against the Debtor
*Check one box only:*

☑ **Accepts the Plan**
☐ **Rejects the Plan**

Dated:  _____1-26-26_____

Print or type name of creditor or editable interest holder:  _____Banleaco_____

Print or type name:  _____David J Sloan_____

Signature:  _____David Sloan_____

Title (if corporation or partnership)  _____Credit/Collection Mgr_____

Address:  _____11017 Aurora Ave_____
_____Urbandale IA 50322_____

---

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
Note:  Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter. Unsigned ballots will not be counted

1

Official Form 314 (02/20)
American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISSOURI

In re:  PAUL STEPHAN BASSETT AND          )    Case No. 25-20315
        MICHELLE MARIA BASSETT             )    Chapter 11 (Voluntary)
        (DECEASED)                         )
        Debtor & Debtor-in-Possession

### Class [3] Ballot for Accepting or Rejecting Chapter 11 Plan

Paul and Maria Bassett, the above-captioned Debtor has filed a **Chapter 11 (Doc. #63; the "Plan")** on **January 13, 2026** If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor's Counsel, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062. Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in Class [3] under the Plan. If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.cm on or before **February 20 2026**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [3] claim against the Debtor
sCheck one box only:

☒ Accepts the Plan
☐ Rejects the Plan

Dated:  1/29/2026

Print or type name of creditor or editable interest holder: _American Express_

Print or type name: _____

Signature: _Adam Weisberger_

Title (if corporation or partnership) _Attorney_

Address: _Zwicker & Associates, P.C._
         _80 Minuteman Rd._
         _Andover, MA 01810_

---

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
Note. Ballot[s] may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter. Unsigned ballots will not

1